THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-887<br><br>CORPORATE DISCLOSURE STATEMENT<br><br>JURY DEMAND |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Plaintiff Black Lives Matter Seattle-King County ("BLMSKC") provides the following corporate disclosures: BLMSKC is a nongovernmental and nonprofit organization. Accordingly, BLMSKC has no stock or parent corporation, and no publicly held corporation owns 10% or more of any stock from BLMSKC.

//

//

//

//

CORPORATE DISCLOSURE STATEMENT (No. 2:20-cv-887) – 1

148466175.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

<[email protected]_navigation>Case 2:20-cv-00887   Document 2   Filed 06/09/20   Page 2 of 3

| | |
|---|---|
| DATED: June 9, 2020 | By: s/ David A. Perez<br>David A. Perez, WSBA No. 43959<br>s/ Joseph M. McMillan<br>Joseph M. McMillan, WSBA No. 26527<br>s/ Mallory Gitt Webster<br>Mallory Gitt Webster, WSBA No. 50025<br>s/ Carolyn Gilbert<br>Carolyn Gilbert, WSBA No. 51285<br>s/ Nitika Arora<br>Nitika Arora, WSBA No. 54084<br>s/ Heath Hyatt<br>Heath Hyatt, WSBA No. 54141<br>s/ Paige L. Whidbee<br>Paige L. Whidbee, WSBA No. 55072<br><br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone: 206.359.8000<br>Fax: 206.359.9000<br>Email: [email protected]<br>Email: [email protected]<br>Email: [email protected]<br>Email: [email protected]<br>Email: [email protected]<br>Email: [email protected]<br><br>By: s/ Molly Tack-Hooper<br>Molly Tack-Hooper, WSBA No. 56356<br>s/ Nancy L. Talner<br>Nancy L. Talner, WSBA No. 11196<br>s/ Lisa Nowlin<br>Lisa Nowlin, WSBA No. 51512<br>s/ Breanne Schuster<br>Breanne Schuster, WSBA No. 49993<br>s/ John Midgley<br>John Midgley, WSBA No. 6511<br><br>**American Civil Liberties Union of Washington Foundation**<br>P.O. Box 2728<br>Seattle, WA 98111<br>Telephone: (206) 624-2184<br>Email: [email protected]<br>Email: [email protected]<br>Email: [email protected]<br>Email: [email protected]<br>Email: [email protected] |

CORPORATE DISCLOSURE STATEMENT
(No. 2:20-cv-887) – 2

148466175.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000
</[email protected]_navigation>

s/ Robert S. Chang
Robert S. Chang, WSBA No. 44083

**Fred T. Korematsu Center for Law and Equality**
Ronald A. Peterson Law Clinic
Seattle University School of Law
1112 E. Columbia Street
Seattle, WA 98122
Telephone: 206.398.4025
Fax: 206.398.4077
Email: changro@seattleu.edu

*Attorneys for Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-tocha, Alexander Woldeab, Nathalie Graham, and Alexandra Chen*

CORPORATE DISCLOSURE STATEMENT
(No. 2:20-cv-887) – 3

148466175.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000