UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　Defendant. | No.   2:20-CV-00887<br><br>NOTICE OF APPEARANCE<br><br>[Clerk's Action Required] |

TO:   Clerk of the above-entitled court; and
TO:   All Parties and Their Counsel:

**PLEASE TAKE NOTICE** that, without waiving any objections as to improper service, process, jurisdiction, venue, or any other procedural insufficiencies under the Federal Rules of Civil Procedure, the undersigned Assistant City Attorney appears as counsel of record on behalf of Peter S. Holmes, Seattle City Attorney, the attorney for defendant City of Seattle. As attorney of record, the undersigned requests that all future papers and pleadings in this matter, except original process, be served at the

NOTICE OF APPEARANCE - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

address stated below.

    701 5th Avenue, Suite 2050
    Seattle, WA  98104

DATED this 9th day of June, 2020.

                        PETER S. HOLMES
                        Seattle City Attorney

            By:   */s/ Carolyn U. Boies*
                     Carolyn U. Boies, WSBA# 40395
                     Assistant City Attorney

                   Seattle City Attorney's Office
                   701 Fifth Avenue, Suite 2050
                   Seattle, WA 98104
                   Tel #:  (206) 684-8200
                   Fax:#  (206) 684-8284

                   E-mail:  Carolyn.Boies@seattle.gov

                   *Attorney for Defendant City of Seattle*

NOTICE OF APPEARANCE - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Breanne Mary Schuster<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 624-2184<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>bschuster@aclu-wa.org |
| John B. Midgley<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 624-2184<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>jmidgley@aclu-wa.org |
| Lisa Nowlin<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 623-1900<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>lnowlin@aclu-wa.org |
| Molly Tack-Hooper<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 624-2184<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>mtackhooper@aclu-wa.org |
| Nancy Lynn Talner<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 682-2184<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>talner@aclu-wa.org |
| Carolyn S. Gilbert | ( x )  Via Email |

NOTICE OF APPEARANCE - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-3279<br><br>*[Attorneys for Plaintiffs]* | carolyngilbert@perkinscoie.com |
| Mallory Gitt Webster<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-3701<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>mwebster@perkinscoie.com |
| Paige L. Whidbee<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-3629<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>pwhidbee@perkinscoie.com |
| Heath L. Hyatt<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-8000<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>hhyatt@perkinscoie.com |
| Joseph M. McMillan<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 583-8888<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>JMcMillan@perkinscoie.com |
| Nitika Arora<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-3267<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>NArora@perkinscoie.com |
| David A. Perez<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-6767 | ( x )  Via Email<br>DPerez@perkinscoie.com |

NOTICE OF APPEARANCE - 4

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| *[Attorneys for Plaintiffs]*<br>Robert Seungchal Chang<br>Ronald A. Peterson Law Clinic<br>Seattle University School of Law<br>1112 E. Columbia Street<br>Seattle, WA 98122<br>(206) 398-4025<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>changro@seattleu.edu |

   /s/Marisa Johnson_____
Marisa Johnson, Legal Assistant

NOTICE OF APPEARANCE - 5

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200