THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>                    Plaintiffs,<br><br>       v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | No. 2:20-cv-00887-RAJ<br><br>[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>June 9, 2020 |

This matter comes before the Court on the motion for a temporary restraining order filed by Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-tochá, Alexander Woldeab, Nathalie Graham, and Alexander Chen ("Plainitiffs"). TRO Mot., ECF No. 6 (June 9, 2020).  The Court, having thoroughly considered Plaintiffs' motion and the declarations and exhibits filed in support of the motion, Defendant City of Seattle's opposition (if any), the applicable law, the relevant portions of the record, and the arguments of counsel, GRANTS Plaintiffs' motion for a temporary restraining order.

Plaintiffs have shown all four factors necessary for the issuance of a temporary restraining order: that Plaintiffs will suffer irreparable harm in the absence of a temporary

restraining order, Plaintiffs are likely to succeed on the merits of their First and Fourth Amendment claims, the balance of equities tips in Plaintiffs' favor, and a temporary restraining order is in the public interest.  Accordingly, the Court enters the following order.

## ORDER

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65, the Court GRANTS Plaintiffs' motion for a temporary restraining order and temporarily ENJOINS the City of Seattle as follows:

1. The City of Seattle, including the Seattle Police Department and any other officers, departments, agencies, or organizations acting within the Seattle Police Department's jurisdiction or under the Seattle Police Department's control (collectively, "the City"), is hereby enjoined from deploying chemical weapons or projectiles of any kind for the purpose of crowd control at protests or demonstrations.  This injunction includes prohibitions on: (1) any chemical irritant such as CS Gas ("tear gas") or OC Spray ("pepper spray") and (2) any projectile such as flash-bang grenades, "pepper balls," "blast balls," and rubber bullets.

2. Because this is a non-commercial case, the balance of hardships favors Plaintiffs, and there is no realistic likelihood of harm to the City of Seattle from enjoining its conduct, the Court waives the security bond requirement.

3. This Order will expire fourteen days after entry unless extended by the Court for good cause.  Fed. R. Civ. P. 65(b)(2).

By: _____

HONORABLE RICHARD A. JONES
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION FOR TRO (No. 2:20-cv-00887-
RAJ) – 2

148463527.3

1

2 Presented by:
 By: s/ David A. Perez

3 David A. Perez, WSBA No. 43959
 s/ Joseph M. McMillan

4 Joseph M. McMillan, WSBA No. 26527
 s/ Mallory Gitt Webster

5 Mallory Gitt Webster, WSBA No. 50025
 s/ Carolyn Gilbert

6 Carolyn Gilbert, WSBA No. 51285

7 s/ Nitika Arora
 Nitika Arora, WSBA No. 54084

8 s/ Heath Hyatt
 Heath Hyatt, WSBA No. 54141

9 s/ Paige L. Whidbee
 Paige L. Whidbee, WSBA No. 55072

10 **Perkins Coie LLP**
 1201 Third Avenue, Suite 4900

11 Seattle, WA  98101-3099
 Telephone:  206.359.8000

12 Fax:  206.359.9000
 E-mail:  DPerez@perkinscoie.com

13 E-mail:  JMcMillan@perkinscoie.com
 E-mail:  MWebster@perkinscoie.com

14 E-mail:  CGilbert@perkinscoie.com
 E-mail:  NArora@perkinscoie.com

15 E-mail:  HHyatt@perkinscoie.com
 E-mail:  PWhidbee@perkinscoie.com

16

17 By: s/ Molly Tack-Hooper
 Molly Tack-Hooper, WSBA No. 56356

18 s/ Nancy L. Talner
 Nancy L. Talner, WSBA No. 11196

19 s/ Lisa Nowlin
 Lisa Nowlin, WSBA No. 51512

20 s/ Breanne Schuster
 Breanne Schuster, WSBA No. 49993

21 s/ John Midgley
 John Midgley, WSBA No. 6511

22 **American Civil Liberties Union of**
 **Washington Foundation**

23 P.O. Box 2728
 Seattle, WA 98111

24 Telephone:  (206) 624-2184
 E-mail:  mtackhooper@aclu-wa.org

25 E-mail:  talner@aclu-wa.org
 E-mail:  lnowlin@aclu-wa.org

26 E-mail:  bschuster@aclu-wa.org
 E-mail:  jmidgley@aclu-wa.org

[PROPOSED] ORDER GRANTING
MOTION FOR TRO (No. 2:20-cv-00887-
RAJ) – 3

148463527.3

1

2    By:  s/ Robert S. Chang

3    Robert S. Chang, WSBA No. 44083

4    **Fred T. Korematsu Center for Law and
     Equality**

5    Ronald A. Peterson Law Clinic
     Seattle University School of Law

6    1112 E. Columbia Street
     Seattle, WA  98122

7    Telephone:  206.398.4025
     Fax:  206.398.4077

8    E-mail:  changro@seattleu.edu

9    *Attorneys for Plaintiffs Black Lives Matter
     Seattle-King County, Abie Ekenezar, Sharon*

10   *Sakamoto, Muraco Kyashna-tocha, Alexander
     Woldeab, Nathalie Graham, and Alexandra*

11   *Chen*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING
MOTION FOR TRO (No. 2:20-cv-00887-
RAJ) – 4

148463527.3