THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-
KING COUNTY, ABIE EKENEZAR,
SHARON SAKAMOTO, MURACO
KYASHNA-TOCHA, ALEXANDER
WOLDEAB, NATHALIE GRAHAM,
AND ALEXANDRA CHEN,

                    Plaintiffs,

        v.

CITY OF SEATTLE,

                    Defendant.

No. 2:20-cv-00887-RAJ

DECLARATION OF WILLIAM DANIELL
IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER

I, William Daniell, declare and state as follows:

    1.      I am an occupational and environmental physician and epidemiologist. A true and

correct copy of my curriculum vitae is attached to this Declaration as **Exhibit A**. I am an

Associate Professor Emeritus at University of Washington (UW), School of Public Health. I

formally retired from UW in 2016, after approximately thirty years in tenure-track faculty

positions. Initially I was in the Department of Medicine at Harborview Medical Center (1986-

91), and then in the Department of Environmental & Occupational Health Sciences (DEOHS;

1986-2016). I continue to work and volunteer in faculty roles at UW on a part-time basis,

DANIELL DECL. ISO TRO (No. ) –1

148478371.1

particularly in the Community Oriented Public Health Practice Masters in Public Health (MPH) Program.

2.      I received my MD degree at Tufts University (1979). I did my residency in internal medicine at University of California Irvine Medical Center (1979-80) and at the Boston VA Medical Center (1981-83). I received my ABIM certification in internal medicine (1984). I also completed my MPH degree and residency in occupational medicine at University of Washington (1984-86). I received my ABPM certification in preventative medicine, with a specialty of occupational medicine (1988).

3.      I have maintained an active medical license in the State of Washington since 1984. I was clinically active until about 1991-94, particularly in internal medicine and in occupational and environmental medicine. After 1991-94, my primary professional focus has been public (or population) health. I have been a voting member of the King County Board of Health, in the environmental health professional position, since 2015.

4.      My full-time faculty position in UW School of Public Health (1991-2016) involved teaching, research and service responsibilities. My research used field, clinical and/or existing database epidemiologic methods to examine a variety of topics, such as: cognitive and other effects of occupational exposures to pesticides or organic solvents; occupational and community noise-induced hearing loss; arsenic and lead contamination in Southeast Asia; and other topics.

5.      I was Interim Associate Medical Director (1994-95) and Affiliate Medical Consultant (1996-99) for Washington Department of Labor & Industries (DLI), where I assisted DLI workplace safety & health inspectors and consultants, particularly for situations involving chemical exposures or fatalities.

6.      I was a member of two Institute of Medicine committees and expert panels on the Gulf War and Health, focused on pesticides and organic solvents (2001-03) and the chemical warfare agent, Sarin (2003-04).

DANIELL DECL. ISO TRO (No. ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148478371.1

7.      The conclusions or opinions stated herein are my own, and they do not necessarily represent stances of my affiliated institutions.

**"Less Than Lethal" Weapons**

8.      "Less than lethal" weapons are often used by law enforcement to disperse, stun or otherwise manage crowds where there is purported improper activity. These "less than lethal" weapons can include: tear gas, pepper spray delivered by grenade or other dispersal means (chemical pain weapons); blast balls or flash-bang devices (stun weapons); and rubber bullets (physical impact pain weapons).

9.      The commonly used term, "non-lethal" weapons, and the less frequent "less than lethal" or "less lethal" terms, are euphemisms. First, saying non-lethal or less-than-lethal can inappropriately connote that the weapons are relatively benign. For example, if someone drops an anvil on a person's foot, the outcome will probably be non-lethal, but one can readily anticipate that it will produce excruciating pain and possible permanent disability. The same can be said for chemical pain weapons, physical impact pain weapons, and stun weapons. Labeling a device as non-lethal does not convey the actual degree of potential morbidity, and this messaging might desensitize police, officials or the public against viewing these devices as potentially harmful weapons.

10.     I encourage greater use of non-euphemistic terms for "non-lethal" weapons that better convey the potential seriousness of deployment. For example, "chemical pain weapons," "physical impact pain weapons," and "stun weapons."

11.     Each of the aforementioned devices is capable of causing death or serious and possibly permanent morbidity, either as a direct or proximate consequence of exposure to the device or its components.

12.     The international community, including the United States, formally recognizes chemical agents such as tear gas and pepper spray, as inappropriate for military offensive or crowd management purposes in warfare.

DANIELL DECL. ISO TRO (No.  ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148478371.1

13.     These agents have been banned as a method of warfare. As stated by Schep and colleagues (British Medical Journal: Military Health [formerly J R Army Med Corps] 2015;161:94-99), "Since the Entry Into Force of the Chemical Weapons Convention in 1997,[article citation 7]) However, under a 1975 presidential order, the US military can still use these agents in war zones under limited defensive circumstances with the approval of top military commanders, for example, for controlling rioting prisoners.[article citation 8].

14.     While the Chemical Weapons Convention and the substantial limitation on riot deployment do not apply to civilian situations, it nonetheless conveys the potential seriousness of using such "non-lethal" weapons in any setting.

**Chemical Pain Weapons**

15.     There is more than one "lacrimating" or "lacrimatory" (tear-causing) agent used for crowd management. The most well-known as tear gasses utilize the chemical agents, 2-chloroacetophenone (CN) and o-chlorobenzylidene malonitrile (CS). Pepper spray (oleoresin capsicum, OC; active agent, capsaicin) is often distinguished separately from tear gas, in part because it has different physical properties and is usually delivered differently.

16.     Tear gas is often delivered by a launched grenade or fogging device, but can be delivered by handheld spray device.

17.     Conversely, pepper spray is often delivered by handheld spray device, and increasingly as projected pepper balls, and also can be delivered as a grenade or fog.

18.     Tear gas agents (CN, CS) are relatively water soluble, whereas the active component of pepper spray (and pepper balls) is oil-like.

19.     For the affected victim, this difference means that CN or CS tear gas's effects on eyes can be relieved efficiently by water irrigation. In contrast, pepper spray is relieved slowly by water irrigation, and water can cause transient worsening if it spreads the oil-like agent to adjoining skin, the other eye, or nasal or oral mucous membranes. Although irrigation with water is the first response treatment for either agent, other treatment modalities are arguably better

DANIELL DECL. ISO TRO (No. ) – 4

148478371.1

when available for pepper spray, such as spray or irrigation with milk or non-flavored antacid (e.g., Milk of Magnesia) diluted with water, or irrigation with aqueous saline solution.

20.     In spite of these distinctions, all of these agents (CS, CN, OC) are lacrimating agents, where the primary effect is to cause skin and mucous membrane irritation, especially the latter, producing eye tearing, eye pain, nose and throat pain, runny nose, and coughing.

21.     The eye pain induced by pepper spray can be excruciating. To give a sense of the degree of pain, the Scoville organoleptic scale, which measures heat in chile peppers, typically places pepper spray in the highest Scoville pungency (pain) ratings.

22.     Imagine the hottest chile pepper you ever ate, then imagine an even hotter one that you would never eat, and then imagine touching that pepper and inadvertently sticking your finger in your eye. That is what a small dose of pepper spray is like.

23.     The eye irritation from tear gas depends on degree of exposure. The irritation can also be very painful, but is typically less painful than pepper spray delivered to the eyes. The eye pain from tear gas generally resolves sooner, in minutes to hours but possibly persisting days, compared to pepper spray, which may require hours to days before relief is complete.

24.     All of these agents are reported capable of causing transient eye injury (e.g., chemical burn), secondary infections of the eye, or permanent eye injury (e.g., corneal scarring). There is also evidence that tear gas can have systemic toxic effects.

25.     Deployment of chemical pain weapons is non-discriminatory, in the sense that anyone in range of the dispersed weapon may suffer consequences. A tear gas grenade launched into or near a crowd is as likely to affect a peaceful protester as an alleged vandal or looter immersed within the crowd. Although pepper spray and pepper bullet balls can be more specifically targeted toward an individual, actual deployment can be relatively crude.

26.     Handheld pepper spray devices are commonly deployed in a sweeping motion across a collection of people, commonly at face height. Bullet balls shatter and the pepper content is dispersed in the nearby area.

