THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF ELLIOT GRACE HARVEY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Grace Harvey, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am from and still currently reside in Seattle, Washington. I am thirty years old. I am an accountant and a full-time student. I have been unable to join in recent protests because I have a chronic underlying medical condition which impacts my mobility and renders me particularly susceptible to respiratory distress.

HARVEY DECL. ISO TRO (No. ) –1

148476789.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. However, I live about one half-block away from recent clashes between the Seattle Police Department and protesters and consequently have suffered health effects and trauma from my home.

4. On Monday, June 1, at around 9:10 p.m., Seattle Police deployed tear gas that permeated my home and caused me to develop a severe cough and made it difficult for me to breathe. I took refuge in a neighbor's apartment unit that does not have any windows and stayed sheltered in place there for a few hours. Eventually, to protect my health, I had to flee my apartment building and stay in a hotel in North Seattle that night.

5. The next day, Tuesday, June 2, I was in contact with my specialty care physician, who told me not to return home until I was sure that the use of chemical agents had stopped. I stayed in the same hotel again that night. However, I came home Wednesday, even though I was not sure that the use of chemical agents had stopped, because of the expense and inconvenience of sheltering indefinitely in a hotel.

6. On Saturday, June 6, I experienced stinging eyes from pepper spray bombs used by the Seattle Police.

7. I am terrified that the police will again deploy tear gas and that I will not be able to get away from my apartment safely. If a chemical agent entered my home again and caused similar respiratory effects, I would need to leave immediately. Prolonged exposure to chemical agents could cause severe negative health impacts. I do not have a car and I have limited mobility, so I am unable to evacuate to a safe place without assistance. I am also anxious about the possibility of the police line moving past my apartment building, in which case it would become even more difficult for me to evacuate safely during a confrontation. I feel trapped and unsafe in my own home. I have no good options: I can either stay in my apartment and risk being stranded there during a tear gas assault, or I can flee to a hotel, where I will have to pay nightly for the inconvenience of being forced from my home, and where I will not have access to basic necessities like laundry and a kitchen.

HARVEY DECL. ISO TRO (No. ) –2

148476789.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

8. I am further impacted by the constant explosions from the stun grenades/flash bangs, which are frightening, invasive, and disruptive.

Executed this 8th day of June 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____
Grace Harvey

HARVEY DECL. ISO TRO (No. ) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

148476789.1