THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF SHARON A. SAKAMOTO IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Sharon A. Sakamoto, declare and state as follows:

1. I have been a Seattle, Washington resident for over 70 years and I did not participate in any protests in Seattle between May 30, 2020, and June 6, 2020, because I was afraid of the police's use of force at protests. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I was born in Camp Minidoka in Idaho on September 20, 1943, to incarcerated Japanese American parents, both US citizens. Growing up in post-war America as a Japanese American child born in one of the camps has greatly shaped my world view and perspective. I

DECLARATION OF S. SAKAMOTO IN
SUPPORT OF MOTION FOR TEMPORARY
RESTRAINING ORDER (No. ) –1

148468482.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

have always been keenly aware of the flagrant discrimination and disparate treatment faced by communities of color across the US and particularly in Seattle.  This led me to dedicate my career to help my Japanese American community and communities of color.  I am now a retired attorney.  While practicing, I provided community and legal services primarily to the underserved Japanese American community.

3. When my fellow Americans rose up in response to the death of George Floyd and the numerous other black Americans killed by the police, I believed and hoped our country had finally reached a historical turning point.  I felt the energy and American spirit in the movement and messages of the people.  I passionately desired to participate in the protests taking place in Seattle.  I knew the risks associated with protesting amidst the COVID-19 pandemic.  But I still wanted to protest.  I would have worn a mask and stayed away from others at a six-foot distance.

4. However, I did not participate in any protests between May 30 and June 6 in Seattle because I was too afraid and intimidated by the violent police response.  I saw coverage of the protests in the media and was frightened by the force that the police were using against protesters.

5. I feel passionately about the years of blatant injustices suffered by black Americans and other people of color at the hands of police.  I wanted to make my voice heard, especially in light of my family's incarceration during WWII.  I am extremely proud of all the young people who have showed up to peacefully protest as part of this movement.  I wish I felt safe enough to join them.

6. If the police stopped using blast balls, and indiscriminately using tear gas and pepper spray (and other chemical irritants), I would gladly and proudly join the protests and exercise my First Amendment right to assemble.  I would want to add my voice to the call, the demand, that my government must change especially because current policing is done in a manner that devalues Black lives.

DECLARATION OF S. SAKAMOTO IN
SUPPORT OF MOTION FOR TEMPORARY
RESTRAINING ORDER (No. ) –2

148468482.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4  Executed this 8th day of June 2020 at Seattle, Washington.
5  I declare under penalty of perjury under the laws of the United States and the State of
6  Washington that the foregoing is true and correct.
7                                                              By: /s/ Sharon A. Sakamoto
8                                                              SHARON A. SAKAMOTO
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF S. SAKAMOTO IN
SUPPORT OF MOTION FOR TEMPORARY
RESTRAINING ORDER (No. ) –3

148468482.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000