THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on June 9, 2020, I electronically filed the foregoing Motion for Temporary Restraining Order and accompanying documents with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List, including the attorneys who have appeared for the City of Seattle.

//

//

//

//

CERTIFICATE OF SERVICE OF MOTION
FOR TRO
(No. 2:20-cv-00887) – 1

148483997.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| DATED: June 9, 2020 | By: /s David A. Perez<br>David A. Perez, WSBA No. 43959<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone: 206.359.8000<br>Fax: 206.359.9000<br>Email: DPerez@perkinscoie.com<br><br>*Attorneys for Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-tochá, Alexander Woldeab, Nathalie Graham, and Alexandra Chen* |

CERTIFICATE OF SERVICE OF MOTION
FOR TRO
 (No. 2:20-cv-00887) – 2

148483997.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000