THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE ,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF OMARI SALISBURY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Omari Salisbury, declare and state as follows:

1. I am Head of Marketing, Strategy, and Public Relations at Converge Media LLC. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I have been out protesting in Seattle against police brutality since Friday, May 29, 2020.

3. On Monday, June 1, 2020, I recorded a 5 minute 18 second video of police interacting with protestors at or near E Pine St and 11th Ave in Seattle. That video is posted online on my Youtube channel. EAST PRECINCT FLASHPOINT – EXTENDED EDIT,

SALISBURY DECL. ISO TRO (No. ) –1

148467329.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Converge Media (June 2, 2020), https://www.youtube.com/watch?v=4IHbLRdi09Y&feature=youtu.be&fbclid=IwAR3wlHLz7Ne2mOTNhRtKSJAFnuQFnJGSzPMup198El9b7zI5wCYw9oc9ZOQ .

4. On the night of Tuesday, June 2, 2020, I recorded a one hour and 8 minute video of police interacting with protestors at or near E Pine St and 11th Ave in Seattle. That video is posted on my YouTube channel at https://www.youtube.com/watch?v=_3AIBWnEU-0.

Executed this 8th day of June 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____
OMARI SALISBURY

SALISBURY DECL. ISO TRO (No. ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148467329.4