The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No.   2:20-CV-00887 RAJ<br><br>[PROPOSED] ORDER ENTERING TEMPORARY RESTRAINING ORDER |

This matter having come before the Court on the Plaintiffs' Motion for Temporary Restraining Order ("TRO") and The City of Seattle's ("City") Notice of Intent to File Opposition with supporting Declarations:

After consideration of the Plaintiffs' Motion for TRO, the City's counter-proposed language for entry of a TRO, and recent decisions of other United States Federal District Courts in Denver, Minneapolis, and Portland, and pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65, the Court enters a temporary restraining order and ENJOINS the City of Seattle as follows:

ORDER ENTERING TEMPORARY RESTRAINING ORDER
(20-cv-00887RAJ) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

The City of Seattle, including the Seattle Police Department and any other officers, departments, agencies, or organizations under the Seattle Police Department's control (collectively, "the City"), is hereby enjoined from employing chemical weapons or projectiles of any kind against persons engaging in peaceful protests or demonstrations. This injunction includes: (1) any chemical irritant such as and including CS Gas ("tear gas") and OC Gas ("pepper spray") and (2) any projectile such as and including flash-bang grenades, "pepper balls," "blast balls," and rubber bullets, unless the incident commander or above-ranking member of command staff specifically authorizes such use of force in response to specific acts of violence creating likely imminent physical harm to an individual(s). This Order does not preclude individual officers from taking reasonable, necessary, and proportional action to protect against imminent threat of physical harm to themselves or identifiable others, including the deployment of OC spray.

Under Fed. R. Civ. P. 65(b)(2), this Order will expire fourteen days after entry unless extended by the Court for good cause.

DATED this _____ day of June, 2020.

By:_____
HON. RICHARD A. JONES
United States District Judge

**Presented by**:

PETER S. HOLMES
Seattle City Attorney

By:  */s/ Ghazal Sharifi*
Ghazal Sharifi, WSBA# 47750
Carolyn Boies, WSBA# 40395
Assistant City Attorneys
E-mail:  Ghazal.Sharifi@seattle.gov
E-mail:  Carolyn.Boies@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone:  (206) 684-8200

*Attorney for Defendant City of Seattle*

ORDER ENTERING TEMPORARY RESTRAINING ORDER
(20-cv-00887RAJ) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I caused the preceding PROPOSED ORDER ENTERING TEMPORARY RESTRAINING ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record.

DATED this 10th day of June, 2020.

*s/Jennifer Liftin*
Jennifer Liftin, Legal Assistant

ORDER ENTERING TEMPORARY RESTRAINING ORDER
(20-cv-00887RAJ) - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200