1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-
KING COUNTY, ABIE EKENEZAR,
SHARON SAKAMOTO, MURACO
KYASHNA-TOCHA, ALEXANDER
WOLDEAB, NATHALIE GRAHAM,
AND ALEXANDRA CHEN,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

No. 2:20-cv-00887-RAJ

DECLARATION OF GRETCHEN
MARTINI IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER

I, Gretchen Martini, declare and state as follows:

1.      The information contained in this declaration is true and correct to the best of my

knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.      I am twenty-five years old and have resided in Seattle for eight years. I currently

live in the Capitol Hill neighborhood.

3.      In the early morning hours of June 7, 2020, I participated in a protest against

police brutality at the intersection of 10th and Pine near Seattle's Cal Anderson Park.  I was in

front of Rancho Bravo restaurant, near a barricade line.  On one side of the barricade, there was a

MARTINI DECL. ISO TRO (No. 2:20-cv-
00887-RAJ) –1

148502004.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

crowd of protesters.  On the other, there was a group of law enforcement officers.  I stood at the front of the group of protesters with about six other people.

4.      Law enforcement was shining large, bright stadium-type lights in our direction, which made it hard to see.  I had an umbrella that I was using to shield myself and the other six people in the front line from the glare. I had no reason to anticipate that the police would escalate to using force.  The protesters had been standing peacefully and chanting for about an hour with no apparent issues.

5.      Without warning, law enforcement began firing projectiles at us and deploying a chemical agent that I believe was pepper spray.  Because I was already holding up the umbrella to block the lights, I used it to shield myself and the people near me from this assault.  I was frightened and was trying to turn away from the advancing line of police to protect myself.

6.      I was then struck in the left thigh by a projectile.  I think it may have been a rubber bullet, but the scene was so chaotic, and I was so frightened, that I couldn't tell for certain.  I knew I was not safe where I was, so I began to run.

7.      As I was running back from the barricades and the oncoming police, I was hit in my left lower back by another projectile.  I felt astonishing pain in my back and my leg, and I was choking on the chemical agent that the police had sprayed me with, which also stung my eyes so badly that I could barely see.  I kept running blindly until I got to Pike and Broadway.

8.      At around Pike and Broadway, I was helped by a volunteer medic who washed my eyes out and then helped me walk home, because I still couldn't see and was in a great deal of physical and emotional distress.  My clothing was drenched in pepper spray and/or whatever chemical agent the police had used.

9.      I continue to suffer from the events of that night.  I feel like I've been hit by a truck on my left side.  My lower back has developed a bruise that is worse than any I've ever had; it's extraordinarily painful.  I took a photo of this bruise on June 9, 2020 because I was so

MARTINI DECL. ISO TRO (No. 2:20-cv-00887-RAJ) –2

148502004.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

stunned by its size. At its center, you can see the mark where the projectile made impact. A true and correct copy of that photo is attached as **Exhibit A.**

10.     My left thigh also continues to hurt.  I have a bruise there, too, which I also photographed on June 9, 2020.  A true and correct copy of that photo is attached as **Exhibit B**.

11.     I continue to suffer the after-effects of the pepper spray or other chemical agent that the police used on us.  My eye sockets feel raw, and I'm suffering from persistent lung irritation.

12.     This experience was shocking and terrifying.  I had no warning and no opportunity to protect myself.  I had to run blind and in pain through the streets of my own city until someone was able to help me recover enough to find my way home.  And if this was frightening for me, I am all the more worried about the impact it had on other protesters, so many of whom look young enough to be in high school.  I do not think law enforcement should be permitted to use these tactics anymore.


Executed this 10th day of June 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.


By:   X _____
            GRETCHEN MARTINI   6/10/2020
                                        Gretchen Martini

MARTINI DECL. ISO TRO (No. 2:20-cv-00887-RAJ) –3

148502004.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBIT A



# EXHIBIT B

