The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant. | No.　2:20-CV-00887 RAJ<br><br>DECLARATION OF LAUREN TRUSCOTT IN SUPPORT OF DEFENDANT CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Lauren Truscott, being over the age of 18 and competent to testify, declare that:

1. I am a Sergeant and Interim Public Affairs supervisor at the Seattle Police Department and base this declaration on my own personal knowledge.

2. Since May 29th, the Seattle Police Department has managed a series of ongoing, dynamic demonstrations across the city. To provide an overview of the Seattle Police Department's response to these events, SPD is publishing a timeline of events as documented by the Seattle Police Operational Command in real-time. These logs reflect radio traffic from officers and

DECLARATION OF LAUREN TRUSCOTT IN SUPPORT OF DEFENDANT CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 1
(2:20-CV-00887 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

commanders responding to rapidly evolving events, spanning multiple precincts. Please note this is not a comprehensive timeline of all events reported, nor a complete damage assessment, details of events are based on information available at the time the log was created. Arrest and officer injury data are also preliminary. Based on preliminary and current information available to me, the following link is a true and correct summary of the Seattle police operation center log excluding tactical and incidental (i.e. food delivery coordination) information of events from demonstration days of May 29 through June 10.  Linked here: https://spdblotter.seattle.gov/2020/06/07/timelines-of-police-responses-to-demonstrations/

3. As additional reports are reviewed, further information may become available.

DATED this 11th day of June, 2020.

                By:  */s/ Lauren Truscott*
                     Lauren Truscott

DECLARATION OF LAUREN TRUSCOTT IN SUPPORT OF DEFENDANT CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 2
(2:20-CV-00887 RAJ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200