The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BLACK LIVES MATTER SEATTLE-KING
COUNTY, ABIE EKENEZAR, SHARON
SAKAMOTO, MURACO KYASHNA-
TOCHA, ALEXANDER WOLDEAB,
NATHALIE GRAHAM, AND ALEXANDRA
CHEN,

                          Plaintiffs,

              vs.

CITY OF SEATTLE,

                          Defendant.

No.      2:20-CV-00887 RAJ

DECLARATIONOF CAROLYN BOIES IN
SUPPORT OF DEFENDANT CITY OF
SEATTLE'S RESPONSE TO PLAINTIFFS'
MOTION FOR TEMPORARY
RESTRAINING ORDER

I, Carolyn U. Boies, being over the age of 18 and competent to testify, declare that:

1.  I am an Assistant City Attorney for the City of Seattle and have personal knowledge of the
    matters herein.

2.  The Seattle Community Police Commission ("CPC") also guided development of the SPD
    crowd management policies. Beginning summer of 2015, CPC engaged with SPD, the
    Department of Justice, and members of the Monitoring Team concerning both the crowd

DECLARATION OF CAROLYN BOIES IN SUPPORT OF
DEFENDANT CITY OF SEATTLE'S RESPONSE TO
PLAINTIFFS' MOTION FOR TRO (20-cv-00887RAJ) - 1

management policy and overlapping policies concerning use of force. The CPC's involvement in reviewing and revising these policies is reflected in the true and correct copy of the redlines they provided to drafts of the policy (attached herein as Exhibit 1) – the majority of which, as reflected in the policy as approved by the Court, were incorporated.

3.  The City also attempted to cross-reference some Plaintiffs' declarations with the time-stamped information from the SPD blotter of events occurring concurrent with the complained of force incidents and a true and correct copy of the resulting chart is attached herein as Exhibit 2.

4.  For example, Friday's planned protest is the only one subsequent to George Floyd's death where all City of Seattle employees were proactively reminded about seeking leave, should they wish to participate.  A true and correct copy of an email message to all City employees from the Personnel Director, and a subsequent message from Seattle City Attorney Pete Holmes to all SCAO employees, is attached herein as Exhibit 3.

DATED this 11th day of June, 2020.

      s/Carolyn U. Boies_____
Carolyn U. Boies, WSBA#40395

DECLARATION OF CAROLYN BOIES IN SUPPORT OF
DEFENDANT CITY OF SEATTLE'S RESPONSE TO
PLAINTIFFS' MOTION FOR TRO (20-cv-00887RAJ) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200