# EXHIBIT 2

| 30-May-20 | |
|---|---|
| 6:00:00 AM | SPOC Activated |
| 9:31:56 AM | Radio called to report a citizen called, stating that Antifa is to gather at Westlake at noon per a Twitter feed. RTCC informed |
| 11:00:00 AM | EOC Activation |
| 11:29:10 AM | 50 People at SPD HQ |
| 11:42:40 AM | Approximately 100 people at SPD HQ |
| 12:22:27 PM | Approximately 1000 people at SPD HQ |
| 1:08:29 PM | Speakers at SPD HQ are encouraging them to join Westlake event |
| 1:58:28 PM | 5/Cherry bottles thrown at officers |
| Unknown (placed at first reference to 5/Cherry; more likely this occurred closer to 4:00 pm) | Alexandra Chen "was marching in front of police department headquarters on 5th Avenue and Cherry Street. I saw some kind of glass bottle, 4 or 5 plastic water bottles, and one traffic flare thrown by a handful of agitators. The rest of the crowd was peaceful and calm. At this point in time, I was about 30-40 feet back from the barrier and was in the middle of the crowd. I did not hear any dispersal order or warning. and I did not see any nonverbal indication by the police that would show to me that the police were about to act. Without a dispersal order and without a warning, the police first deployed flash bangs. People panicked and started scattering. I also started to run and slipped a couple of times on the wet ground.  About 20-30 seconds later, the gas hit.  At first, I thought it was just smoke from the flash bangs, but the burning sensation in my eyes and on my skin told me otherwise." |
| 1:58:41 PM | 5/Madison- rocks and bottles thrown |
| 2:00:49 PM | 5/James bottles thrown |
| 2:19:35 PM | Approximately 4000-5000 crowd size at Westlake |
| 2:32:17 PM | Crowd is more hostile on 5/Pine. Bikes from 4/Pine to 5/Pine |
| 2:36:33 PM | 5/Pine rocks and bottles |
| 2:38:15 PM | rocks and bottles- unlawful assembly- need dispersal order |
| 2:39:07 PM | taking glass bottles 5/Pine |
| 2:39:16 PM | officer exposed- need medical |
| 2:40 PM | SPD officer injured. SFD Deployed. |
| 2:45:44 PM | SFD to 6/pine. Individual pepper sprayed. |
| 2:59:53 PM | Projectiles being thrown 5/Pine |
| 3:00:00 PM | Alexander Woldeab arrives at Westlake |
| 3:01:18 PM | Officer struck in the throat by a projectile. Minor injury |
| 3:09:00 PM | Patient was pushed to the ground during the protest. Transported to HMC by AMR. |
| 3:10:20 PM | Dispersal orders given at 5/pine |
| 3:35:14 PM | Large crowd headed to HQ- currently 5/Columbia |
| 3:43:00 PM | SPD officer injured. |
| 3:45:00 PM | Alexander Woldeab hears "loud explosive sounds which I believe were flash bangs." |

| 30-May-20 | |
|---|---|
| Unknown (placed contemporaneous with other allegations that CS gas was deployed at Westlake) | Abie Ekenzar was at Westlake. "SPD deployed a chemical agent that I believe to be tear gas." "When the SPD deployed tear gas on May 30, the gas dispersed throughout the crowd, spreading well beyond the immediate vicnity where it was deployed." "SPD also deployed flash bang grenades. I also saw an SPD officer mace a little girl. The girl posed no risk to the officer." |
| 3:46:25 PM | Throwing bottles in front of Bartells at 5/Olive |
| 3:52:45 PM | SFD to 3/Pine for injured officers |
| 3:53:56 PM | Patrol car being vandalized in front of Old Navy |
| 3:54:00 PM | Alexander Woldeab states gas was deployed at 5&Pine; "We felt the effects immediately, burning eye and hard breathing." "We were not being violent to anyone, and we were notdestroying or threating any property." |
| 3:55:53 PM | Patrol car on fire by Old Navy |
| 3:59:19 PM | Crowd is on I-5 |
| 4:00:00 PM | Nathalie Graham arrives at Westlake. The scene when I arrived was clouded by gas, with protesters scattering and sprinting away. The atmosphere was tense and frightening. I immediately felt the effects of the gas and began coughing. My eyes stung and watered. Although there did not appear to be any risk of violence from the crowd, law enforecement continued to fire flash bangs and tear gast, increasing the chaos. I took video footage of these protests and the violence that ensued. |
| Unknown (occurred after "wandering around Westlake" | Nathalie Graham approached the corner of 6th and Stewart, I saw a group of protesters peacefully kneeling in the intersection as a speaker addressed them. I stood on the sidewalk nearby and listened to the speaker for a while, but then I heard an explosion from down the street. I turned and moved partway down the block to see what was happening, and then watched as a police line advanced down the street towards me, with other demonstrators fleeing in front of them. They deployed tear gas, which filled the street like plumes of smoke.  It was not clear to me that the people fleeing the approaching police line and tear gas had done anything to provoke such an agressive response. The protesters kneeling in the intersection, who were also impacted by the tear gas, had been completely peaceful.  I did not see what happened next, but given the amount of gas in the air, I imagine that the kneeling protesters would have been forced to scatter. |
| 4:01:55 PM | SFD inquiring if they can get in to handle the car fire at 5/Pine.   Negative – Don't have a perimeter around it. |
| 4:02:38 PM | Assault on officers 5/Olive- |
| 4:04:50 PM | Molotov cocktail thrown at the police vehicle |
| 4:05:22 PM | Hundred individuals head toward SPD HQ |
| 4:06:14 PM | Thousands on I-5 SB |

| 30-May-20 | |
|---|---|
| 4:07:09 PM | Call for Resources to HQ ASAP |
| 4:08:02 PM | SFD is at 5/Olive needing to get through to the injured officer |
| 4:10:24 PM | HQ under siege |
| 4:14:26 PM | Radio: 6/Pine rifle from police vehicle |
| Unknown (placed at reasonable time to walk to E. Pine) | Nathalie Graham, at East Pine St (specific location unknown), "saw a truck playing music, as protesters danced around it.  It was an uplifting, joyful scene that contrasted with the warlike chaos of the panicked demonstrators and tear gas in other areas of the neighborhood. I paused to observe and record a video [not supplied], when law enforcement threw a flash bang grenade into the crowd without warning. They deployed tear gas seconds later. The dancing protesters at first scattered, but then coalesced back into a group. Law enforcement pushed them back and continued to deploy tear gas and flash bangs." |
| 4:15:03 PM | HQ is taking bottles |
| 4:15:41 PM | DHS Alert: Social media user stated he will join Seattle protest and has desire to kill Law Enforcement officials |
| 4:18:09 PM | Approximately 1200 at HQ, HQ taking bottles |
| 4:18:37 PM | 5/Pine: Police rifle was turned in to officers |
| 4:21:38 PM | Large crowd headed toward the West Pct. Make sure infrastructure in place. |
| 4:26:12 PM | SPOC made a regional mutual aid request made via EOC |
| 4:26:53 PM | Paintballs being thrown at HQ |
| 4:27:30 PM | Officers being assaulted at HQ |
| 4:30:32 PM | Reports of items being thrown at HQ smell like accelerants |
| 4:31:17 PM | 5/Union Molotov cocktail are being made |
| 4:31:26 PM | More resources are coming to HQ |
| 4:32:11 PM | Crowd attempting to break windows 5/Olive |
| 4:36:40 PM | Reports of a fire at Pacific Place |
| 4:39:24 PM | Vehicle torched |
| 4:39:24 PM | Car fire. No reported injuries. Unsafe for crews to operate. |
| 4:43:12 PM | Report of man walking up the stairs at Yesler/5 Ave overpass with rifle |
| 4:43:58 PM | Mayor's office will announce 5pm curfew |
| 4:45:22 PM | Smoke coming into Nordstrom's building. |
| 5:02:00 PM | SFD en Route to Auto fire Alarm at City Hall |
| 5:12:55 PM | HQ is under control – Crowd about 100 |
| 5:16:33 PM | 4/Battery – Approximately 1000 in the street |
| 5:22:30 PM | 5/James officers taking rocks. Molotov cocktail 1500 blk of 6[th]. Need resources |
| 5:25:39 PM | 4/Pine occupied vehicle windshields shattered |
| 5:28:27 PM | Starbucks is being looted |
| 5:29:54 PM | Reports of break in at King County Admin building |
| 5:31:15 PM | 300 individuals heading toward the West Pct |

