The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No.   2:20-CV-00887 RAJ<br><br>[PROPOSED] ORDER DENYING TEMPORARY RESTRAINING ORDER |

This matter having come before the undersigned judge of the above-entitled Court, pursuant to Plaintiffs' Motion for Temporary Restraining Order ("TRO") and The City of Seattle's ("City") Notice of Intent to File Opposition with supporting Declarations, including:

1. The City of Seattle's Response to Plaintiffs' Motion for Entry of a Temporary Restraining Order;

2. Declaration of Lauren Truscott;

3. Declaration of Carolyn Boies, with supporting exhibits;

[PROPOSED] ORDER DENYING TEMPORARY RESTRAINING ORDER
(20-cv-00887RAJ) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

4. Declaration of Thomas Mahaffey.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Plaintiffs' Motion for Temporary Restraining Order be DENIED.

DATED this _____ day of June, 2020.

By:_____
    HON. RICHARD A. JONES
    United States District Judge

**Presented by**:

PETER S. HOLMES
Seattle City Attorney

By:  */s/ Ghazal Sharifi*
    Ghazal Sharifi, WSBA# 47750
    Carolyn Boies, WSBA# 40395
    Assistant City Attorneys
    E-mail: Ghazal.Sharifi@seattle.gov
    E-mail: Carolyn.Boies@seattle.gov
    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Phone: (206) 684-8200

*Attorney for Defendant City of Seattle*

[PROPOSED] ORDER DENYING TEMPORARY RESTRAINING ORDER (20-cv-00887RAJ) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200