Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, *et al.*,

    Plaintiffs,

v.

CITY OF SEATTLE,

    Defendant.

No. 2:20-cv-00887-RAJ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

No later than Wednesday, June 17, 2020, by 4:00 p.m., the parties shall jointly submit a proposed briefing schedule for the forthcoming motion for preliminary injunction. No separate proposals shall be filed. If the parties cannot agree on a briefing schedule, they are directed to set forth the competing proposals in a single filing.

DATED this 15th day of June, 2020.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1