THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>NOTICE OF WITHDRAWAL |

Pursuant to Local Rule W.D. Wash. LCR 83.2(b)(3), Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-tochá, Alexander Woldeab, Nathalie Graham, and Alexandra Chen ("Plaintiffs") notify the Court that Mallory Gitt Webster of Perkins Coie LLP, one of their attorneys of record, withdraws as counsel of record in the above-captioned case. Plaintiffs continue to be represented by all other counsel of record from Perkins Coie LLP, the American Civil Liberties Union of Washington Foundation, and the Fred T. Korematsu Center for Law and Equality.

//

//

NOTICE OF WITHDRAWAL (No. 2:20-CV-00887-RAJ) –1

148537620.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 15, 2020 | By: s/ Mallory Gitt Webster<br>Mallory Gitt Webster, WSBA No. 50025 |
| 3 | | |
| 4 | | **Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900 |
| 5 | | Seattle, WA  98101-3099<br>Telephone:  206.359.8000 |
| 6 | | Fax:  206.359.9000<br>E-mail:  MWebster@perkinscoie.com |
| 7 | | By:  s/ David A. Perez<br>David A. Perez, WSBA No. 43959 |
| 8 | | s/ Joseph M. McMillan<br>Joseph M. McMillan, WSBA No. 26527 |
| 9 | | s/ Carolyn Gilbert<br>Carolyn Gilbert, WSBA No. 51285 |
| 10 | | s/ Nitika Arora |
| 11 | | Nitika Arora, WSBA No. 54084<br>s/ Heath Hyatt |
| 12 | | Heath Hyatt, WSBA No. 54141<br>s/ Paige L. Whidbee |
| 13 | | Paige L. Whidbee, WSBA No. 55072 |
| 14 | | **Perkins Coie LLP** |
| 15 | | 1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099 |
| 16 | | Telephone:  206.359.8000<br>Fax:  206.359.9000 |
| 17 | | E-mail:  DPerez@perkinscoie.com<br>E-mail:  JMcMillan@perkinscoie.com |
| 18 | | E-mail:  CGilbert@perkinscoie.com<br>E-mail:  NArora@perkinscoie.com |
| 19 | | E-mail:  HHyatt@perkinscoie.com<br>E-mail:  PWhidbee@perkinscoie.com |
| 20 | | |
| 21 | | By:  s/ Molly Tack-Hooper<br>Molly Tack-Hooper, WSBA No. 56356 |
| 22 | | s/ Nancy L. Talner<br>Nancy L. Talner, WSBA No. 11196 |
| 23 | | s/ Lisa Nowlin<br>Lisa Nowlin, WSBA No. 51512 |
| 24 | | s/ Breanne Schuster<br>Breanne Schuster, WSBA No. 49993 |
| 25 | | s/ John Midgley<br>John Midgley, WSBA No. 6511 |
| 26 | | **American Civil Liberties Union of Washington Foundation** |

NOTICE OF WITHDRAWAL (No. 2:20-CV-00887-RAJ) – 2

148537620.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
E-mail: mtackhooper@aclu-wa.org
E-mail: talner@aclu-wa.org
E-mail: lnowlin@aclu-wa.org
E-mail: bschuster@aclu-wa.org
E-mail: jmidgley@aclu-wa.org

By: s/ Robert S. Chang
Robert S. Chang, WSBA No. 44083

**Fred T. Korematsu Center for Law and Equality**
Ronald A. Peterson Law Clinic
Seattle University School of Law
1112 E. Columbia Street
Seattle, WA  98122
Telephone:  206.398.4025
Fax:  206.398.4077
E-mail: changro@seattleu.edu

*Attorneys for Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-tocha, Alexander Woldeab, Nathalie Graham, and Alexandra Chen*

NOTICE OF WITHDRAWAL (No. 2:20-CV-00887-RAJ) – 3

148537620.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000