The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No.   2:20-CV-00887 RAJ<br><br>STIPULATED ORDER ENTERING A PRELIMINARY INJUNCTION |

WHEREAS on June 12, 2020, this Court conducted a hearing on Plaintiffs' Motion for Temporary Restraining Order, having reviewed briefs and supporting materials from the parties and hearing argument from counsel. *See* Dkts. 6-22, 25-33, 35-36.

WHEREAS, on June 12, 2020, this Court entered a Temporary Restraining Order against Defendant, City of Seattle, terminable on June 26, 2020. Dkt. 34.

STIPULATED ORDER ENTERING A PRELIMINARY INJUNCTION - 1
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

WHEREAS, on June 17, 2020, the parties stipulated and agreed to entry of a preliminary injunction without any admission by Defendant of wrongdoing or violation of law.

Based on the foregoing and the record before the Court, the Court hereby ORDERS:

(1) The City of Seattle, including the Seattle Police Department and any other officers, departments, agencies, or organizations under the Seattle Police Department's control (collectively, "the City"), is hereby enjoined from employing chemical irritants or projectiles of any kind against persons peacefully engaging in protests or demonstrations. This injunction includes:

(1) any chemical irritant such as and including CS Gas ("tear gas") and OC spray ("pepper spray") and (2) any projectile such as and including flash-bang grenades, "pepper balls," "blast balls," rubber bullets, and foam-tip projectiles. This Order does not preclude individual officers from taking necessary, reasonable, proportional, and targeted action to protect against a specific imminent threat of physical harm to themselves or identifiable others or to respond to specific acts of violence or destruction of property. Further, tear gas may be used only if (a) efforts to subdue a threat by using alternative crowd measures, including pepper spray, as permitted by this paragraph, have been exhausted and ineffective and (b) SPD's Chief of Police has determined that use of tear gas is the only reasonable alternative available. The Chief of Police may only authorize limited and targeted use of tear gas and must direct it to those causing violent or potentially life-threatening activity. To the extent that chemical irritants or projectiles are used in accordance with this paragraph, they shall not be deployed indiscriminately into a crowd and to the extent reasonably possible, they should be targeted at the specific imminent threat of physical harm to themselves or identifiable others or to respond to specific acts of violence or destruction of property.

STIPULATED ORDER ENTERING A PRELIMINARY INJUNCTION - 2
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

(2) In the event that Plaintiffs seek relief for an alleged violation of this Order, the City must respond to the motion for relief within 24 hours.

(3) Because this is a non-commercial case, the balance of hardships favors Plaintiffs, and there is no realistic likelihood of harm to the City of Seattle from enjoining its conduct, the Court waives the security bond requirement.

(4) This Order will expire on September 30, 2020.

(5) This Order is extendable or terminable by stipulation of the parties.

DATED this 17th day of June, 2020.

*Richard A. Jones*
───────────────────────────
The Honorable Richard A. Jones
United States District Judge

STIPULATED ORDER ENTERING A PRELIMINARY INJUNCTION - 3
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200