DANIELL DECL. ISO TRO (No. ) – 5

148478371.1

27.     Tear "gas" is not a true gas. A gas would progressively dilute in air or blow away, and be relatively non-persistent. The active components of tear gas can persist in solid form, settle out in the local environment, and be re-suspended by physical activity (e.g., walking or driving) in that area for hours or days. The agents can also drift in wind or air currents into adjoining residential or commercial buildings, with resultant irritant effects on building occupants who may have had nothing to do with the alleged improper activity that led to chemical pain weapon deployment.

28.     Intense tear gas exposure can occur if a victim cannot readily escape the situation or is trapped in a relatively confined space, such as a dead end alley or narrow passage. Acute intense exposure to tear gas can increase the likelihood of deeper penetration into respiratory airways, producing substantial irritant effects with shortness of breath and coughing, and potentially interfering with lung function.

29.     Though uncommon, this might cause chemical pneumonitis. Impaired oxygenation also might trigger an acute and potentially serious or fatal medical event in a person with underlying common chronic conditions, such as asthma or heart disease.

30.     In addition to their direct effects, chemical pain weapons also can have proximate effects. For example, a person who falls because of acute visual impairment, imbalance, disorientation, or crowd chaos from tear gas (or pepper spray) exposure, and then suffers a serious or lethal consequence of the fall.

31.     Additionally, if a person is directly in the path of a launched device – whether it is a chemical dispersal, stun or physical impact device – and is struck directly, that device can cause acute trauma. Head injury is probably the most dangerous outcome. This is particularly a concern for devices that are launched from elevated positions or in an arcing pathway launched from the ground, where crowd members' heads are first in line along the final projectile pathway.

DANIELL DECL. ISO TRO (No. ) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148478371.1

**Stun Weapons**

32.     There are a variety of stun weapons, such as flash-bang devices and stun grenades. These devices explosively produce intense loud noise and/or bright flashes of light.

33.     The main goal of stun weapons is to disrupt crowd behavior and maneuver crowds away from the site.

34.     Stun weapons are properly considered to be weapons, with readily anticipated although usually transient effects on human abilities, risk of secondary injury, and possibly longer-term or even permanent effects on health.

35.     The loud noise can cause partial deafening or tinnitus (ringing in ears), which is usually transient but can be permanent.

36.     The light flashes can create temporary blind spots in a victim's visual field and loss of night vision.

37.     An important and predictable effect is crowd confusion and chaos, complicated by transient effects on vision and hearing, with the secondary risk of falling or other physical injury (and inattention to social distancing).

**Physical impact pain weapons**

38.     The category of physical impact pain weapons includes rubber bullets, bean bag guns, and similar weapons. Their purpose is to hit people from a distance with a projected item that is less likely to cause enduring harm than a higher-speed metallic bullet from a conventional firearm.

39.     It is indisputably painful to be struck by a projected rubber bullet or bean bag, particularly at a close distance. The resultant pain and likelihood of physical injury depend on the type of device, distance between operator and victim, and the location of body impact.

40.     Some "rubber" bullets are inaptly named and may contain rigid or metal components.

DANIELL DECL. ISO TRO (No. ) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148478371.1

41.     Impact with the head is most dangerous. Head trauma can be serious, critical or fatal. Bruising and possible bone fracture can occur at any impacted body site. Internal organ injury is possible, although not common.

42.     There are proximate risks for physical impact weapons as well, such as the risk of falling down or against a fixed object after impact, with resultant risk of secondary injury.

43.     Although individual humans may be identified and targeted by the weapons operator, accuracy is limited and targeting is relatively non-discriminating.

44.     The scatter (target inaccuracy) of bean bag guns is relatively wider than for rubber bullet guns, and both are substantially less accurate (but less lethal) than conventional firearms with metallic bullets.

45.     This relative inaccuracy means that, even if a rubber bullet or bean bag is targeted at a specific individual, the projectile can easily go astray and, in a crowd, is likely to hit another person nearby or beyond the targeted person.

46.     Bean bag guns are sufficiently inaccurate that they may be purposefully used as a blunt instrument similar to a shotgun, indiscriminately targeting any individual in a crowd.

47.     In addition, deployment strategy for pain weapons (chemical and physical) can be inconsistent and discriminatory. For example, there are few if any recent reports in the news about law enforcement utilizing pain weapons against protesters bearing semiautomatic weapons, even while occupying a state capitol building, to speak out for their Second Amendment rights to bear arms or against social restrictions during a pandemic. In contrast, pain weapons have been frequently used against unarmed political protesters, particularly people of color.

**The Coronavirus Pandemic**

48.     The risks of serious health effects from use of pain and stun weapons are substantially greater now during the coronavirus pandemic, compared to similar situations in pre-pandemic times.

DANIELL DECL. ISO TRO (No.  ) – 8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

49.     Although the mechanisms of coronavirus spread are still poorly understood, there is information that we can tentatively extrapolate from aerosol science, infectivity and spread of better-characterized infectious microorganisms, and the survival of coronavirus in indoor and outdoor environments.

50.     A substantial and unknown fraction of people in the general population are infected with the SARS-associated coronavirus, SARS-CoV-2 (which causes the disease, COVID-19). Many of those people are asymptomatic but still capable of spreading the disease to others. Some people may feel compelled by principle to join protests, even if they are mildly unwell. Their mild illness, after all, is most likely simply a cold, though it could be an early manifestation of COVID-19 illness.

51.     Some coronavirus "superspreading" events have been described, particularly in settings where moderate to large numbers of people gather for periods of an hour (or so) or longer, social distancing is not maintained, face covers are not used, and at least one person is unknowingly infected with coronavirus. At one church in Mt. Vernon, Washington, for example, more than 50 people became infected after a 2.5-hour choir practice. Singing was speculated to be a contributing factor, by producing more respiratory aerosols and in an enclosed indoor space, than might have otherwise occurred.

52.     Some common protest activities, such as chanting and shouting, are likely to release respiratory aerosols that, in an infected person, will reach higher coronavirus concentrations in air and are projected over longer distances, than with breathing at rest or casual conversation. The risk of a protester becoming infected increases with the "dose" produced by the exposure situation; this is primarily driven by the concentration of coronavirus in air and the duration of exposure, and to some unknown degree by use of a face covering.

53.     The potential risk for coronavirus transmission during protest activities is almost certainly substantially worsened by law enforcement deployment of pain weapons or stun weapons.

DANIELL DECL. ISO TRO (No. ) – 9

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148478371.1

54.     Coughing, sneezing or spitting induced by chemical pain weapons will markedly increase the concentration and expelled distance of respiratory aerosols, especially if affected victims remove face coverings to improve breathing ability.

55.     Pain weapon or stun weapon deployment can stimulate crowd chaos, fear and heightened physical activity, which in turn will increase individuals' breathing rates, increase aerosol generation, and minimize the practicality of social distancing and face covers.

56.     Military experience is informative here. Although chemical warfare is barred by international convention, the military still prepares to protect soldiers and defend against potential chemical weapon attack. The US Army, for example, uses CS tear gas during basic combat training, to test placement and demonstrate the consequences of inadequate placement of personal protective "gas" masks. One study followed 6,700 Army recruits and found a more than doubled risk of developing an acute respiratory illness after CS exposure, compared to the two-week period before CS exposure. Furthermore, the incidence (frequency) of illness was higher, after higher CS exposures (Hout JJ, et al. Military Medicine 2014;179(7):pp 793-8).

57.     The increased risk of coronavirus spread is an important additional factor to be considered in policy, strategic and tactical decisions about whether or when, and if ever, pain and stun weapons should be deployed against crowds of protesters.