| 30-May-20 | |
|---|---|
| 5:31:59 PM | Nordstrom on 6th windows broken |
| 5:34:04 PM | 2 city owned vehicles burned |
| 5:35:26 PM | 6/Stewart officer is surrounded in his vehicle. Units en route. |
| 5:38:00 PM | Reported arson, dumpster fire with no exposures. No injuries reported. |
| 5:40:27 PM | KC admin building damage. Windows broken. |
| 5:40:43 PM | Looting at Nordstrom's. Resources en route. |
| 5:42:35 PM | 5/pine injured officer hit in the face. Medic needed will meet at 1500 blk of 5th |
| 5:43:00 PM | SPD officer injured. |
| 5:56:15 PM | Taking rocks at 6/Olive |
| 5:56:40 PM | Objects being thrown 5/Pine |
| 5:57:09 PM | Injured officer 6/Olive |
| 5:57:00 PM | SPD officer injured. |
| 5:58:13 PM | 6/Olive way objects thrown |
| 5:59:06 PM | 6/Olive – Lasers pointed at officers |
| 6:43:16 PM | Potential fire at North Face |
| 6:47:32 PM | Large group throwing rocks and bottles 9/Pine |
| 6:50:53 PM | 9/Pine need assistance- heavy rocks and bottles |
| 7:02:00 PM | Broken Windows East Side 1500 blk of 5th |
| 7:10:29 PM | Breaching additional stores/breaking windows |
| 7:12:00 PM | 2 vehicles on fire. No injuries reported. |
| 7:14:13 PM | Significant property damage 1500 blk 5th. |
| 7:15:53 PM | Car fire in front of Ben Bridge, subjects breaking in Ben Bridge |
| 7:18:01 PM | WSP car damaged at 4/Pike |
| 7:18:40 PM | SFD waiting on an escort to 4/Pike |
| 7:21:04 PM | 20 people trying to break into Target |
| 7:29:25 PM | 300+ to north and another 150 + to the south – approximately 500 total. |
| 7:34:00 PM | Reports of arson via security camera. Small fire extinguished on its own. |
| 7:48:00 PM | Reports of Arson |
| 7:59:43 PM | Large group forming in front of Pacific Place |
| 8:03:00 PM | Caller reports person starting fire at construction site. |
| 8:06:14 PM | 2 in custody for looting Carhart |
| 8:09:00 PM | SPD reports car fire. No injuries reported. |
| 8:09:00 PM | WSP officer injured. |
| 8:17:05 PM | Multiple locations being looted |
| 8:23:17 PM | Report of a fire inside Nordstrom |
| 8:24:12 PM | Multiple windows being broken at Post Office. |
| 8:26:03 PM | Group of 200-300, 3/University, breaking windows as they move. |
| 8:27:19 PM | Group of looters 6/Olive NW corner |
| 8:39:06 PM | Valley CDU released to attend to obligations in their own jurisdiction |
| 8:39:51 PM | Looters at Walgreens at Pike |

| 30-May-20 | |
|---|---|
| 8:41:04 PM | Looter reentering Bartell |
| 8:42:27 PM | Officer hit with projectile on the head |
| 8:46:51 PM | Walgreens- 2 in custody |
| 8:47:53 PM | Looting, Tabaco store 3/Pine |
| 8:48:42 PM | Individual spray-painted kill cops on the side of the building – Pendleton store |
| 8:49:50 PM | Handgun at Robins Brothers jewelry store |
| 8:54:15 PM | Large group near 4/Pine smashing windows |
| 8:58:41 PM | Citywide: all traffic resources to block traffic coming into downtown |
| 8:59:16 PM | Multiple looting occurring, bikes to go mobile to deter |
| 9:05:10 PM | Rocks and bottles 5/Pine, transport needed for 4 prisoners at 5/pine |
| 9:13:39 PM | Westlake center reports of 10 individuals with crowbars attacking security. Units there not seeing anything. |
| 9:20:10 PM | Looting at Pacific Place |
| 9:28:46 PM | Per South ACT officers: 2 rifles, handgun compact, gloc 9mm in a fanny pack |
| 9:32:20 PM | 10 Sheriff deputies to west to handle 911 calls, 8 going to East, 20 will rove downtown |
| 9:33:14 PM | Men's Warehouse looting |
| 9:37:22 PM | Looters at Bartells 5/Olive resources being requested |
| 9:39:01 PM | Jewelry store 5/University broken into |
| 9:39:49 PM | 5/pine highly agitated male with body armor and rifle |
| 9:42:21 PM | Stabbing 5/pike need medic, stab wound to abdomen |
| 9:45:25 PM | Requesting 5/Pike for scene security |
| 9:46:35 PM | Reports of bats being swung on 1st- units responding |
| 9:47:29 PM | 523 union – Bank has live feed of 2 people in the bank |
| 9:51:50 PM | 10-20 subjects lighting items on fire 2nd floor pacific place |
| 9:52:56 PM | Bellevue SWAT enroute to check on fire at Pacific Place. |
| 9:54:38 PM | Looters back at Vans |
| 9:54:54 PM | 3 in custody at Walgreens 3/Pike |
| 9:55:24 PM | Units in the area of Westlake, reports of people on the roof of Pacific Place… Radio: its security. They locked themselves up there, Bellevue SWAT enroute. |
| 9:56:18 PM | Fire enroute to NorthFace looters are setting fire. Units are clearing the building. |
| 10:04:32 PM | Looting at Nordstrom's. |
| 10:10:39 PM | Looting at Patagonia. |
| 10:12:14 PM | Units taking bottles, explosives from the crowd 6/Pine. |
| 10:20:28 PM | Reports shooting from a silver Malibu 3/pike |
| 10:27:59 PM | Pursuit en route NB I-5 |
| 10:29:56 PM | Vehicle in pursuit has crashed |
| 10:32:58 PM | One in custody I 5 onramp Dearborn |
| 10:38:00 PM | Looting at Northface |
| 10:38:14 PM | Looting at Verizon |

| 30-May-20 | |
|---|---|
| 10:41:24 PM | Vans and Bartells waiting for transport |
| 10:51:13 PM | Looter inside Target, 2nd floor |
| 11:03:59 PM | 1/Pine subjects breaking into Seattle T shirt Shop |
| 11:04:12 PM | 1/Blanchard subjects in the Robins Brothers Jewelry store |
| 11:08:21 PM | 3 in custody at Pacific place 7/olive need additional resources |
| 11:10:38 PM | 2 arrested at Target |
| 11:10:51 PM | 2/Union firearm recovered |
| 11:11:04 PM | Looters at Arcteryx |
| 11:12:28 PM | Need additional units at North Face |
| 11:13:03 PM | Bellevue SWAT enroute to Arcteryx |
| 11:14:05 PM | Request for assistance at North Face |
| 11:14:43 PM | Large group entering Smoke Shop |
| 11:16:17 PM | Bellevue SWAT heading to North Face |
| 11:16:25 PM | Units under control at NorthFace |
| 11:26:34 PM | T mobile Looting |
| 11:26:54 PM | Looting at Cupcake Royale |
| 11:27:32 PM | Looting Elliott Ave/Bell St |
| 11:29:11 PM | 2/Pike for another arrest |
| 11:30:45 PM | Target – 2nd Ave on 3rd floor man destroying electronics area with garbage can |
| 11:34:48 PM | Bellevue SWAT – citizen reporting someone stuck in the elevator on McDonalds side |
| 11:48:18 PM | Looting at Carhart |