Executed this 8th day of June 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____

WILLIAM DANIELL

DANIELL DECL. ISO TRO (No. ) – 10

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBIT A

# CURRICULUM VITAE

## William (Bill) Edward Daniell, MD, MPH

Faculty, Community Oriented Public Health Practice MPH Program
and
Associate Professor Emeritus
Department of Environmental and Occupational Health Sciences
School of Public Health
University of Washington

Email: bdaniell@uw.edu | Voice mail: (+1) 206.395.8294 | Mobile: upon request

### EDUCATION

| | |
|---|---|
| 1968-1975 | University of California, Santa Barbara and San Diego:<br>BA, Biology (renamed Cellular and Molecular Biology), with Highest Honors |
| 1975-1979 | Tufts University School of Medicine; Boston, Massachusetts: MD |
| 1984-1986 | University of Washington School of Public Health & Community Medicine; Seattle, Washington: MPH, Occupational Medicine |

### PROFESSIONAL POSITIONS

| | |
|---|---|
| 2016-present | Associate Professor Emeritus, Department of Environmental and Occupational Health Sciences; University of Washington; Seattle, WA. |

| | |
|---|---|
| Program faculty | Community Oriented Public Health Practice (COPHP) MPH Program, Department of Health Services. |
| Faculty associate | Northwest Center for Public Health Practice |
| Faculty associate | UW Center for Human Rights |

| | |
|---|---|
| 2016 | Formal retirement from UW; Sept. 23, 2016. |
| 2015-present | Member. King County Board of Health; Seattle, WA. |

| | |
|---|---|
| 2019-present | Member. Subcommittee on Gender Based Violence (aka Sexual Violence, Domestic Violence, and Missing and Murdered Indigenous Women) |
| 2019-present | Member. Subcommittee on Healthy Eating |
| 2016-2018 | Member. Standing Committee for Health Care for the Homeless Network |

| | |
|---|---|
| 1986-2016 | University of Washington; Seattle, Washington |

| | |
|---|---|
| Associate Professor<br>1994-2016 | Department of Environmental and Occupational Health Sciences, and Department of Medicine (adjunct, 1994-2012); leave of absence, 1994-95; sabbatical 2003-2004. |
| Assistant Dean<br>2014-2015 | School of Public Health; Assistant Dean for Graduate Studies and MPH Curriculum Director (50% FTE) |
| Assistant Professor<br>1991-1994 | Department of Environmental Health and Department of Medicine (joint) |
| Assistant Professor<br>1988-1991 | Department of Medicine and Department of Environmental Health (joint) |
| Acting Instructor<br>1986-1988 | Department of Medicine |
| Attending Physician<br>1986-1994 | UW/Harborview Medical Center |

William Daniell
Curriculum Vitae (page 2)
June 2020

| | | |
|---|---|---|
| 1996-1999 | Affiliate Medical Consultant (as UW faculty) to Washington State Department of Labor and Industries, WISHA (now DOSH) Division. | |
| 1994-1995 | Interim Associate Medical Director for Safety & Health (UW leave of absence): Washington State Department of Labor and Industries; Olympia, Washington. | |
| 1984-1986 | Resident Physician. Occupational Medicine: University of Washington School of Public Health and Community Medicine; Seattle, Washington | |
| 1984 | Emergency Room Physician: Lawrence Memorial Hospital; Medford, Massachusetts | |
| 1984 | Urgent Care Physician: Atlantic Medical Associates; Boston, Massachusetts | |
| 1981-1983 | Resident Physician. Internal Medicine: Veterans Administration Medical Center; Boston, Massachusetts | |
| 1980-1981 | Locum tenens Physician: Indian Health Service; Schurz, Nevada and Poplar, Montana (outpatient and inpatient general practice) | |
| 1979-1980 | Resident Physician. Internal Medicine. Univ. of Calif., Irvine Medical Center; Orange, Calif. | |

## LICENSURE and CERTIFICATION

*Medical Licensure*                                                      Certification number or date

| | | | |
|---|---|---|---|
| 1984 | Washington | **(active)** | #22108 |
| 1980 | California | (inactive) | #G42633 |
| 1980 | Maine | (inactive) | #10479 |
| 1982 | Massachusetts | (inactive) | #48919 |
| 1990 | Alaska | (inactive) | #S AA 02352 MED |
| 2012 | National Plan & Provider Enumerator System | | #1629335765 |

*Medical Board Certification*

| | | |
|---|---|---|
| 1980 | National Board of Medical Examiners | #210419 |
| 1983 | American Board of Internal Medicine | #095039 |
| 1988 | American Board of Preventive Medicine; Specialty of Occupational Medicine | #22417 |

*Continuing Medical Education* (selected)

| | | |
|---|---|---|
| 2019 | PCSS MAT Waiver Training (waiver-eligible) | 01/11/2019 |

*Human Subjects Certification*

| | | |
|---|---|---|
| 2000 | University of Washington | 07/27/2000 |
| 2005 | CITI Basic Course | 12/31/2005 |
| 2009 | CITI Refresher Course | 02/16/2009 |

*Professional Training and Certification*

| | | |
|---|---|---|
| 2011 | UW Faculty Grants Management (FGM) | 12/28/2011 |
| 2012 | UW Financial Conflicts of Interest (FCOI) | 08/02/2012; 03/27/2018; 07/25/2018 |
| 2018 | UW Bloodborne Pathogens for Researchers | 07/24/2018 |
| 2018 | UW Protecting Patient Information (HIPAA) | 07/24/2018 |
| 2018 | FEMA Introduction to ICS (ICS-100) | 07/25/2018 |
| 2019 | King Co. Records Retention & Public Records | 04/23/2019 |

*Teacher Training*

| | | |
|---|---|---|
| 2007 | UW Summer Institute for Teaching Excellence | 06/17/2007 |
| 2012-2013 | UW School of Medicine Teaching Scholars | 06/04/2013 |

*Anti-racism and related Training*

| | | |
|---|---|---|
| 2014 | UW SPH Undoing Racism | 10/24/2014 |
| 2016 | COPHP Institutionalized Racism in Daily Life | 05/25/2016 |
| 2016 | COPHP Structural Racism and Public Health | 11/05/2016 |
| 2017 | 350 Seattle Anti-racism: Allies to Immigrants | 09/10/2017 |

William Daniell
Curriculum Vitae (page 3)
June 2020

2019            COPHP Microaggression, Inclusive Classroom   01/12/2019

## HONORS

2002            Outstanding Teaching Award. UW School of Public Health & Community Medicine.
2007            Mentorship Award. UW Department of Environmental & Occupational Health Sciences.
2008-2013       UW Rohm and Haas Professorship in Public Health Sciences
2011            Outstanding Teaching Award. UW School of Public Health.
2011            Co-recipient. NIOSH/NORA Innovative Research Award for "Effectiveness of Training
                and Reinforcement on HPD Use Among Construction Workers" (Seixas, PI).