| | 1-Jun-20 | |
|---|---|---|
| | 2:22:19 PM | 75 protesters at Westlake park |
| | 2:28:56 PM | 75-100 now at Westlake |
| | 2:29:17 PM | National Guard deploying |
| | 2:56:26 PM | 10 or so masked up at library |
| | 2:58:21 PM | Check 1000 4 Avenue for masked up protesters with bats |
| | 3:08:55 PM | National Guard has deployed |
| | 3:13:47 PM | Crowd is 500+ making contact with group and will escort if marching. If unlawful conduct, group will be moved to the south |
| | 3:18:59 PM | Group has leaf blowers |
| | 3:21:01 PM | Group plans to march to court house and then back, part of route on 3rd Ave |
| | 3:37:26 PM | crowd size increasing |
| | 3:50:04 PM | crowd size now over 1000 |
| | 3:53:58 PM | Officer struck by rock/unknown injury |
| | 3:59:33 PM | crowd size now over 1500 |
| | 4:07:54 PM | crowd stopping at Federal Building |
| | 4:21:24 PM | crowd stopped at 3rd and James |
| | 4:32:45 PM | Estimates 2500 in group now |
| | 4:38:05 PM | Group giving speeches at City Hall Park, may move at anytime |
| | 4:43:40 PM | Some in group starting to mask up at 3rd and James |
| | 4:45:50 PM | two separate groups |
| | 4:56:54 PM | Male in orange jersey picking up rocks at 516 James Street |
| | 5:00:42 PM | Subjects attempting to destroy bike |
| | 5:05:42 PM | Man trying to break into a medic van |
| | 5:08:06 PM | Group now approximately 4000, now heading to Westlake, northbound on 4th Ave |
| | 5:09:02 PM | group of 6 on south side 6/James, one has large stick |
| | 5:16:22 PM | Used blast ball to disperse disturbance at 4/Columbia |
| | 5:27:16 PM | Group is 2 1/2 blocks long |
| | 5:37:19 PM | Arrest 4/University, need transport |
| | 5:40:06 PM | Crowd now approximately 7000, crowd talking about marching to East Precinct |
| | 6:04:03 PM | WSP may be shutting down I-5 |
| | 6:04:34 PM | Bottles thrown at officers at 5/Pine, and I-5 will be shut down |
| | 6:12:49 PM | Approaching Boren |
| | 6:28:31 PM | crowd members trespassing on scaffolding at Boren and Pine |
| | 6:34:21 PM | head of march on Bellevue and Pine |
| | 6:46:59 PM | Officers needs help at 2nd and Pine |
| | 6:47:35 PM | under control, 2/pine/no additional info |
| | 6:52:00 PM | march stopping often, still not to broadway |
| | 6:54:59 PM | head of march at Harvard, still eb |
| | 6:57:37 PM | tail of march, summit and pine |
| | 7:11:17 PM | march stopped at police line, 11th and pine |
| | 7:12:53 PM | crown at 11 and pine, now all on knees |
| | 8:09:04 PM | now part of the group at 12 and pike |
| | 8:14:52 PM | now n/b from 13th and pike |
| | 8:15:51 PM | now n/b from 13th and pine, continuing n/b |
| | 8:41:57 PM | 13 Pine Disperse, NB from 13/Pine |
| | 8:50:23 PM | Some of group moving nb |
| | 8:54:11 PM | Fireworks @ 13/Pine |
| | 8:55:35 PM | 2000 marchers, |
| | 9:00:00 PM | Alexander Woldeab arrived at demonstration on 11&Pine.  "Near 9:00 p.m. my partner and I were returning to the western barrier on E Pine St and 11th Ave after grabbing snacks and water from a mutual aid station near E Pike St and 11th Ave. As we reached the corner of E Pike St and 11th Ave we were almost immediately met with flash bags and tear gas without any warning. I was stunned." |
| | 9:04:16 PM | they are attempting to push through barricade |
| | 9:04:28 PM | we need more units they are pushing hard |

| | 1-Jun-20 | |
|---|---|---|
| | 9:04:37 PM | need support 11/pine |
| | 9:04:52 PM | all units push…. Deploy OC |
| | 9:06:08 PM | Group pushed through fence line, activate cameras, threw 1 bottle |
| | 9:07:45 PM | Mask up, not allowed to push again |
| | 9:09:08 PM | Several in group with umbrellas |
| | 9:09:21 PM | All Units goggles & masks |
| | 9:10:00 PM | Muraco Kyashna-Tocha arrived at 11&Pine "after dinner."  At "around 9:10 p.m., we were still non-violent and police officers continued to avoid eye contact. I did not hear the officers issue any warnings, and they did not have any masks. But seemingly without any provocation, the police officers began pepper spraying me and other protesters at the barricade. I was not being violent, nor was anyone else around me being violent. There was pepper spray on the whole right side of my body, my eye, my ear, my hair, and my mask. It took almost a minute for the pain to take effect. After a minute, I could no longer see clearly. But I knew the police threw flash bangs grenades—because I could hear their loud bangs and see the bright flashes of light." |
| | Unknown | Alexandra Chen, "On Monday, June 1, 2020, I participated in the protests in Capitol Hill, approximately in the area near 11th Avenue and Pine Street. I stayed away from the front lines, largely because I was afraid of being gassed again. I didn't have a clear view of what happened in front, but I remember this as "the day of the pink umbrella." The police used flash bangs and tear gas. Though the gas had a similar effect to what I experienced on May 30, I think it was less severe because I was further away." |
| | 9:10:15 PM | Per IC deploy blast balls & CS |
| | 9:11:18 PM | Crowd breaking up now |
| | 9:11:33 PM | Some headed south, some headed west |
| | 9:13:55 PM | Largest group headed southbound on 11th/Union |
| | 9:22:15 PM | Mob is over 80 running WB on Pike WB |
| | 9:22:26 PM | Taking bottles, rocks & pyro |
| | 9:22:59 PM | 100 now all in black wb Pike from Broadway |
| | 9:26:13 PM | Group 150-200 @ Cal Anderson Park |
| | 9:28:07 PM | Declaring a Riot 216 |
| | 9:29:00 PM | PA announcement |
| | 9:29:17 PM | Patrol vehicle needed for dispersal order |
| | 9:29:36 PM | Car tried to hit an officer |
| | 9:31:16 PM | Rolling dumpsters down the hill in front of Hugo House at 11 Ave |
| | 9:33:14 PM | Preparing to give dispersal |
| | 9:34:45 PM | Individuals throwing rocks & bottles pushing north |
| | 9:38:28 PM | going to head back to westlake, crowd of 100 at Westlake |
| | 9:44:14 PM | group of 30 nb on 12th on w side of street |
| | 9:46:21 PM | 500 running wb towards downtown |
| | 9:48:14 PM | Group at Pine and Boren confrontational, throwing things, jumping on things |
| | 9:49:11 PM | 500 crossing Boren overpass |
| | 9:50:35 PM | National guard enroute to Westlake |
| | 9:50:58 PM | Assault rifle @ the Ihop parking lot in grey car |
| | 9:52:30 PM | 1 injured officer being treated @ East Precinct |
| | 9:54:41 PM | West Precinct is under control |
| | 10:02:17 PM | Vehicle fleeing downtown w/rifle / black Dodge Charger |
| | 10:03:13 PM | Injured officer going to Harborview Medical Center |
| | 10:03:23 PM | 200 people steady stream Westlake |
| | 10:05:10 PM | 300-400 at Westlake |
| | 10:24:49 PM | Group of 300 marching up towards E. pct, |
| | 10:26:08 PM | Approximately 200 11/Pine, another 300 enroute |
| | 10:26:53 PM | 100 Harvard EB per Guardian One |
| | 10:32:49 PM | Property damage at Game Stop- broken windows |