## BIBLIOGRAPHY

Refereed Research Articles

1.  **Daniell** WE, Vaughan TL: Paternal employment in solvent-related occupations and adverse
    pregnancy outcomes. Br J Ind Med 1988: 45:193-97.
2.  Sherman CB, Barnhart S, Miller MF, Segal MR, Aitken M, Schoene R, **Daniell** W, Rosenstock L:
    Firefighting acutely increases airway responsiveness. Am Rev Respir Dis 1989; 140:185-90.
3.  **Daniell** WE, Vaughan TL, Millies BA: Pregnancy outcomes among female flight attendants. Aviat
    Space Environ Med 1990; 61:840-44.
4.  **Daniell** W, Camp J, Horstman S: Trial of a "negative ion generator" device in remediating
    problems related to indoor air quality. J Occup Med 1991; 33:81-87.
5.  Rosenstock L, Kiefer M, **Daniell** WE, McConnell R, Claypoole K [and Pesticide Health Effects
    Study Group]: Chronic central nervous system effects of acute organophosphate pesticide
    intoxication. Lancet 1991; 338(8772):223-27.
6.  **Daniell** W, Stebbins A, Kalman D, O'Donnell JF, Horstman SW: The contributions to solvent
    uptake by skin and inhalation exposure. Am Ind Hyg Assoc J 1992; 53:124-29.
7.  **Daniell** W, Barnhart S, Demers P, Costa LG, Eaton DL, Miller M, Rosenstock L: Neuropsycho-
    logical performance among agricultural pesticide applicators. Environ Res 1992; 59:217-28.
8.  Stebbins AI, Horstman SW, **Daniell** WE, Atallah R: Cobalt exposure in a carbide tip grinding
    process. Am Ind Hyg Assoc J 1992; 53:186-92.
9.  Checkoway H, Costa LG, Camp J, Coccini T, **Daniell** WE, Dills RL: Peripheral markers of
    neurochemical function among workers exposed to styrene. Br J Ind Med 1992; 49:560-65.
10. Karr C, Demers P, Costa LG, **Daniell** WE, Barnhart S, Miller M, Gallagher G, Horstman SW,
    Eaton D, Rosenstock L: Organophosphate pesticide exposure in a group of Washington State
    orchard applicators. Environ Res 1992; 59:229-37.
11. Rosenstock L, **Daniell** W, Barnhart S, Stover B, Castorina J, Mason SE, Heyer NJ, Hubbard R,
    Kaufman JD, Brodkin CA, et al: The 10-year experience of an academically affiliated occupational
    and environmental medicine clinic. West J Med. 1992; 157:425-29.
12. **Daniell** W, Stebbins A, O'Donnell J, Horstman SW, Rosenstock L: Neuropsychological performance
    and solvent exposure among car body repair workers. Br J Ind Med 1993; 50:368-77.
13. Simon GE,* **Daniell** W, Stockbridge H,* Claypoole K, Rosenstock L: Immunologic, psychological,
    and neuropsychological factors in multiple chemical sensitivity: A controlled study. Ann Intern Med
    1993; 119:97-103.
14. Nevitt C,* **Daniell** W, Rosenstock L: Workers' compensation for non-malignant asbestos-related
    lung disease. Am J Ind Med 1994; 26:821-30.
15. Baird B, Camp J, **Daniell** W, Antonelli J: Solvents and color discrimination ability. Non-replication
    of previous findings. J Occup Med 1994; 36:747-51.
16. Brodkin CA,* **Daniell** W, Checkoway H, Echeverria D, Johnson J, Wang K, Sohaey R, Green D,
    Redlich C, Gretch D. Hepatic ultrasonic changes in workers exposed to perchloroethylene. Occup
    Environ Med 1995; 52:679-85.
17. Keifer M, McConnell R, Pacheco F, **Daniell** W, Rosenstock L: Estimating underreported pesticide
    poisonings in Nicaragua. Am J Ind Med 1996; 30:195-201.

William Daniell
Curriculum Vitae (page 4)
June 2020

18. **Daniell** WE, Fulton-Kehoe D, Smith-Weller T, Franklin GM: Occupational hearing loss in Washington State, 1984-1991: I. Statewide and industry-specific incidence. Am J Ind Med 1998; 33:519-528.

19. **Daniell** WE, Fulton-Kehoe D, Smith-Weller T, Franklin GM: Occupational hearing loss in Washington State, 1984-1991: II. Morbidity and associated costs. Am J Ind Med 1998; 33:529-536.

20. **Daniell** WE, Claypoole KH, Checkoway H, Smith-Weller T, Dager SR, Townes BD, Rosenstock L: Neuropsychological function in retired workers with prior long-term occupational solvent exposure. Occ Env Med 1999; 56:93-105.

21. Burgess JL, Brodkin CA, **Daniell** WE, Pappas GP, Keifer MC, Stover BD, Edland SD, Barnhart S. Longitudinal decline in firefighter DLCO measurements: A respiratory surveillance dilemma. Am J Resp Crit Care Med 1999; 159:119-24.

22. Wetter DC,* **Daniell** WE, Treser CD. Hospital emergency department preparedness for victims of terrorist incidents involving chemical or biological weapons. Am J Public Health 2001; 91:710-716.

23. **Daniell** WE, Fulton-Kehoe D, Cohen M, Swan SS, Franklin GM. Increased reporting of occupational hearing loss: Workers' compensation in Washington State, 1984-1998. Am J Ind Med 2002; 42:502-10.

24. **Daniell** WE, Swan SS, McDaniel MM, Stebbins JG, Seixas NS, Morgan MS. Noise exposure and hearing conservation practices in an industry with high incidence of workers' compensation claims for hearing loss. Am J Ind Med 2002; 42:309-17.

25. **Daniell** WE, Stover B, Takaro T. Comparison of criteria for significant threshold shift in workplace hearing conservation programs. J Occup Env Med 2003; 45:295-304.

26. Maxfield M,* **Daniell** WE, Treser CD, van der Slice J. An evaluation of treated effluent quality of aerobic residential on-site sewage systems. J Environ Health 2003; 66:14-19.

27. Neitzel R, Seixas N, Goldman B, Olson J, **Daniell** W. Non-occupational noise: Contributions to total noise exposure of construction workers. Ann Occup Hyg 2004; 48:463-473.

28. Neitzel R, Seixas N, Olson J, **Daniell** W, Goldman B. Non-occupational noise: Exposures associated with routine activities. J Acoust Soc Am 2004; 115:237-45.

29. Winnemuller LL, Spielholz PO, **Daniell** WE, Kaufman JD. Comparison of ergonomist, supervisor and worker assessments of work related musculoskeletal risk factors. J Occup Environ Hyg 2004; 1:414-22.

30. **Daniell** WE, Fulton-Kehoe D, Chiou LA, Franklin GM. Work-related carpal tunnel syndrome in Washington State workers' compensation: Temporal trends, clinical practices, and outcomes. Am J Ind Med 2005; 48:259-69.

31. **Daniell** WE, Swan SS, McDaniel MM, Camp JE, Cohen MA, Stebbins JG. Noise exposure and hearing loss prevention programs after twenty years of regulations in the United States. Occ Env Med 2006; 63:343-51.

32. Johns DO, **Daniell** WE, Shen DD, Kalman DA, Dills RL, Morgan MS: The effect of ethanol consumption on the biotransformation of 1,1,1-trichloroethane in human volunteers. J Toxicol Sci 2006; 92:61-70.

33. Thepaksorn P,* **Daniell** WE, Padungtod C, Keifer MC. Occupational Accidents and Injuries in Thailand. Int J Env Occup Health 2007; 13:290-4.

34. Turnberg W,* **Daniell** W, Seixas N, Simpson T, Van Buren J, Lipkin E, Duchin J. Appraisal of recommended respiratory infection control practices in primary care and emergency department settings. Am J Infect Control 2008; 36:268-75.

35. Turnberg W,* **Daniell** W. Evaluation of a healthcare safety climate measurement tool. J Safety Res 2008; 39(6):563-8.

36. Neitzel R, Meischke H, **Daniell** WE, Trabeau M, Seixas N. Development and pilot testing of hearing conservation training for construction workers. Am J Ind Med 2008; 51:120-9.

37. Trabeau M, Neitzel R, Meischke H, **Daniell** WE, Seixas N. An evaluation of "train the trainer" versus expert training modalities for hearing protection use in construction. Am J Ind Med 2008; 51:130-7.

38. **Daniell** WE, Fulton-Kehoe D, Franklin GM. Work-related carpal tunnel syndrome in Washington State workers' compensation: Utilization of surgery and the duration of lost work. Am J Industrial Med 2009; 52:931-942.

39. Graves JM,* **Daniell** W, James F, Milgrom P. Estimating Fluoride Exposure in Rural Communities: A Case Study in Western Washington. Wash State J Public Health 2009; 2:22-31.


\*  Graduate student or resident/fellow; primary or majority mentorship by Daniell.