| | 1-Jun-20 | |
|---|---|---|
| | 10:36:57 PM | report of male with AR 15 south side, strapped to his chest white male, last report east pct south side in the crowd…. 11/pine intersection- black or brown helmet, on sw west corner |
| | 10:38:42 PM | per civil emergency order confiscate the firearm |
| | 10:38:59 PM | bottles and rocks 11/pine |
| | 10:39:11 PM | 300 headed back to West Pct |
| | 10:40:19 PM | Man with rifle south of intersection 11/pine – red beanie |
| | 10:40:46 PM | if we contact him, we can confiscate the rifle, if he refuses, he can be arrested |
| | 10:45:40 PM | Westbound on Pike from 10, maybe heading toward Westlake, 300 people approximately |
| | 10:48:33 PM | group attempting to light a dumpster fire…  individual put dumpster fire out |
| | 10:49:34 PM |  group is wb pike approaching Boylston |
| | 10:50:19 PM | 300 returning west from East Precinct |
| | 10:51:14 PM | 100 protestors out with national guard, crowd is hostile |
| | 10:53:06 PM | head of the group is approaching Belmont |
| | 10:54:06 PM | group turning NB on Minor |
| | 10:54:41 PM | info: subject with rifle in the rear just past Bellevue and Pine |
| | 10:55:28 PM | crowd is west on Pine |
| | 10:56:18 PM | wb Pine crossing Boren |
| | 10:59:07 PM | stopped 800 block of Pine |
| | 11:00:28 PM | they are on the move again |
| | 11:02:03 PM | 2 males breaking into 7/pike, Regal movie theatre, breached doors |
| | 11:03:06 PM | Property damage suspects running into crowd |
| | 11:03:58 PM | Crowd SB on 5th ave |
| | 11:07:24 PM | crowd at 6/University |
| | 11:09:26 PM | Group @ University & 5th |
| | 11:11:19 PM | wb on Spring/6th, per Guardian 1 |
| | 11:12:16 PM | Headed S on 5th from Spring |
| | 11:12:55 PM | Head wb on Spring |
| | 11:13:21 PM | stopped @ 5th & Spring |
| | 11:17:33 PM | crowd size 200 |
| | 11:17:40 PM | Going downhill on 5/spring |
| | 11:19:13 PM | WB on Spring on 3rd |
| | 11:19:26 PM | 150-200 crowd size per Guardian 1 |
| | 11:19:37 PM | Male w/ar15 in the middle of the group |
| | 11:23:04 PM | 2/University group |
| | 11:24:04 PM | 2/Seneca arrest |
| | 11:24:08 PM | crowd size NB 2nd 200+ |
| | 11:24:33 PM | NB on 2nd against traffic |
| | 11:26:29 PM | Male w/AR has been arrested |
| | 11:26:50 PM |  W/M arrested w/rifle, weapon seized and under control |
| | 11:29:01 PM | Group approaching Stewart with flares |
| | 11:29:23 PM | Rifle has been confiscated, compliant suspect headed to pct.  Arrested due to officer safety/hostile crowd |
| | 11:30:00 PM | Nathalie Graham, I was working at *The Stranger's* office at around 11:30 p.m. The office is on the third floor of a building that has a clear view of the intersection at 11th and Pine in Capitol Hill, which has become a daily protest site. That night, I was recording the demonstration from the fire escape. The vast majority of protesters below had been peaceful, although a few individuals had thrown water bottles, rocks, and at one point a traffic cone. Overall, the demonstration did not appear to be dangerous or out-of-control. The police made an announcement that I could not hear over a loudspeaker, and almost immediately afterwards removed their barricade so that officers on bikes could come streaming through into the crowd of protesters. They also started firing tear gas. |
| | 11:34:02 PM | shots fired east of 12/Pike |
| | 11:34:19 PM | violent aggressive crowd, pushing officers refusing to follow orders |

| | 1-Jun-20 | |
|---|---|---|
| | 11:46:25 PM | 1/spring male w/rifle |
| | 11:46:41 PM | car 21, remind them of civil emergency curfew order regarding weapons |
| | 11:48:16 PM | 13/Pine shots going off couple blocks east |

| 6/2/2020 | |
|---|---|
| 11:02:36 AM | group of about 200 gathered Benaroya |
| 11:04:31 AM | group NB on 3rd from Union |
| 11:06:42 AM | Group nb on 4th – approx 400-500 |
| 11:10:01 AM | group is peaceful |
| 11:11:32 AM | Benaroya, NB 4th, on east sidewalk, toward Lenora |
| 11:17:33 AM | head of march 4 / Bell, tail 4 / Stewart |
| 11:21:13 AM | lead is approaching Vine |
| 11:22:00 AM | reaching Denny, both sides of the sidewalk, various groups, peaceful |
| 11:26:27 AM | march has turned eb on Broad from 4th |
| 11:26:42 AM | group is scattered out, groups of about 30-60 |
| 11:29:13 AM | largest contingent of the crowd is crossing Broad |
| 11:29:28 AM | head is NB approach Harrison on 5th |
| 11:30:22 AM | crowd size is approx 500 |
| 11:31:03 AM | group is peaceful, on sidewalks, heading into Center Grounds to McCaw Hall |
| 11:33:31 AM | head of the march is wb on Mercer approaching 4th ave N |
| 11:33:51 AM | next big group is crossing Broad |
| 11:36:26 AM | head of the march is at McCaw |
| 11:39:10 AM | tail is about to cross 5/Harrison, still nb on 5 |
| 11:43:46 AM | tail WB Mercer from 5th |
| 11:45:48 AM | group starting to go into street along Mercer in front of McCaw Hall |
| 11:59:45 AM | crowd is still stationary outside of McCaw Hall, peaceful and taking up 1 lane |
| 12:04:45 PM | group is still at McCaw, parts of the group are breaking off |
| 1:01:29 PM | McCaw Hall group breaking up |
| 1:25:33 PM | National Guard arriving at West Lake |
| 1:33:22 PM | Peaceful sit-in at the Seattle Center at 1600 hrs. |
| 2:34:18 PM | crowd at westlake 250 giving speeches, some wearing gas masks |
| 2:43:12 PM | organizer at Westlake wants to talk about a route. |
| 2:49:05 PM | Info -2nd to Pike from WB Pine from Cal Anderson for speeches and then back to Westlake on WB Pine |
| 3:04:01 PM | 245XXV minor and howell, associated with group of individuals with leaf blowers heavy backpacks |
| 3:10:11 PM | Group 300-350 now |
| 3:13:02 PM | Stady flow of people heading towards Westlake from 8/pine |
| 3:19:28 PM | crowd is growing |
| 3:26:03 PM | 500-600 crowd @ Westlake |
| 3:26:28 PM | Cal Anderson about 10 protestors |
| 3:35:13 PM | Metro advised to divert nb traffic on 4th av onto to 3rd |
| 3:35:46 PM | crowd seems to be moving |
| 3:36:37 PM | march is on 2nd now |
| 3:37:27 PM | sb on 2 av crossing pike |
| 3:37:34 PM | march stopped at 2/pike |
| 3:37:42 PM | sb on 2nd |
| 3:38:40 PM | 4 pine wb in street for splinter group |
| 3:39:36 PM | moving sb on 2nd |
| 3:40:40 PM | 2nd group staying back, following 1st group |
| 3:41:30 PM | 700+ people |
| 3:43:30 PM | leaf blower group in back |
| 3:45:10 PM | Head approaching 2 marion |
| 3:50:24 PM | holding at 4/james |
| 3:51:04 PM | head is on james now |
| 3:52:05 PM | continuing to march north james |
| 3:52:51 PM | Sb on 4th |
| 3:54:39 PM | crowd headed toward eoc |
| 3:56:18 PM | will be riding with group in front, seem peaceful so far |
| 3:56:44 PM | sb 4th & james tail |

| | 6/2/2020 | |
|---|---|---|
| | 3:57:15 PM | group at westlake possibly preparing a march |
| | 4:00:16 PM | crowds allowed fire trucks out, will determine where they will park |
| | 4:01:34 PM | Lead nb on 5 |
| | 4:03:28 PM | group is wb on pine from westlake 600-800 people |
| | 4:06:45 PM | group 800 crowd size sb on 2 av |
| | 4:07:59 PM | group is eb on pike from 3 av |
| | 4:11:38 PM | 6/pike eb head |
| | 4:12:47 PM | eb on pike towards E. pct crowd of 1000 |
| | 4:20:50 PM | agitator in the group trying to isolate that subj to prevent further |
| | | crowd of 1500 @ east pct |
| | 4:43:17 PM | eoc, one of the city vehicles has damaged to one of the windows, some of the group is |
| | 4:49:00 PM | not seeing prop damg, crowd is peaceful |
| | 4:55:34 PM | 300-500 up east |
| | 4:55:43 PM | 50-75 gathered @ Westlake and growing |
| | 4:56:43 PM | group outside is standing back up |
| | 4:57:20 PM | group is SB on 5th |
| | 5:00:10 PM | crowd taking a knee |
| | 5:02:32 PM | E pct group approx 500 marching they are currently approaching 16/aloha |
| | 5:04:23 PM | E pct group 18/aloha |
| | 5:04:49 PM | crowd is 300-400 crowd 5/yesler but more coming in |
| | 5:06:26 PM | E. Pct per guardian 1 group appears peaceful |
| | 5:07:46 PM | E Pct, E prospect from 18 group moving |
| | 5:08:44 PM | 50 rocks 1111 E piling up, east pct |
| | 5:09:29 PM | group of 100 @ westlake |
| | 5:10:07 PM | currently have a protest at east pct that is 700-800, 300 at 5/washington |
| | 5:23:29 PM | E. pct crowd is now @ SB 15/Aloha across Mercer, Thomas |
| | 5:27:04 PM | splinter group 500 continuting wb to join eoc group, wb on pine approx broadway |
| | 5:29:19 PM | EOC crowd is up on feet, approx 400-500 unknown where they are going |
| | 5:29:40 PM | eoc group small pieces are leaving |
| | 5:31:17 PM | E. Pct group went E on Howell from 12th |
| | 5:32:30 PM | eoc group wanting to go nb 5/av |
| | 5:37:47 PM | intent of group is nb on 5 wb jeff to 4, pike to broadway, broadway to pike.  Heading to Cal Anderson Park |
| | 5:38:34 PM | group is wanting to go to cal anderson |
| | 5:42:35 PM | wb jefferson approaching 4 av |
| | 5:42:44 PM | nb 4 av approaching james |
| | 5:43:41 PM | reaching cherry |
| | 5:44:29 PM | nb 4th approaching columbia |
| | 5:45:21 PM | 4 columbia nb |
| | 5:45:54 PM | Cal anderson group @ E pct |
| | 5:46:29 PM | 4 marion nb |
| | 5:47:16 PM | 4 madison nb, slowing down for stragglers |
| | 5:47:59 PM | 4 passing madison nb |
| | 5:49:15 PM | spring st 4th will be static.  Head of march is in the middle of street |
| | 5:50:42 PM | E pct crowd 2000 |
| | 5:50:51 PM | other crowd is wb on 5th go down to 4th to meet up with other group.  Several 100 |
| | 5:51:46 PM | group has stopped and is kneeling or laying down on 4 av between |
| | 5:52:23 PM | group is still stopped @ 4 spring between 4 spring/columbia group is static |
| | 5:53:42 PM | E. Pct. group of about 800 moving to Cal Anderson |
| | 5:55:23 PM | march at seneca continuing nb |
| | 5:55:32 PM | tail approaching madison |
| | 5:55:39 PM | 300-400 @ 5/james |
| | 5:58:19 PM | approaching union.  need to make sure pike is clear for the group |
| | 5:58:50 PM | approaching pike and then will be eb from there |
| | 5:59:54 PM | Group at westlake starting to move eb |