William Daniell
Curriculum Vitae (page 5)
June 2020

40. Patrick G,* **Daniell** W, Treser C, VanDerslice J: Residual methamphetamine in decontaminated clandestine drug laboratories. J Occup Environ Hyg 2009; 6:151-156.
41. Turnberg W,* **Daniell** W, Simpson T, van Buren J, Seixas N, Lipkin E, Duchin J. Personal healthcare worker (HCW) and work-site characteristics that affect HCWs' use of respiratory-infection control measures in ambulatory healthcare settings. Infect Control Hosp Epidemiol 2009; 30(1):47-52.
42. Franklin GM, Rahman EA, Turner JA, **Daniell** WE, Fulton-Kehoe D. Opioid Use for Chronic Low Back Pain: A Prospective, Population-Based Study Among Injured Workers in Washington State, 2002-2005. Clin J Pain 2009; 25:743-51.
43. Griffin SC, Neitzel R, **Daniell** W, Seixas N. Indicators of hearing protection use: self-report and researcher observation. J Occup Environ Hyg 2009; 6:639-47.
44. Edelson J, Neitzel R, Meischke H, **Daniell** W, Sheppard L, Stover B, Seixas N. Predictors of hearing protection use in construction workers. Annals Occup Hygiene 2009; 53(6):605-15.
45. Neitzel R, **Daniell** W, Sheppard L, Davies H, Seixas N. Comparison of perceived and quantitative measures of occupational noise exposure. Ann Occup Hyg 2009; 53(1):41-54.
46. Turnberg W,* **Daniell** W, Duchin J. Influenza vaccination and sick leave practices and perceptions reported by health care workers in ambulatory care settings. Am J Infect Control 2010; 38(6):486-8.
47. Turnberg W,* **Daniell** W, Duchin J. Notifiable infectious disease reporting knowledge among physicians and registered nurses in primary care and emergency department settings. Am J Infect Control 2010; 38(5):410-2.
48. Bedno SA, Lang CE,* **Daniell** WE, Wiesen AR, Datu JB, Niebuhr DW. Association of weight at enlistment with enrollment in the Army Weight Control Program and subsequent attrition in the Assessment of Recruit Motivation and Strength Study. Mil Med 2010; 175(3):188-93.
49. Neitzel R, **Daniell** WE, Sheppard L, Davies HW, Seixas NS. Evaluation and comparison of three exposure assessment techniques. J Occup Environ Hyg 2011; 8(5):310-323.
50. Neitzel R, **Daniell** WE, Sheppard L, Davies HW, Seixas NS. Improving exposure estimates by combining exposure information. Ann Occup Hyg  2011; 55(5):537-47.
51. Seixas NS, Neitzel R, Stover B, Sheppard L, **Daniell** B, Edelson J, Meischke H. A multi-component intervention to promote hearing protector use among construction workers. Int J Audiol 2011 Mar; 50(Suppl 1):S46-56.
52. Charles CV, Dewey CE, **Daniell** WE, Summerlee AJS. Iron-deficiency anaemia in rural Cambodia: community trial of a novel iron supplementation technique. Eur J Public Health 2011; 21(1):43-8
53. Graves J,* **Daniell** W, Harris J, Obure AF, Quick R. Employing student-created visual aids to promote handwashing behavior in Kenyan primary schools. Int J Community Health Educ 2011-12;32:307-23.
54. Nhean S, Thetkathuek A, Meepradit P, **Daniell** W, Jaidee W. Factors affecting cholinesterase level among insecticide-exposed vegetable farmers in Prek Balatchheng, Cambodia: A case study. Journal of Science, Technology, and Humanities [Thai journal] 2012 (Dec);10(2).
55. Graves JM,* Finsness ED, Harris JR, Quick R, Were V, **Daniell** WE. Teacher perspectives on implementing and sustaining a handwashing promotion intervention in Western Kenyan primary schools. Int Q Community Health Educ 2013;34:159-70.
56. Carlsten C, Oron AP, Curtiss H, **Daniell** W, Kaufman J, Jarvis S. Symptoms in response to controlled diesel exhaust more closely reflect exposure perception than true exposure. PLOS ONE, July 2013.
57. Thetkathuek A, Suybros N, **Daniell** W, Meepradit P, Jaidee W. Factors influencing poisoning symptoms: A case study of vegetable farmers exposed to mixed insecticides in Prek Balatchheng Village, Cambodia. J Agromedicine 2014;19(4):337-45.
58. **Daniell** WE, Lo Van Tung, Wallace RM, Havens DJ, Karr CJ, Nguyen Bich Diep, Croteau GA, Beaudet NJ, Nguyen Duy Bao. Childhood Lead Exposure in a Vietnamese Battery Recycling Village. BioMed Research Intl 2015; Article ID 193715, 10 pp. http://dx.doi.org/10.1155/2015/193715.
59. Michael K, No D, **Daniell** WE, Seixas NS, Roberts MC. Assessment of Environmental Contamination with Pathogenic Bacteria at a University Laundry Facility. Ann Work Expo Health. 2017;61:1087-96.
60. Benson C, **Daniell** W, Otten J. A Qualitative Review of United States Food Waste Programs and Activities at the State and Local Level. J Hunger Environ Nutr 2017 [online Dec. 26]:1-20.
61. Ericson B, Duong Thi To, Keith J, Nguyen Trong Cuu, Havens D, **Daniell** W, Karr C, Ngoc Hai Doan, Lo Van Tung, Wilson B, Hanrahan D, Croteau G, Taylor M. Improving human health outcomes with a low-cost intervention to reduce exposures from lead acid battery recycling: Dong Mai, Vietnam. Environ Res 2018;161:181-7.

William Daniell
Curriculum Vitae (page 6)
June 2020

62. Havens D,* Minh Hong Pham, Karr CJ, **Daniell** WE. Blood Lead Levels and Risk Factors for Lead Exposure in a Pediatric Population in Ho Chi Minh City, Vietnam. Int J Environ Res Public Health 2018;15(1). p E93.

*Submitted*     None

*In preparation*

1. **Daniell** W, et al. Evaluation of an educational campaign and remediation of lead contamination in a Vietnamese battery recycling village.
2. Others, available upon request.

Other Refereed Scholarly Publications

1. Barnhart S and **Daniell** WE. Carpal tunnel syndrome: a cumulative trauma disorder. West J Med 1988; 148:74.
2. **Daniell** WE, Couser WG, Rosenstock L. Glomerulonephritis and organic solvent exposure: A case report and review of the literature. JAMA 1988; 259: 2280-83.
3. **Daniell** WE, Vaughan TL, Millies BA. Pregnancy outcomes among female flight attendants. Aviat Space Environ Med. 1990; 61:840-4.
4. **Daniell** WE: Male reproductive toxicity. West J Med 1990; 152:174-75.
5. Rosenstock L, **Daniell** W, Barnhart S, Schwartz D, Demers PA. Chronic neuropsychological sequelae of occupational exposures to organophosphate insecticides. Am J Ind Med 1990; 18:321-25.
6. White D, **Daniell** WE, Maxwell JK, Townes BD: Psychosis following styrene exposure: a case report of neuropsychological sequelae. J Clin Exp Neuropsychol 1990; 12:798-806.
7. Stockbridge H* and **Daniell** WE: Lead poisoning in bricklayers–Washington state. MMWR 1991; 40:169-71.
8. Sparks P, **Daniell** W, Black DW, Kipen HM, Altman LC, Simon GE, Terr AI: Multiple chemical sensitivity: A clinical perspective. I: Case definition, theories of pathogenesis, and research needs. J Occ Med 1994; 36:718-30.
9. Sparks P, **Daniell** W, Black DW, Kipen HM, Altman LC, Simon GE, Terr AI: Multiple chemical sensitivity: A clinical perspective. II: Evaluation, diagnostic testing, treatment and social considerations. J Occ Med 1994; 36:731-7.
10. **Daniell** WE. Science, integrity, and investigators' rights: Current challenges. J Reg Tox Pharmacol 1996; 24:S152-S162.
11. **Daniell** WE, Stockbridge HL, Labbe RF, Woods JS, Anderson KE, Bissell M, Ellefson RD, Moore MR, Pierach CA, Schreiber WE, Tefferi A, Franklin GM: Environmental chemical exposures and disturbances of heme synthesis. Env Health Persp 1997; 105 (Supp 1):37-53.
12. Gwerder LJ, Beaton R, **Daniell** W. Bioterrorism: Implications for the occupational health nurse. AAOHN Journal 2001; 49:512-519.
13. Zachek CM, Karr CJ, Sweeney C, **Daniell** W, Miller MD. A network of Pediatric Environmental Health Specialty Units (PEHSUs): Filling a critical gap in the health care system. Medycyna Środowiskowa - Environmental Medicine 2012; 15(3):7-18.
14. Thetkathuek A, **Daniell** W. Migrant workers in agriculture: A view from Thailand. J Agromedicine 2015; epub (Oct. 19).
15. Korfmacher KS, Aviles K, Cummings BJ, **Daniell** W, Erdmann J, Garrison V. Health impact assessment of urban waterway decisions. Int J Environ Res Public Health 2015; 12(1):300-21

Books and Book Chapters

1. Rempel D; and **Daniell** W, Brodkin C* (guest editors): Tetrachloroethylene toxicity. Case studies in Environmental Medicine. Agency for Toxic Substances and Disease Registry (ATSDR), 1990.
2. **Daniell** W: Renal and bladder disorders. In: Rosenstock L and Cullen M (eds): Textbook of Clinical Occupational and Environmental Medicine. Philadelphia: WB Saunders, 1994; pp 401-22.
3. **Daniell** WE, Sparks PJ: Multiple Chemical Sensitivity Syndrome. In: Cordasco EM Sr, Zenz C, Demeter SL (eds): Environmental Respiratory Diseases. NY: Van Nostrand Reinhold, 1995; pp 391-415.
4. Committee on Gulf War and Health (**Daniell** W, member). Gulf War and Health, Vol. 2: Insecticides and Solvents. Washington, DC: National Academy Press, 2003.