| | 6/2/2020 |
|---|---|
| 6:00:00 PM | Andrew Woldeab arrives at 11& Pine |
| 6:00:13 PM | tail 4 university |
| 6:00:49 PM | eb pike approaching 5 av |
| 6:01:10 PM | splinter group took 4/pine small group of 60 |
| 6:01:36 PM | groups are joining from westlake |
| 6:01:52 PM | group 5th and james headed wb |
| 6:03:04 PM | eb on pine splinter group doesn't want to join the main group |
| 6:03:24 PM | will let group continue to march as they have been peaceful |
| 6:03:49 PM | 1500-2000 at E Precinct |
| 6:04:10 PM | group is nb on 3 av from the headquarters group 300-400 |
| 6:07:51 PM | splinter group EB cherry from 3rd going up to 4th av.  Street preacher is having some altercations with group.  Preacher is running away |
| 6:09:10 PM | EOC group is headed up 7/Pike |
| 6:14:52 PM | Splinter eb on pike/4 Av, 100 not causing any traffic issue |
| Unknown (placed at first mention of Cal Anderson; likely this occurs several hours later) | Andrew Woldeab: When we arrived back at Cal Anderson Park, there were less people at the precinct, and we were tired so we decided to go home before realizing we were missing our apartment key. We were looking for our key, on 13th Avenue and E Olive St when we heard loud bangs. We ran to the intersection of Pine and 13th to see what was happening and there saw and heard at least ten more flash bangs and saw a cloud of yellow teargas floating into the air by the barricade and quickly left so as not to inhale any of the toxic smoke. As we left we heard more flash bangs going off behind us. |
| 6:45:42 PM | Group plans to march around the barricades to Cal Anderson |
| 6:55:20 PM | a couple minutes ago announcement was made to stay off the fence line |
| 6:55:56 PM | crowd at 12/pike walking eb |
| 6:56:06 PM | crowd at 12/pike walking eb |
| 6:56:36 PM | 10-15 passing around syringes with unknown substance |
| 6:59:19 PM | small group has wooden shields 14/pike |
| 6:59:45 PM | gave another pa announcement to have them respect the fence line |
| 7:01:12 PM | small group wb on olive |
| 7:02:47 PM | 214 small group wb on olive |
| 7:03:06 PM | at 11/pike male in white shirt with microphone being surrounded by 50 people nothing physical just north of 11/pike |
| 7:08:29 PM | Guardian 1 reporting someone ontop of Starbucks at Pike/Broadway, appears to be setting up a sign 4 people sitting on top |
| 7:09:56 PM | group 20 surrounding male with mega phone and jesus loves you sign suspect grabbing vic arm no weapon seen |
| 7:30:47 PM | improvised shields, umbrellas, googles, and female w/large pipe in front of crowd |
| 7:35:10 PM | gave another PA announcement to get off the fence for everyone's safety |
| 7:36:40 PM | 824 E Pike, individuals on Starbuck painting a fist for the spotlight |
| 7:38:25 PM | people with face mask, face shields, and mask protection in the crowd |
| 7:49:56 PM | Another announcement about the fence line |
| 8:10:45 PM | protestors seen in area with gas cans & spray bottles/ contacted one |
| 8:12:12 PM | talked to organizers to come up and move people back and put down some of the |
| 8:47:50 PM | 12/pike starting to throw stuff |
| 8:49:01 PM | just one agitator throwing items on 12/pike |
| 8:54:02 PM | 11/pine several thousand still very energized |
| 8:58:21 PM | 6/Bell piles on rocks left out |
| 9:00:06 PM | front of line are deploying umbrellas |
| 9:31:45 PM | guy starting to kick barricade 12/pike |
| 9:33:59 PM | 12/Pine challenging barricade |
| 9:36:14 PM | Explosion s & w of aerial mortars |
| 9:39:01 PM | status of explosion, sw 11/pine sounds like it came from the middle of 11th |
| 9:42:17 PM | 1100 broadway reports of fireworks being set off |
| 9:45:37 PM | same crowd size, still engerzied, no change |
| 9:49:29 PM | SW Corner 11/pike climbing building |

| | 6/2/2020 | |
|---|---|---|
| | 9:54:53 PM | appears to be moving wb, may not be all of them |
| | 9:55:49 PM | maybe 1000 people heading wb |
| | 9:56:41 PM | 3000 people heading wb |
| | 9:57:27 PM | mortar explosion and fireworks from bobby morris playground |
| | 9:59:00 PM | wb Broadway continuing |
| | 9:59:21 PM | another PA announcement to stay off the fencing |
| | 10:03:05 PM | Still several 1000 at East Precinct |
| | 10:03:17 PM | this crowd is stopped summit/pine/east |
| | 10:04:28 PM | launching mortars summit/pine wb |
| | 10:05:13 PM | sb towards bellevue & pine |
| | 10:06:38 PM | sb bellevue/pine |
| | 10:07:21 PM | Bellevue/pike sb towards union |
| | 10:07:46 PM | continuing sb thru pike/bellevue |
| | 10:09:06 PM | SB minor/University |
| | 10:10:54 PM | sb minor/university |
| | 10:11:10 PM | more fireworks in the crowd sb minor |
| | 10:13:49 PM | minor/seneca sb |
| | 10:14:28 PM | sb crossing minor/spring |
| | 10:15:55 PM | sb crossing madison |
| | 10:18:01 PM | sb minor/marion |
| | 10:18:21 PM | 50 or so breaking off sb 11 av/e pine |
| | 10:19:37 PM | 12 pike about 10 people |
| | 10:19:49 PM | sb minor/columbia |
| | | Cal anderson lighting fireworks, at least 1 went towards e pct.  In soccer field male red sweater, blk jkt, jeans lighting fireworks |
| | 10:21:55 PM | cherry sb |
| | 10:22:07 PM | sb towards james |
| | 10:24:00 PM | eb on james |
| | 10:26:16 PM | eb james from broadway |
| | 10:28:08 PM | eb from 11 |
| | 10:28:38 PM | eb cherry approaching 12 |
| | 10:31:30 PM | ending walk at 12 cherry just west of |
| | 10:34:53 PM | multiple seen on rooftops all appear to be peaceful |
| | 10:36:00 PM | group decided to block all of 12/cherry |
| | 10:36:40 PM | someone down on front line possibly other side of fenceline.  do not want spd assistance, have medic coming  11/pine man having a seizure |
| | 10:37:24 PM | No way to escort fire at this time.  Moving him to East side of the park and tending to him |
| | 10:38:39 PM | group on cherry has stopped again west of 14th |
| | 10:39:01 PM | group size 300-400 |
| | 10:41:32 PM | had 1 rock thrown at national guard line 11/pine |
| | 10:42:28 PM | eoc, medical emergency will be on the baseball diamond side at the park, fire notified |
| | 10:43:33 PM | eoc, is safe for fire to come in.  come in from north from nagel |
| | 10:46:30 PM | guardian 1, get a visual so they can escort fire |
| | 10:46:58 PM | 16/cherry march |
| | 10:47:25 PM | will bring individual to fire |
| | 10:48:16 PM | 11/pine several thousand still energized |
| | 10:48:32 PM | 3 mary, confirmation se side emt with seizure person.  fire staging on nagel |
| | 10:49:30 PM | sb 16/cherry crowd breaking 300 |
| | 10:50:19 PM | national guard getting green laser pointed at their eyes |
| | 10:50:56 PM | laser sw corner 11/pine 3rd story where they think laser beam is being pointed at national |
| | 10:57:51 PM | guardian 1 lighting up to get eyes on person hiding on barclay bldg.  Appears to be sneaking around pillar |
| | 11:01:41 PM | seizure patient being loaded up |
| | 11:04:48 PM | 300 going westlake |
| | 11:09:29 PM | group says going to boren then going to westlake approx 300 now thinning out |