William Daniell
Curriculum Vitae (page 7)
June 2020

5. Committee on Gulf War and Health (**Daniell** W, member). Gulf War and Health: Updated Literature Review on Sarin. Washington, DC: National Academy Press, 2004.
6. Rhoads CS, **Daniell** W: Renal and bladder disorders. Ch. 25 in: Rosenstock L, Cullen M, Brodkin CA, Redlich CA (eds): Textbook of Clinical Occupational and Environmental Medicine. 2nd Edition. Philadelphia: WB Saunders, 2005; pp. 565-86.

Other Scholarly Publications

1. **Daniell** W, Stebbins A, Horstman SW: An industrial hygiene and worker health evaluation of the auto body repair industry (report). UW Department of Environmental Health Field Research & Consultation Group; 1989.
2. Heyer N, Checkoway H, **Daniell** W, Horstman S, Camp J: The University of Washington study of video display terminal workers (report). Prepared for the Washington State legislature and Department of Labor & Industries; 1989.
3. Heyer N, Checkoway H, **Daniell** W, Horstman S, Camp J: Self-reported musculoskeletal symptoms among office video display terminal operators (proceedings). In: Sakurai H, Okazaki I, Omae K (eds): Occupational Epidemiology. Excerpta Medicine International Congress Series 889: Excerpta Medica 1990; 255-58.
4. Barnhart S, Myers R, Franklin G, **Daniell** W, Rosenstock L: The quality and reliability of workers' compensation permanent partial disability rating for respiratory impairment under Washington State administrative code (report). Prepared for Washington State Dept. of Labor & Industries; 1991.
5. Rosenstock L, Keifer MC, **Daniell** WE: Pesticide intoxication and chronic CNS effects (letter). Lancet 1991; 338(8761):948-49.
6. **Daniell** W and Golaz A: Phase-I pilot evaluation of hard metal tool manufacturing employee breathing function (report). UW Department of Environmental Health; 1992.
7. **Daniell** W, Morgan M, Stebbins A, Kalman D, Fenske R, van Belle G: Health hazards in the hard metal tool industry (report). Prepared for Washington Department of Labor & Industries; 1993.
8. **Daniell** WE, Kalman D, Stebbins A: Neuropsychological performance and solvent exposure among car body repair shop workers (letter). Br J Ind Med 1993; 50:1126-27.
9. Simon G, **Daniell** W: Multiple chemical sensitivity syndrome (letter). Ann Int Med 1994; 120:249-51.
10. **Daniell** W, Stockbridge H, and Reviewers: Evaluation of individuals with environmental chemical exposures and suspected abnormalities of heme synthesis (report). Washington State Department of Labor & Industries; 1996.
11. Brodkin CA, **Daniell** W, Echeverria D, Redlich C, Checkoway H. Concerns and assumptions of labor and management in the dry-cleaning industry (letter). Am J Ind Med 1999; 36:482-83.
12. **Daniell** WE, Wickizer T, Fulton-Kehoe D, Franklin GF. Work-related carpal tunnel syndrome: Clinical practices and outcomes for workers' compensation patients in Washington State (report). Prepared for Occupational Health Services Project; Washington State Department of Labor & Industries; 2000.
13. Swan S and **Daniell** W. Hearing conservation in industry (review). Occup Health Saf 2002; 7:78-80.
14. **Daniell** W and Swan S. Occupational noise exposure and hearing loss prevention: A technical report and guidebook for sheet metal manufacturing companies. DEOHS, 2005.
15. Saejiw N, N. Chaiear N, J. Ngoencharee J, Sadhra S, et al. (**Daniell** WE, 23rd/32 authors). Occupational exposure to particulates in workers employed in rubber wood sawmills in Thailand. 19th International Conference on Epidemiology in Occupational Health (EPICOH2007), abstract 085. Occup Environ Med 2007; 64(12):e18.
16. Shantz A,* and **Daniell** W. Arsenic Mitigation in Cambodia: What next? Prepared for the Cambodia national Arsenic Team. Dec 2010. copy online
17. **Daniell** W, Shantz A. Arsenic in Drilled-well Drinking Water: Use of Existing Surveillance Data to Prioritize Regions for Intervention and to Evaluate Dug Wells as an Alternative Water Source. Epidemiology 2011;22(1):S154
18. Shantz A, **Daniell** W, Abernethy A, Bostick B, Chaing C, Thang M, Hok P, Havens D. A Study of Options for Safe Water Access in Arsenic Affected Communities in Cambodia. Report for World Bank Water and Sanitation Programme, and Cambodia Ministry of Rural Development. April 2012. copy online.

19. **Daniell** W, Gould L, Cummings BJ, Childers J, Lenhart A. Health Impact Assessment: Proposed Cleanup Plan for the Lower Duwamish Waterway Superfund Site ["Duwamish HIA"]; Advance Report. Seattle, WA: University of Washington, Just Health Action, and Duwamish River Cleanup Coalition/ Technical Advisory Group. May 2013. website.

   a. **Daniell** W, Gould L, Cummings BJ, Childers J, Lenhart A. Duwamish HIA; Technical Report: Resources and methods. Seattle, WA. Sept 2013.

   b. Cummings BJ, Childers J,* **Daniell** W, Gould L, Lenhart A. Duwamish HIA; Technical Report: Effects of the proposed cleanup plan on local residents. Seattle, WA. Sept 2013.

   c. Gould L, Cummings BJ, **Daniell** W, Lenhart A, Childers J. Duwamish HIA; Technical Report: Effects of the proposed cleanup plan on Tribes. Seattle, WA. Sept 2013.

   d. Lenhart A,* **Daniell** W, Cummings BJ, Gould L, Childers J. Duwamish HIA; Technical Report: Effects of the proposed cleanup plan on subsistence fishing populations. Seattle, WA. Sept 2013.

   e. Gould L, **Daniell** W, Lenhart A, Cummings BJ, Childers J. Duwamish HIA; Technical Report: Institutional controls and health. Seattle, WA. Sept 2013.

   f. **Daniell** W, Childers J,* Gould L, Cummings BJ, Lenhart A. Duwamish HIA; Technical Report: Effects of the proposed cleanup plan on health of workers and employment in Lower Duwamish area industries. Seattle, WA. Sept 2013.

   g. **Daniell** W, Gould L, Cummings BJ, Childers J,* Lenhart A.* Duwamish HIA; Public Comment Report. Seattle, WA. June 2013.

   h. **Daniell** W, Gould L, Cummings BJ, Childers J,* Lenhart A.* Duwamish HIA; Advance Report. Seattle, WA. May 2013.