| 6/2/2020 | |
|---|---|
| 11:11:30 PM | sb 16/alder |
| 11:13:54 PM | sb 15 made way to 16/spruce |
| 11:16:34 PM | someone is holding large metal pipe north side of line, possibly a piece of the fence, small metal rod |
| 11:20:50 PM | guardian 1 appx 50 people n & s of pine |
| 11:24:34 PM | WB crowd, 16 spruce stationary still |
| 11:27:27 PM | group broke up, walking nb 16/alder |
| 11:31:40 PM | group walking down sidewalk on cherry/14  headed wb very small group |
| 11:36:10 PM | Bottles thrown at the front |
| 11:36:20 PM | go ahead and use oc and blast balls |
| 11:37:45 PM | not getting separation, deploy cs |
| 11:37:57 PM | all units deploy cs |
| 11:38:20 PM | cs getting thrown back at us |
| 11:40:14 PM | move to cross broadway |
| 11:40:51 PM | not running huddling up on 11th |
| 11:41:33 PM | I-5 is closed |
| 11:41:48 PM | crowd coming on 10th |
| 11:42:34 PM | Mortars fired from the park |
| 11:42:57 PM | broadway crowd lined up 50 yards to left |
| 11:44:17 PM | holding harvard/pine 100 running |
| 11:44:28 PM | 11 pine clear, headed no on 11th |
| 11:45:06 PM | throwing rocks 11 pine |
| 11:45:15 PM | line establish facing wb & sb |
| 11:45:54 PM | walking eb |
| 11:47:03 PM | group 40 harvard/pine |
| 11:48:29 PM | taking fireworks @ East Precinct |
| 11:51:08 PM | holding harvard/pine |
| 11:51:18 PM | olive dumpsters laid down |
| 11:51:35 PM | 11/pine moving dumpsters in direction if close deploy less lethal |
| 11:52:14 PM | is there a crowd to give a dispersal order to |
| 11:52:44 PM | harvard/pine large crowd moving toward east precinct |
| 11:53:03 PM | dumpsters towards spd on pine |
| 11:53:44 PM | 1700 blk 11th av subjects starting fire |
| 11:54:13 PM | last group eb 10/pine crossing on pine |
| 11:56:01 PM | 2 more dispersal orders given |
| 11:56:56 PM | 11 olive heading sb |
| 12:02:20 AM | get any injured officers back |
| 12:06:39 AM | 50 or less in the park |
| 12:09:53 AM | another dispersal 3 min then going to move, from last dispersal order |
| 12:10:59 AM | crowd has reorganized not responding to dispersal order 200 @ pine nagle to west |
| 12:12:13 AM | looters breaking bartells on broadway between pike/union |
| 12:14:12 AM | issued dispersal gave them 3 more min 014 hrs |
| 12:20:02 AM | 3rd and final dispersal warning given, subject to arrest if remain at pine/nagel |
| 12:22:17 AM | wb pine from broadway |
| 12:22:57 AM | advanced on crowd took off running to the west crossing broadway |
| 12:24:10 AM | arrest just east of pine |
| 12:32:28 AM | 11/pine stragglers |
| 1:02:36 AM | Event closed |

| 6-Jun-20 | |
|---|---|
| 10:17:12 AM | 8000 Crowd on streets around city hall. |
| 10:17:48 AM | 8/james down to 4th crowd size |
| 10:18:29 AM | 8000 crowd, small disturbance |
| 10:18:55 AM | 1000 coming down on Cherry |
| 10:21:06 AM | couple thousand coming down cherry now |
| 10:21:20 AM | blocking vehicles |
| 10:23:14 AM | try to have police vehicles a block out so they don't get stuck in crowd |
| 10:24:59 AM | bikes antagonistic/but manageable |
| 10:25:58 AM | tail cleared out, safe access to HMC |
| 10:31:09 AM | media on scene |
| 10:35:14 AM | still continue towards city hall plaza, no problems |
| 10:36:07 AM | King co jail being blocked @ James |
| 11:00:05 AM | Speeches continuing no problems |
| 11:02:43 AM | Organizers calling for an end to the rally, people starting to leave |
| 11:07:00 AM | There are people leaving, slow to disperse, multiple thousands still packed in |
| 11:19:25 AM | crowd is encouraging a march heading nb, have heads on the front to see where they are headed |
| 11:20:46 AM | still a large group in front of city hall |
| 11:21:10 AM | people heading e of james, 2 impromptu marches, people dispersing, |
| 11:22:06 AM | male kicking a vehicle at the 200 blk of james |
| 11:22:51 AM | folks in front of street of city hall, group headed nb on 4th |
| 11:25:22 AM | lead at 4/union |
| 11:25:54 AM | civilian bicyclists are securing roads as crowd |
| 11:26:24 AM | 3 av blocking each street as march moves forward |
| 11:28:17 AM | moving eb on pike, march stretches for many blocks |
| 11:29:18 AM | eb on pike at 7th |
| 11:30:23 AM | Bicyclist stopping traffic for protestors, Don't be alarmed by the bicyclist tactics, let them manage themselves |
| 11:31:26 AM | 7 pike eb headed for e pct |
| 11:33:12 AM | eb just past convention place, very large crowd, 4-5 blocks stretch across sidewalk to sidewalk possibly 2000 crowd size |
| 11:35:37 AM | Pike/Boren approaching e precinct |
| 11:37:00 AM | religious group with crowd @ Pike/Boren |
| 11:38:53 AM | religious group person being harrassed, get west resources to respond |
| 11:40:06 AM | 12/pike |
| 11:40:34 AM | 5/pine male not allowing traffic to flow, in middle of street |
| 11:41:07 AM | tail is at 4 back open |
| 11:41:49 AM | Pike/Harvard head of protest |
| 12:25:48 PM | Some disturbance at the back of group – some seem to be holding back at this time |
| 12:26:18 PM | Peaceful protesters trying to stop others from causing issues in the crowd |
| 12:28:43 PM | Group is NB on 11 – unsure of route at this time – seem to be rallying |
| 12:37:21 PM | 6-7 protesters with backpacks – took off SB on 13 Av when Officers approached – unknown location |
| 1:23:21 PM | 2000 marchers at Alaska Junction – 4 to 5 blocks – all lanes of traffic blocked from Alaska/California to California/Hines |