## PROFESSIONAL ACTIVITIES

Committees

| | |
|---|---|
| 2014-2015 | Co-chair: Northwest Health Impact Assessment (HIA) Network Steering Committee. |
| 2014-2015 | Member: Society of Practitioners of HIA (SOPHIA) Health in All Policies (HIAP) Screening Tool Workgroup. |
| 2004 | Member: Special emphasis study section: Neurologic indices of long term solvent exposure in workers. National Institute for Occupational Safety and Health. |
| 2003-2004 | Member: Institute of Medicine (IOM) Committee and Expert Panel on Gulf War and Health: Updated Review of the Literature on Sarin. |
| 2001-2003 | Member: IOM Committee and Expert Panel on Gulf War and Health: Review of the Literature on Pesticides and Solvents. |
| *Previous* | Available upon request |

Editorships

| | |
|---|---|
| 2016-2017 | Co-editor (with Catherine Karr). Global Children's Environmental Health; special issue for International Journal of Environmental Research and Public Health. |

Reviewer:  Journals (most recent year)

- Annals of Global Health (2016)
- BMJ Open (2016)
- International Journal of Environmental Research and Public Health (2017)
- Journal of Health and Pollution (2019)
- Journal of Hunger and Environmental Nutrition (2020)
- Lancet (2017)

Reviewer:  Journals (previous) and other – available upon request

Membership:  Professional societies

- Washington Physicians for Social Responsibility (WPSR)
- Washington State Public Health Association (WSPHA)
- American Public Health Association [APHA; inactive]

William Daniell
Curriculum Vitae (page 9)
June 2020

- ▪ American Medical Association

**PROFESSIONALLY-RELATED COMMUNITY SERVICE**

Public Health Practice

2019-present   Member: Duwamish River Cleanup Coalition/ Technical Advisory Group (DRCC/TAG) Advisory Council.

2015-present   Member: King County Board of Health (BOH).

- 2019-present: Member, Subcommittee on Gender Based Violence (aka, Sexual violence, domestic violence, and missing and murdered indigenous women)
- 2019-present: Member, Subcommittee on Healthy eating.
- 2016-2018: Member, Standing Advisory Committee for Health Care for the Homeless Network.
- 2018: Primary proponent, Guideline & Recommendation 18-03, to inform jurisdictions working at regional, county, and city levels on alleviating the unsheltered homelessness public health crisis for the benefit of the health, well-being and survival of unsheltered people throughout King County.

2012-present   Volunteer: Seattle/King County Public Health Reserve Corps.

- ▪ 2019: Volunteer: Case Investigation, measles outbreak response; Clark County Public Health (two deployments).

2017-2019   Member: Economic Inequity and Health task group. Washington PSR.

2016-2018   Member: Technical Panel: El Centro de la Raza; Community Health Advocates Collaboration. Beacon Hill Environmental Health Collaboration. EPA Environmental Justice Collaborative Problem-Solving Cooperative Agreement, 10/2016-10/2018.

2014-2017   Advisor: Just Health Action (JHA), Duwamish River Opportunity Fund projects: DROF 1, Vietnamese Subsistence Fisher Project; DROF 2, Healthy Fishing Alternatives Vietnamese Latino Project; DROF 3, Building capacity of subsistence fishers to protect their health through peer education and advocacy.

2015-2017   Member: Watershed Advisory Group. King County and City of Seattle Green/Duwamish Watershed Strategy Project.

2016   Advisor: Public Health-Seattle/King County (PHSKC) rapid HIA of South Park Community Center redesign.

2015   Member: South Park Green Spaces Coalition Steering Committee

2014-2015   Partner: Duwamish River Cleanup Coalition/ Technical Advisory Group (DRCC/TAG) Healthy River/Healthy Communities Project Advisory Committee; EPA Urban Waters.

2014   Consultant: Yesler Terrace Community Health Plan. Funder: Seattle Foundation & King County: Communities of Opportunity RFP 1. Applicant: Seattle Housing Authority ($89,221).

2013-2016   Advisor to Blacksmith Institute, Vietnam National Institute for Occupational & Environmental Health (NIOEH), Vietnam Center for Environment and Community Development, and Vietnam Environment Administration. Dong Mai craft village lead remediation project. An NIOEH-UW research team (Daniell, UW PI) also evaluated remediation effectiveness.

2013-2014   Advisor: University of Namibia. Development of new School of Public Health. Supported by UW International Training and Education Center for Health (I-TECH).

2011-2014   Partner: DRCC/TAG and JHA: Duwamish Valley Healthy Communities Project; EPA CARE grant, Level I.

2012-2013   Director. Health Impact Assessment of EPA proposed cleanup plan for Lower Duwamish Waterway Superfund Site. Partnership with DRCC/TAG and JHA.

2008-2011   Advisor and collaborator: Southeast Asia: Resource Development International (RDI) Cambodia; National Arsenic Team, Cambodia Ministry of Rural Development (2010-12); Food and Agriculture Organization, Bangkok, Thailand (2009-10).

2007-2008   Advisor: Toxic Beauty (Nail Salon) Project; EPA Collaborative Problem-Solving grant;

William Daniell
Curriculum Vitae (page 10)
June 2020

Environmental Coalition of South Seattle (ECOSS) and Community Coalition for Environmental Justice (CCEJ), Seattle, WA.

*Previous*          Available upon request

Publications

| | |
|---|---|
| 2018 | Daniell B, Danielson B, Delecki C. If it's a homeless emergency, why don't we provide shelter? [Op-ed]. *Crosscut* May 21, 2018. link |
| 2017 | Daniell B, Danielson B. Homelessness is Seattle's public health crisis [Op-ed]. *Crosscut* October 25, 2017. link |
| 2014 | Daniell B, Kwan-Gett T. Duwamish River Superfund cleanup is a natural and social project [Op-ed]. *Seattle Times* October 29, 2014. link. |

Presentations

| | |
|---|---|
| 2015 | Presenter: Duwamish Valley: Much more than just a river: Sustainability, equity and health. UW Huskies for Humanity: Art, Research, and Restoration: UW's Connection to the Duwamish River. Oct 28, 2015. |
| 2015 | Presenter: Duwamish Valley: Much more than a contaminated river: Science to practice, community participation, and community health. UW SPH PRiSM – Creating healthy regional communities. Oct 13, 2015. |
| 2014 | Panel member: Does the Fish Consumption Rate Matter? Human Rights, Environmental Justice, & Public Health Perspectives. Seattle Human Rights Commission. June 2014. |
| 2012 | Co-presenter: Urbanism and health. Seattle Art Museum Saturday University: The Future of Asia's Cities: Design, Environment, Health. March 2012. |
| 2011 | Presenter: Environmental health in Southeast Asia. Campus visit by 10th grade students from Life Sciences and Global Health academy at Cleveland High School. UW DEOHS; April 2011. |

*Past*          Available upon request

**FUNDING HISTORY**

*Current*          None as funded investigator.

| | |
|---|---|
| 2019+ | Project mentor (unfunded) to JM Wong (PI). Strategies for addressing occupational health hazards at the workplace for formerly incarcerated workers. UW NW Center for Occupational Health and Safety; Professional Training Opportunities Program. |

*Pending*          None

*Not funded*          Available upon request

*Recent*

| | |
|---|---|
| 2014 | Investigator: SE Asia Collaborative Center on Environmental Health. NIH/Fogarty RFA TW-14-001 and TW-14-002: Hubs of Interdisciplinary Research and Training in Global Environmental and Occupational Health; GEOHealth. (C Karr, PI; ≤$600K/year, 5 yrs). |
| 2014 | Principal Investigator (PI): Health Impact Assessment (HIA) Program proposal. Funder: Funder: Pew/Robert Wood Johnson, Health Impact Project. Applicants: UW Northwest Center for Public Health Practice (NWCPHP) and Public Health Seattle & King County. ($249,733, 2 yrs; Daniell 10% FTE). |
| 2014 | Co-PI: Place-Based Equity Partnership in the Duwamish Valley. Funder: Seattle Foundation and King County: Communities of Opportunity RFP 2. Applicants: Environmental Coalition of South Seattle and UW NWCPHP (with Manufacturing Industrial Council of Seattle and Duwamish River Cleanup Coalition; $150,000/year, 3-5 years; Daniell 10% FTE). |
| 2012-2013 | Principal investigator: Health Impact Assessment of Lower Duwamish Waterway Superfund Cleanup. Collaboration with DRCC/TAG and JHA. Funder: Pew/Robert |

William Daniell
Curriculum Vitae (page 11)
June 2020

Wood Johnson, Health Impact Project; 1/2012-4/2013 (extended to 11/2013); $124,665 (10% FTE, plus 10% FTE Rohm & Haas cost-sharing).