| 6-Jun-20 | |
|---|---|
| 1:26:08 PM | Alaska Junction protesters laying down in intersection |
| 1:35:00 PM | Appears to be a disturbance in the middle of crowd at 12/Pine |
| 1:35:54 PM | WM w/ American flag walking in crowd with assault style rifle slung over his back – causing a disturbance earlier |
| 1:37:26 PM | Protesters in West Seattle having sit-in |
| 1:45:06 PM | One male trying to organize a march from Mercer to South Lake Unit – looks like a group is splintering to march |
| 1:48:56 PM | Group stopped at Broadway/Pine |
| 1:49:10 PM | Per Captain Davis – West Seattle protest group at about 4500/5000 people – starting to rain |
| 1:51:55 PM | About 100 people still at 11/Pine |
| 1:54:52 PM | Cars at Howell/Broadway are all making U-turns |
| 1:56:02 PM | East Precinct marchers continuing WB on Pine from Broadway |
| 1:56:59 PM | Bicyclists making up the rear of East Precinct march on Pine from Broadway |
| 1:57:52 PM | Male climbing up fire escape of building on SW corner of 11/Pine – now on roof |
| 1:59:26 PM | East Precinct march – marchers now at Bellevue/Pine |
| 2:02:10 PM | East Precinct march approaching Pine/Melrose |
| 2:06:02 PM | East Precinct march is stationary and blocking intersection of Boren/Pine |
| 2:06:32 PM | East Precinct march count approximately 1000 – just turned NB on Boren to begin marching again |
| 2:09:43 PM | EP march continuing on Boren – approaching Howell |
| 2:13:52 PM | EP march approaching Fairview |
| 2:14:17 PM | West Seattle group count at approximately 2000 – Oregon/Edmunds is now open |
| 2:21:18 PM | EP march now stopped on Fairview – NB from Denny/John |
| 2:22:49 PM | Space Needle march now SB on 2nd from Broad – tail just crossed Denny/Broad – count approximately 500 to 1000 |
| 2:29:22 PM | Space Needle march WB on Bell to 1 Av |
| 2:30:00 PM | Metro buses having trouble navigating Fairview due to EP marchers |
| 2:34:22 PM | EP march headed NB on Fairview |
| 2:37:26 PM | EP march at Fairview/Harrison |
| 2:38:18 PM | EP march intention is to shut down Mercer |
| 2:40:24 PM | State Troopers are shutting down NB/SB I5 traffic |
| 2:48:19 PM | All directions of traffic blocked at Mercer |
| 2:48:34 PM | EP march holding intersection of Mercer |
| 2:56:25 PM | Group in intersection of 11/Pine is about 400 people |
| 2:56:44 PM | EP march at Mercer is about 150 people |
| 2:57:00 PM | Space Needle march count at 1000 people – headed EB on Pike then SB on 3 Av from Pike |
| 2:58:09 PM | EP march now moving WB on Mercer |
| 3:00:20 PM | Fairview and EB Mercer now open |
| 3:01:35 PM | EP march approaching Westlake |
| 3:02:08 PM | EP march headed SB on Westlake from Mercer |
| 3:03:11 PM | EP march count approximately 600 |
| 3:04:01 PM | Space Needle march at 4/Union – Approximately 1500 – very peaceful |
| 3:04:46 PM | EP march still SB on Westlake |

| **6-Jun-20** | |
|---|---|
| 3:05:53 PM | Fairview at Mercer now open both directions – I5 to open back up both directions |
| 3:06:54 PM | Space Needle march EB on Pike from 4 Av |
| 3:07:27 PM | EP march still SB on Westlake crossing Harrison |
| 3:07:47 PM | Space Needle march now close to 2000 |
| 3:08:40 PM | EP march at Westlake/Denny – will approach West Precinct in 5 minutes |
| 3:09:34 PM | Space Needle march continuing EB on Pike – crossing 7 Av |
| 3:10:35 PM | Space Needle march passing Convention Center |
| 3:11:30 PM | EP march says they will head to Pike and head EB back to Cal Anderson Park – count at approximately 200 to 300 people |
| 3:12:50 PM | EB march approaching Westlake/Lenora |
| 3:14:01 PM | Units have cleared Denny |
| 3:14:26 PM | EP march stopping at Westlake/Lenora |
| 3:17:01 PM | Estimated crowd at East Precinct is about 1000 people – 11/Pine |
| 3:18:55 PM | Space Needle march – 2500 to 3000 still EB on Pike heading to Bellevue |
| 3:25:47 PM | Space Needle march NB on Boylston from Pike |
| 3:26:51 PM | headed to Cal Anderson from Boylston |
| 3:27:06 PM | crowd 2000, under control |
| 3:27:21 PM | sb westlake approaching 7th |
| 3:27:57 PM | Pike/Summit tail Space Needle march |
| 3:28:54 PM | Space Needle March – approaching Broadway eb |
| 3:29:36 PM | Westlake and Stewart, Sb on 5 |
| 3:30:11 PM | 2nd group – 2-300 |
| 3:30:51 PM | Space Needle Group EB 10th approaching w/Cal Anderson Group |
| 3:30:54 PM | Boyston/Pike EB Space Needle Group |
| 3:31:52 PM | E Pct Group – SB 5 passing Olive |
| 3:34:35 PM | Units cleared Olive interchange at I5 |
| 3:38:19 PM | EP march now approaching 8/Pine |
| 3:39:31 PM | Disturbance between religious group and other protesters at 5/Pine |
| 3:42:19 PM | EP march lead approaching Boren/Pine |
| 3:43:32 PM | Tail end of EP march passing 9/Pine – Religious group following behind |
| 3:50:07 PM | 500-700 people gathered in Red Square – group now moving – headed NE out of square to unknown location |
| 3:51:59 PM | now secure from venue – all went off without a hitch – kudos to all involved – estimated 5000 people involved in protest |
| 3:53:06 PM | UW group looks to be heading to Magnuson Park |
| 3:53:32 PM | EP March now re-joining group at Broadway/Pine |
| 3:54:17 PM | All 3 separate groups at East Precinct are now back together in one large group at 11/Pine |
| 3:57:41 PM | Red Square clear |
| 3:58:36 PM | EP group has splintered and a portion has headed NB on Broadway |
| 4:25:56 PM | Crowd size at 11/Pine about 2500 |
| 4:38:48 PM | UW group NB at 15/Pacific – UW Police monitoring group – seems peaceful |
| 4:45:51 PM | UW group size approximately 200-300 people |
| 4:53:48 PM | PA move on other side of fence, crowd going over fence |

| 6-Jun-20 | |
|---|---|
| 4:52:12 PM | In the process of having them go back over the fence |
| 4:54:47 PM | 5 people just went over the but went back peacefully |
| 5:13:37 PM | UW group headed NB on University Way crossing 45th |
| 5:22:05 PM | UW group now laying down in intersection of University Way/45th |
| 5:30:56 PM | East Precinct perimeter is packed with protesters |
| 5:36:13 PM | Drone flying near East Precinct |
| 6:00:27 PM | Public announcement made on PA for subjects to stay on other side of fence and not cross over – East Precinct |
| 6:01:17 PM | protesters laying in the street on 12/Olive blocking Patrol cars |
| 6:02:34 PM | Man with mirror in front line trying to blind Officers with the sun |
| 6:10:48 PM | Crowd let Officers know there was a male starting fights inside the crowd – Officers have extracted male from crowd |
| 6:19:37 PM | Groups at 13/Pine and 12/Olive seem to be coordinating |
|  | Group up front knocked down some barricades – East Precinct Officers to issue verbal warnings and re-establish the line |
|  | All East Precinct Units to push the line and re-establish fencing |
| 7:01:35 PM | East Precinct line has been re-established – continuing to make announcements to keep people back |
| 7:04:16 PM | 800 people gathered now at Magnuson Park |
| 7:18:49 PM | Ferrari dealership has (3) armed security guards – pepper spray and AR15 weapons |
| 7:21:10 PM | Large drone flying above East Precinct |
| 7:22:39 PM | Crowd has pushed fence line back at least 15 feet |
| 7:23:23 PM | Officer issuing warnings |
| 7:23:42 PM | Fence line now pushed back at least 20 feet – Officers forming plan to push back line and re-establish line |
| 7:24:51 PM | Crowd setting up umbrellas at the line |
| 7:25:29 PM | SWAT at the line |
| 7:27:07 PM | East Precinct Officers/Command formulating coordinated plan to push the line back |
| 7:28:05 PM | Body camera on now |
| 7:31:02 PM | One more announcement before moving forward to reset the line |
| 7:35:51 PM | SPD moving forward to re-establish the line |
| 7:36:31 PM | Protesters throwing items and trying to take fencing from SPD |
| Unknown (placed at known UOF) | Abie Ekenezar, "On Saturday, June 6, I participated in a protest in Capitol Hill, at the corner of 11th Avenue and E Pine St. Police kept repeating that they wanted protesters to move back, but the crowd did not move. Despite the SPD violence against protesters I had witnessed the prior weekend, I was shocked by the severity of the law enforcement response.I saw officers begin lobbing canisters of some kind of chemical irritant. The girl standing in front of me started choking on whatever chemical had been deployed, and she began screaming and crying." |