*Previous*          Available upon request (1984-2014)

## CONFERENCES AND SYMPOSIA

### Organization

Member, Content Advisory Team. WSPHA Annual Meeting; 2017-2018.
Co-chair, Co-organizer: Prioritizing Child Environmental Health Needs, Research and Actions: Stakeholder Workshop. Hanoi, Vietnam; Nov 2012.
Co-chair, conference and keynote session: Fourth International Scientific Conference in Occupational and Environmental Health; Hanoi, Vietnam; Nov 2012
Co-chair, Co-organizer: Regional Dissemination Workshop: A Study of Options for Safe Water Access in Arsenic Affected Communities in Cambodia. World Bank, Water Sanitation Programme; and Cambodia Ministry of Rural Development. Phnom Penh, Cambodia; Nov 2011.
Member, Conference planning committee; Co-chairperson, plenary and oral sessions; Third International Scientific Conference in Occupational and Environmental Health; Hanoi, Vietnam; Nov 2008.
Program Co-planner, Environment section; and Member, Conference program planning committee; Annual Meetings of American Public Health Association; Nov 2007, and Oct 2008.

### Invited Presentations

Presenter; panel member: Engaging Academia in HIA. 2nd National HIA Meeting. Wash, DC; Sept 2013.
Panel member. Past HIA Grantee Panel. Pew/RWJ Health Impact Project grantee meeting. Wash, DC; Sept 2013.
Keynote: Environmental and Occupational Health: Making connections between research, social needs, and action. Fourth International Conference of Occupational and Environmental Health. Hanoi, Vietnam; Nov 2012.
Presenter: Household Survey. A Study of Options for Safe Water Access in Arsenic Affected Communities in Cambodia: Stakeholder Workshop. Phnom Penh, Cambodia. Nov 2011.
Presenter: Water and food and water security in Southeast Asia. 9th Annual Western Regional International Health Conference. Seattle, WA; April 2012.

*Previous*                    Available upon request

Seminars                    Available upon request

Contributed Presentations   Available upon request

## UNIVERSITY SERVICE

2019-present    Faculty Associate: UW Center for Human Rights
2016-present    Faculty: Community Oriented Public Health Practice MPH Program
2015-present    Faculty: Northwest Center for Public Health Practice
2020 (Spring)   Backup Instructor: DEOHS COVID-19 instruction plan
2010-2016       Member (and Chair 2010-2011): DEOHS Diversity Committee
2014-2016       Chair (and Member 2014-2015): DEOHS MPH Oversight Committee
2014-2015       Member: DEOHS Graduate Common Core Curriculum Task Force
2015-2016       Chair: DEOHS Curriculum and Teaching Policy Committee
2014-2016       Member: SPH Curriculum and Educational Policy Committee

*Previous*          Available upon request (1986-2015)

William Daniell
Curriculum Vitae (page 12)
June 2020

## TEACHING HISTORY

Formal Courses

| 2017-present | ***Community Development:*** 5-week block in *Population Health & Community Development* (COPHP-HSERV 531; 6 credits); Co-Instructor (A/17, A/18, 5 wks); 100% responsibility for 1 of 3 cohorts (7-9 of 23-28 students); shared responsibility for course planning. |
|---|---|
| 2018-present | ***Planning, Advocacy and Leadership Skills*** (HSERV 572; 4 credits). Faculty supervisor for student project group (3-5 of ≈20 students; course instructor, Hagopian). |
| 2017 | ***Leadership, Planning and Advocacy Skills*** (HSERV 590; 4 credits); Co-instructor (Sp/17; 33%); 23 students. Course renamed in 2018. |
| 2018 | ***Community Engagement & Participatory Evaluation*** (COPHP-HSERV 538; 6 credits); Co-Instructor (W/18, 6 wks); 100% responsibility for 1 of 3 cohorts (9 of 27 students); shared responsibility for course planning. |
| 1993-2016 | ***Environmental & Occupational Health***. Instructor (ENVH 511; 3 credits; 20-119 students) – or ***Global Environmental and Occupational Health***. Instructor (ENVH 510; 4 credits; 20-30 students). Not during 2004 (sabbatical). |
| 1999-2003 & 2005 | ***Occupational and Environmental Epidemiology*** (ENVH 570; 3 credits); Co-Instructor (with H Checkoway); 50% responsibility; 15-35 students. |
| *Other; previous* | Available upon request |
| <u>Clinical Teaching</u> | Available upon request |
| <u>Guest Lectures</u> | Available upon request |
| <u>Continuing Education</u> | Available upon request |

## ADVISING AND FORMAL MENTORING

PhD Dissertations: Chair

*Current*:   None

*Previous*:   W Turnberg (EOHyg/06)

Masters Theses/Capstones/Projects: Chair

*Current*:   Osawa Y (COPHP).

*Previous*:   C Jackson (GH/19); J Joseph (COPHP/19); N Hoge (COPHP/19); K Lenhoff (COPHP/18); E Less (COPHP/18); J Wong (EOH/OEHN/18); M Nakamura (EOH/OEHN/17, co-chair); K Doughty (EOH/OEHN/17, co-chair); Nalani (Emi) Yoko (COPHP/16); J Vaccaro (EOH/OEHN/16, co-chair); M Kushwaha (EOH/15); HY Sohng (OEM/15, co-chair); J Childers (EOH/14); A Lenhart (EOH/13); D Havens (OEM/12, co-chair); CS Truyens (EOH/12; co-chair); R Wallace (OEM/12, co-chair); N Wilson (GNM; GH Certificate Sp/12); A Schmidt (ES/11; recipient, UW SPH Omenn Award); W Callis (OEM-Madigan/09); E Stamper (EOH/09); E Finsness (EOH/08); J Graves (EOH/08; recipient, UW SPH Omenn Award); L Kercher (EDP/08); C Lang (OEM-Madigan/08); E Atwood (EDP/07); D Badzik (OEM-Madigan/07); M Sigmon (OEM-Madigan/07); S Sheldon (OEM/06); H Hoang (OEM-Madigan/06); T Ross (OEM-Madigan/06); A Fernandez (EOH/06); J Kile (EDP/04); A Weg (OEM-Madigan/04); J Terrio (OEM-Madigan/03); R Leo (IH/01); M Eng (IH/01); D Wetter (EDP/99); A Bunyaviroch (OEM/99); S Swan (IH/99); L Chiou (Epi/98); C Schumacher (OEM/96); L Pinkerton (OEM/93); H Stockbridge (OEM/92); N Davenport (OEM/91); C Martin (IH/90); C Nevitt (OEM/89); B Hall (IH/89); J Lazzaretti (OEM).

William Daniell
Curriculum Vitae (page 13)
June 2020

*Incomplete*: M Makovski (OEM); S Bick (OEM); J Endicott (OEM).

<u>PhD Committees in Non-Chair Role</u>

*Current*:     J Childers (CBE).

*Previous*:    K Michael (EOHyg/16); R Neitzel (EOHyg/09); D Johns (EOHyg/05).

*GSR*:        S Lowry (Epi/12); RM Robinson (MBT/05); M Drangsholt (Epi/04); J-C Chang (Nurs/01).

<u>Masters Committees in Non-Chair Role</u>

*Current*:    None

*Previous*:   CR Benson (NutrS/16); V Dorsey (ES/14); M Torres (ES/14); T Okitika (EOH/13); C Loftus
              (EOH/10); S Singhal (OEM/10); P Thepaksorn (ES/09); EA Rahman (OEM/08); S Griffin
              (IH/07); L Hom (EOH/06); P Thepaksorn (EOH/06); H Curtiss (EOH/06); M Trabeau (IH/06);
              J Young (IH/06); F Sands (EOH/05); B Berna (IH/05); G Patrick (EDP/05); T Olenchock
              (IH/03); J Olsen (IH/02); M Maxfield (EDP/02); L Gwerder (OHN/01); L Winnemuller (IH/01);
              J Thompson (OEM/01); G DePavia (ET/99), K Loreen (IH/*yr?*); P Deutsch (IH/*yr?*). Note:
              Records incomplete previous to 1999.

*Examiner*:   Bunthoeun K (OH/12); Nhean S (OH/12); Kantachai P (OH/12) – Burapha University,
              Chonburi, Thailand.

<u>Distinguished Awards to Mentees</u> (Primary or shared mentorship)

UW School of Public Health Omenn Award [School Outstanding Masters or PhD student]

    2008      Janessa Graves, MPH/EOH
    2012      Anna Schmidt, MS/ES
    2014      Jonathan Childers, MPH/EOH