| 6-Jun-20 | |
|---|---|
| Unknown | Alexandra Chen, "On Saturday, June 6, 2020, I was not present when I learned that law enforcement had deployed chemical agents, tear gas or pepper spray, in Capital Hill, the area near 11th and Pine. But when I heard that it had been used, I rushed to join the group. I was shocked and infuriated because I thought the police had violated the mayor's 30-day ban. I wanted to show up to support the other protesters and to show that I would not be intimidated by the use of force by the police." |
| 7:36:47 PM | OC deployed |
| 7:37:02 PM | Deploying blast balls |
| 7:37:35 PM | Holding the line |
| 7:38:26 PM | More Bike Units needed to clear crowd at 11th |
| 7:39:07 PM | Deploying blast balls |
| 7:39:23 PM | Crowd still throwing items at Officers |
| 7:39:34 PM | Creating space with OC and blast balls |
| 7:40:14 PM | Shifting line to NW and deploying more blast balls |
| 7:41:23 PM | Crowd throwing explosives at SPD |
| 7:41:37 PM | Deploy OC as SPD sees fit |
| 7:43:03 PM | Deploy blast balls on last push |
| 7:43:22 PM | SPD taking bottles |
| 7:46:03 PM | Crowds of 300 to North – 100 to South and 400 to West |
| 7:46:25 PM | SPD taking glass bottles |
| 7:46:52 PM | Units holding at North side |
| 7:47:22 PM | OC deployed |
| 7:49:00 PM | Preparing for at least one arrest |
| 7:49:12 PM | One male holding on to something and staying put |
| 7:50:37 PM | Glass bottles and fireworks being thrown at SPD |
| 7:50:55 PM | Holding line at Broadway – working on plan to head back to original line – fences have been re-established |
| 7:53:10 PM | Line held currently just East of Broadway |
| 7:54:12 PM | Officer injured – Fire to update status |
| 7:57:36 PM | Fire requested to stage at East Precinct – multiple Officer injuries |
| 7:58:44 PM | 2 prisoners in holding cells at East Precinct |
| 8:04:36 PM | Medics arrived at East Precinct to treat 2 Officers for injuries |
| 8:13:31 PM | 1 Officer headed in to East Precinct to get checked for injuries |
| 8:14:23 PM | Leaders of peaceful protests want to march peacefully with Officers – they will take lead of line to control marchers |
| 8:15:08 PM | Subject taking possession of traffic cones – |
| 8:19:15 PM | Crowd using improvised explosives and throwing at Officers |
| 8:25:30 PM | is abs on scene to recover improvised exposives?  be there in a min |
| 8:26:08 PM | 2000 marchers in North precinct – stretches from Magnuson Park to Windemere |
| 8:34:23 PM | SPD will establish a line just to the West of Broadway/Pine |
| 8:35:26 PM | Approximately 50 people walking in the street blocking traffic – NB 10 Av/E Prospect |
| 8:46:45 PM | Need another foot squad on the line |
| 8:50:47 PM | Group in all black making molotov cocktails – in alley behind 11 Av |
| 8:51:43 PM | Group of 8 making molotov cocktails headed NB on 13/Pine |

| **6-Jun-20** | |
|---|---|
| 8:52:59 PM | Group of 8 making molotov cocktails headed WB on Olive toward the front of line |
| 8:55:09 PM | Subjects in black approaching rear of group |
| 8:55:56 PM | Subjects in black approaching front of line |
| 8:56:34 PM | Subjects in black at front of line next to person with a green sign |
| 8:57:05 PM | SPD moving people back |
| 8:58:13 PM | Marchers do not want to take freeway and will give statements to promote non-violence |
| 9:00:15 PM | SPD still moving back to original line spot |
| 9:00:30 PM | Protesters pushing against Officers on the line as they are backing up – now throwing projectiles |
| 9:06:05 PM | Protesters are linking arms – no in/out access |
| 9:07:27 PM | SPD re-establishing fence line |
| 9:08:34 PM | Officers only to turn off body cameras when entering the Precinct |
| 9:09:03 PM | Recruiters are trying to get people to rush the SPD line |
| 9:09:17 PM | SPD to hold Police Line about 10 feet back |
| 9:12:25 PM | All units not on the line can deactivate body worn camera |
| 9:12:48 PM | Protesters trying to push other lines around perimeter of Precinct |
| 9:17:40 PM | 12 people making molotov cocktail on foot near Cal Anderson |
| 9:19:44 PM | pushing fence @ 11/pine head eb |
| 9:20:43 PM | trying to break fence again |
| 9:25:45 PM | Chief Mahaffey to the Pct |
| 9:29:13 PM | throwing object 11/pine officer struck |
| 9:29:56 PM | crowds using strobes front line 11/pine |
| 9:34:43 PM | lasers being pointed at ofcrs from crowd |
| 9:37:12 PM | Shining red laser onto the roof at ofcs |
| 9:41:14 PM | line of protestor bikes blocking ws 12/pike letting civilians thru may not let spd cars thru |
| 9:43:43 PM | advise still have someone in the crowd lasering officers in the eye.  Subj in whi hard hat, pointing lasers at ofcs on the roof |
| 9:53:09 PM | protestors block pike |
| 9:53:53 PM | 100 protestors 12/pike pretty vocal, blocking the roadway |
| 10:07:39 PM | 100 protestors 11/pine sb |
| 10:13:35 PM | shining green laser guy has protecting eyewear |
| 10:14:38 PM | 13 pine is blocked by protestors laying down with their civilian bicycles line behind them |
| 10:16:42 PM | 65 at 13/pine |
| 10:17:41 PM | wm, 30 blu adidas jkt with orng bandana – he is to be arrested |
| 10:22:06 PM | susp with laser is wb on pine passing rancho bravo |
| 10:24:13 PM | crossing boradway wb at pine is to be arrested |
| 10:25:05 PM | approaching pine/harvard n side |
| 10:26:09 PM | still walking wb approaching belmont |
| 10:28:10 PM | suspect at belmont/pine |
| 10:33:41 PM | info people on roof where the stranger is located where they are possibly shining the laser |
| 10:37:28 PM | fireworks being thrown at officers 11/pine |
| 10:37:56 PM | 1 in custody enroute to W. Pct. |

| 6-Jun-20 | |
|---|---|
| 10:38:20 PM | 3k, male throwing things at the line |
| 10:46:58 PM | 3k, 100 people north & 100 people south of intersection dispersed |
| 11:06:55 PM | Arrest at 13/pine |
| 11:07:48 PM | will use bearcat to give dispersal announcement |
| 11:10:51 PM | abs wants to look at a device at n 13/pine.  ABS & swat enroute to take a look at that item |
| 11:20:19 PM | do a announcement on the stobe light? |
| 11:23:26 PM | activate body cameras 13/pine |
| 11:28:33 PM | people putting signs on road |
| 11:56:50 PM | Someone shining laser at front line.  Coming from SE corner |
| 11:58:22 PM | Male w/blue laser |
| 12:01:09 AM | safe access for line is eb harrison from broadway |
| 12:02:59 AM | Laser being shone on officers ne yellow & whi umbrellas |
| 12:12:41 AM | bright spotlights in ofc eyes 12/olive |
| 12:25:26 AM | protestors are dismantling the fence |
| 12:29:42 AM | activate body worn camera on the line |
| 12:32:13 AM | All foot troops get ready |
| 12:44:35 AM | crowd is continuing is break apart the metal fence line.  get pa announcement |
| 12:46:42 AM | members of the crowd are trying to reinforce the fence send pa |
| 12:48:00 AM | people are attempting to block streets and access, Arrest at 12/pike |
| 12:49:43 AM | Leaf blower se corner |
| 12:50:52 AM | they are trying to prevent the line from moving forward but they will not move back |
| 12:51:39 AM | — |
| 12:55:13 AM | crowd front 300 |
| 12:56:28 AM | Static for now |
| 12:57:18 AM | crowd is stabilized, trying to keep everyone back |
| 12:58:28 AM | barricades along 11th blocking traffic to the no |
| 12:58:58 AM | 11/howell barricades |
| 1:32:24 AM | stealing fence; moving segments to 11 / pine |
| 1:33:27 AM | fencing was set down on east side of the park |
| 1:39:07 AM | fire to 12th and Pike – medical attention |
| 1:40:56 AM | taking bottles on the line |
| 1:41:00 AM | crowd is starting to dismantle the fence |
| 1:44:21 AM | keep pushing line 6 feet each time |
| 1:45:54 AM | glass is being thrown |
| 1:57:12 AM | taking pallets out of vehicle and placing them into the intersection |
| 1:57:33 AM | throwing cans at officers |
| 1:58:29 AM | looks like it came from west side back of crowd |
| 2:00:09 AM | looks like they are trying to block NB using pallets and part of the fence. north side of the street |
| 2:03:52 AM | east bikes to 12 and pine |
| 2:23:18 AM | approx 50-60 in the intersection |
| | protesters putting obstacles in exit routes |
| 3:18:01 AM | made announcement to protester to stay at least 5 ft away from officers |
| 5:04:05 AM | re-established our line at 11th and Pine |