The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,

Plaintiffs,

vs.

CITY OF SEATTLE,

Defendant.

No.     2:20-CV-00887 RAJ

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT

Defendant City of Seattle ("Defendant"), by and through its attorneys of record, submits its Answer and Affirmative Defenses to Plaintiffs' Complaint as follows:

## I.     INTRODUCTION

1.     This Paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that Plaintiffs bring a Complaint against Defendant.

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

2.      This Paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendant DENIES this Paragraph as phrased.  To the extent the allegations of Paragraph 2 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and the Defendant denies the allegations to the extent that they are inconsistent with that document. Defendant ADMITS that the article referenced in footnote 2 of Plaintiffs' Complaint contains the following language referenced in Paragraph 2 of Plaintiffs' Complaint.   Defendant ADMITS that Plaintiffs seek injunctive relief.

3.      Defendant ADMITS that news reports support Plaintiffs' position.

4.      Defendant ADMITS that news reports support Plaintiffs' position.

5.      Defendant ADMITS that news reports support Plaintiffs' position. This Paragraph states legal conclusions to which no response is required.

6.      Defendant lacks sufficient information to admit or deny the allegations in this Paragraph.  Defendant ADMITS that news reports support Plaintiffs' position. Further, this Paragraph states legal conclusions to which no response is required.

7.      Defendant lacks sufficient information to admit or deny the allegations in this Paragraph as phrased.  Defendant ADMITS that news reports support Plaintiffs' position.

8.      Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

9.      Defendant ADMITS the allegations set forth in this Paragraph in part. Defendant admits that demonstrators have gathered to protest against widespread systematic injustices against Black people and other people of color.

10.     This Paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendant DENIES this Paragraph as phrased.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 2
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

11.     This Paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that the DOJ Settlement Agreement referenced in footnote 3 of Plaintiffs' Complaint can be found at the URL referenced in footnote 3 of Plaintiffs' Complaint.

12.     Defendant DENIES this Paragraph.

13.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph as to Plaintiffs' intent and motivation. Defendant DENIES the remaining allegations in this Paragraph as phrased. Further answering, Defendant ADMITS that Plaintiffs seek injunctive relief.

**A. SPD's "Less-Lethal" Weapons and "Crowd Control" Arsenal**

14.     To the extent the allegations of Paragraph 14 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and the Defendant denies the allegations to the extent that they are inconsistent with that document.

15.     Defendant DENIES this Paragraph as phrased. Defendant ADMITS that in June 2020, SPD used crowd management tools.

16.     Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that SPD officers used crowd management tools, including CS gas and oleoresin capsicum spray.

17.     Defendant DENIES this Paragraph.

18.     Defendant DENIES this Paragraph as phrased.

19.     Defendant DENIES this Paragraph as phrased.

20.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph. To the extent a response is required, Defendant ADMITS that the articles referenced in Paragraph 20 of Plaintiffs' Complaint can be found at the URLs referenced in footnotes 5, 6 and 7

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 3
2:20-CV-00887 RAJ

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

of Plaintiffs' Complaint. To the extent the allegations of Paragraph 20 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and the Defendant denies the allegations to the extent that they are inconsistent with that document

21.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph.  To the extent a response is required, Defendant ADMITS that the articles referenced in Paragraph 21 of Plaintiffs' Complaint can be found at the URLs referenced in footnote 8, 9 and 10 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 21 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and the Defendant denies the allegations to the extent that they are inconsistent with that document.

22.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph.  To the extent a response is required, Defendant ADMITS that the article referenced in Paragraph 22 of Plaintiffs' Complaint can be found at the URL referenced in footnote 11 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 22 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

**B. Heightened Risks of COVID-19 Transmission from Less-Lethal Weapons**

23.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

24.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them. Defendants ADMIT that the website referenced in Paragraph 24 of Plaintiffs' Complaint can be found at the URL referenced in footnote 12 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 24 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 4
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

denies the allegations to the extent that they are inconsistent with that document.

25.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them. Defendant ADMITS that the website referenced in Paragraph 25 of Plaintiffs' Complaint can be found at the URL referenced in footnotes 13 and 14 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 25 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

26.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them. Defendant ADMITS that the website referenced in Paragraph 26 of Plaintiffs' Complaint can be found at the URL referenced in footnote 15 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 26 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

27.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

28.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

### III.     PARTIES

29.     Defendant DENIES this Paragraph as phrased. Defendant ADMITS that Plaintiffs seek injunctive relief.

30.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

31.     Defendant lacks sufficient information to admit or deny the allegations in this

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Paragraph and therefore DENIES them.

32. Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

33. Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

34. Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

35. Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

36. Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that the City of Seattle is a municipality within the State of Washington.

### III.    JURISDICTION AND VENUE

37. This Paragraph states legal conclusions for which an answer is not required.

38. This Paragraph states legal conclusions for which an answer is not required.

### IV.    FACTUAL ALLEGATIONS

**A.  Protestors Demonstrating against Police Brutality Are Met with Brutality by the SPD**

39. Defendant ADMITS the allegations set forth in this Paragraph.

40. Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that SPD officers used crowd management tools.  This Paragraph also states legal conclusions for which an answer is not required.

41. Defendant DENIES this Paragraph.

42. Defendant DENIES this Paragraph.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 6
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**B. Timeline of Excessive Police Force at Protests**

43.     Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that on May 29, 2020, SPD officers used crowd management tools.  To the extent the allegations of Paragraph 43 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

44.     Defendant DENIES this Paragraph as phrased.  To the extent the allegations of Paragraph 44 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

45.     Defendant DENIES this Paragraph as phrased.  To the extent the allegations of Paragraph 45 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

46.     Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that the press release referenced in Paragraph 46 of Plaintiffs' Complaint can be found at the URL referenced in footnote 20 of Plaintiffs' Complaint.  To the extent the allegations of Paragraph 46 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

47.     Defendant DENIES this Paragraph as phrased. Defendant ADMITS that the press release referenced in Paragraph 47 of Plaintiffs' Complaint can be found at the URL referenced in footnotes 20 and 21 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 47 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Defendant denies the allegations to the extent that they are inconsistent with that document

48.     Defendant DENIES this Paragraph as phrased. To the extent the allegations of Paragraph 48 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

49.     To the extent the allegations of Paragraph 49 seek to paraphrase or characterize the contents of a video, the video speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that video. Defendant ADMITS that the video referenced in footnote 23 of Plaintiffs' Complaint is one video from one perspective.

50.     Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that on June 2, 2020, SPD used crowd management tools.  Defendant ADMITS that the video referenced in footnote 24 of Plaintiffs' Complaint is one video from one perspective.  Defendant ADMITS that the SPD blotter post referenced in footnote 24 of Plaintiffs' Complaint speaks for itself.

51.     To the extent the allegations of Paragraph 51 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document. Defendant ADMITS that the letter from Mariko Lockhart referenced in footnote 25 of Plaintiffs' Complaint can be found at the URL in footnote 25 of Plaintiffs' Complaint.

52.     To the extent the allegations of Paragraph 52 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document. Defendant ADMITS that the article referenced in footnote 26 of Plaintiffs' Complaint can be found at the URL in footnote 26 of Plaintiffs' Complaint.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 8
2:20-CV-00887 RAJ

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

53.     To the extent the allegations of Paragraph 53 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant DENIES the allegations to the extent that they are inconsistent with that document. Defendant ADMITS that the article referenced in footnotes 26 and 27 of Plaintiffs' Complaint can be found at the URL in footnote 26 of Plaintiffs' Complaint.  The referenced document speaks for itself.

54.     To the extent the allegations of Paragraph 54 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant DENIES the allegations to the extent that they are inconsistent with that document.

.     55.     Defendant DENIES this Paragraph as phrased.

56.     Defendant DENIES this Paragraph.

57.     Defendant DENIES this Paragraph as phrased.  To the extent the allegations of Paragraph 57 seek to paraphrase or characterize the contents of a written document or video, the document or video speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document or video.

58.     Defendant DENIES this Paragraph as phrased.  To the extent the allegations of Paragraph 58 seek to paraphrase or characterize the contents of a written document or video, the document or video speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document or video.

59.     Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that the KOMO news reporters' version of the events of June 6, 2020 can be found at the URL referenced in footnote 32 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 59 seek to paraphrase or characterize the contents of a written document or video, the document or video speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

that document or video.

60.     Defendant DENIES this Paragraph.

61.     Defendant DENIES this Paragraph. This Paragraph also states legal conclusions for which an answer is not required.

**C. SPD's Claimed Voluntary Ban on Tear Gas**

62.     Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that the article referenced in footnotes 33 and 34 of Plaintiffs' Complaint is a news article reporting on the events of June 5, 2020 and can be found at the URL referenced in footnotes 33 and 34 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 62 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document.

63.     Defendant DENIES this Paragraph as phrased.

64.     Defendant DENIES this Paragraph as phrased. Portions of this Paragraph state legal conclusions for which an answer is not required.  To the extent an answer is required, Defendant ADMITS that the videos referenced in footnote 35 of Plaintiffs' Complaint are videos from certain perspectives and can be found at the URL referenced in footnote 35 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 64 seek to summarize or characterize the contents of videos, the videos speaks for themselves and Defendant denies the allegations to the extent that they are inconsistent with the referenced videos.

65.     Defendant DENIES this Paragraph as phrased.  Defendant ADMITS that the press conference referenced in Paragraph 65 of Plaintiffs' Complaint can be accessed at the URL referenced in footnote 36 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 66 seek to paraphrase or characterize the contents of a video, the video speaks for itself and Defendant

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 10
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

denies the allegations to the extent that they are inconsistent with that video.

66.     Defendant DENIES this Paragraph as phrased.  To the extent the allegations of Paragraph 66 seek to paraphrase or characterize the contents of a written document or referenced video, the document speaks for itself and the Defendant denies the allegations to the extent that they are inconsistent with that document or video.

**D. The City's Illegal Actions Caused and Are Causing Injuries to Plaintiffs**

67.     The City DENIES this Paragraph as phrased.  To the extent a response is required, Defendant ADMITS that on June 4, 2020, the City of Seattle filed in case 2:12-cv-01282-JLR a Notice to advise the Court that it is withdrawing from the Joint Motion to Terminate Paragraphs 69 – 168 of the Consent Decree (Dkt. 621).

68.     This Paragraph states legal conclusions to which no response is required.

69.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

70.     This Paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendant DENIES this Paragraph.

**1. Black Lives Matter Seattle-King County**

71.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

72.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them. Defendant ADMITS that the press conference referenced in Paragraph 72 of Plaintiffs' Complaint can be accessed at the URL referenced in footnote 38 of Plaintiffs' Complaint

73.     Defendant lacks sufficient information to admit or deny the allegations in this

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 11
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Paragraph and therefore DENIES them.  Defendant ADMITS that the press conference referenced in Paragraph 73 of Plaintiffs' Complaint can be accessed at the URL referenced in footnote 39 of Plaintiffs' Complaint

74.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph as phrased.  To the extent a response is required, Defendant ADMITS that the article referenced in footnote 40 of Plaintiffs' Complaint exists.

75.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

76.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

77.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

78.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

**2. Abie Ekenezar**

79.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

80.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

81.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

82.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 12
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

83.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.  Defendant ADMITS that on May 30, 2020, SPD used crowd management tools.

84.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

85.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

86.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

87.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

88.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

89.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

90.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

**3. Sharon Sakamoto**

91.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

92.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

93.     Defendant lacks sufficient information to admit or deny the allegations in this

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 13
2:20-CV-00887 RAJ

1   Paragraph and therefore DENIES them.

2      94.    Defendant lacks sufficient information to admit or deny the allegations in this

3   Paragraph and therefore DENIES them.

4      95.    Defendant lacks sufficient information to admit or deny the allegations in this

5   Paragraph and therefore DENIES them.

6      96.    Defendant lacks sufficient information to admit or deny the allegations in this

7   Paragraph and therefore DENIES them.

8   **4. Alexander Woldeab**

9      97.    Defendant lacks sufficient information to admit or deny the allegations in this

10  Paragraph and therefore DENIES them.

11     98.    Defendant lacks sufficient information to admit or deny the allegations in this

12  Paragraph and therefore DENIES them.

13     99.    Defendant lacks sufficient information to admit or deny the allegations in this

14  Paragraph and therefore DENIES them.

15     100.   Defendant lacks sufficient information to admit or deny the allegations in this

16  Paragraph and therefore DENIES them.

17     101.   Defendant lacks sufficient information to admit or deny the allegations in this

18  Paragraph and therefore DENIES them.

19     102.   Defendant lacks sufficient information to admit or deny the allegations in this

20  Paragraph and therefore DENIES them.

21     103.   Defendant lacks sufficient information to admit or deny the allegations in this

22  Paragraph and therefore DENIES them.

23     104.   Defendant lacks sufficient information to admit or deny the allegations in this

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 14
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1   Paragraph and therefore DENIES them.

2       105.    Defendant lacks sufficient information to admit or deny the allegations in this

3   Paragraph and therefore DENIES them.

4       106.    Defendant lacks sufficient information to admit or deny the allegations in this

5   Paragraph and therefore DENIES them.

6       107.    Defendant lacks sufficient information to admit or deny the allegations in this

7   Paragraph and therefore DENIES them.

8   **5. Muraco Kyashna-tochá**

9       108.    Defendant lacks sufficient information to admit or deny the allegations in this

10  Paragraph and therefore DENIES them.

11      109.    Defendant lacks sufficient information to admit or deny the allegations in this

12  Paragraph and therefore DENIES them.

13      110.    Defendant lacks sufficient information to admit or deny the allegations in this

14  Paragraph and therefore DENIES them.

15      111.    Defendant lacks sufficient information to admit or deny the allegations in this

16  Paragraph and therefore DENIES them.

17      112.    Defendant lacks sufficient information to admit or deny the allegations in this

18  Paragraph and therefore DENIES them.

19      113.    Defendant lacks sufficient information to admit or deny the allegations in this

20  Paragraph and therefore DENIES them.

21      114.    Defendant lacks sufficient information to admit or deny the allegations in this

22  Paragraph and therefore DENIES them.

23  **6. Alexandra Chen**

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 15
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

115.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

116.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

117.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

118.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

119.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

120.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

121.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

122.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

123.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

124.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

125.     Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

126.     Defendant lacks sufficient information to admit or deny the allegations in this

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 16
2:20-CV-00887 RAJ

Paragraph and therefore DENIES them.

**7. Nathalie Graham**

127.    Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.

128.    Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.  To the extent the allegations of Paragraph 128 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document.

129.    Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.  To the extent the allegations of Paragraph 129 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document.

130.    Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.  To the extent the allegations of Paragraph 130 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document.

131.    Defendant lacks sufficient information to admit or deny the allegations in this Paragraph and therefore DENIES them.  To the extent the allegations of Paragraph 131 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document.

**E. The City's Policy, Practice, and Custom**

132.    Defendant DENIES this Paragraph.

133.    Defendant DENIES this Paragraph as phrased.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 17
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

134.    Defendant DENIES this Paragraph.

135.    Defendant DENIES this Paragraph as phrased.

136.    Defendant DENIES this Paragraph as phrased.

137.    Defendant DENIES this Paragraph.

138.    Defendant DENIES this Paragraph as phrased.

139.    This Paragraph states legal conclusions to which no response is required.  To the extent a response is required, Defendant ADMITS that the Seattle Times article referenced in footnote 41 of Plaintiffs' Complaint can be found at the URL referenced in footnote 41 of Plaintiffs' Complaint. To the extent the allegations of Paragraph 139 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Defendant denies the allegations to the extent that they are inconsistent with that document

## V.    FIRST CAUSE OF ACTION

### *Violation of the First Amendment*

140.    Defendant DENIES this Paragraph.

141.    Defendant DENIES this Paragraph.

142.    Defendant DENIES this Paragraph.

143.    Defendant DENIES this Paragraph.

144.    Defendant DENIES this Paragraph.

145.    Defendant DENIES this Paragraph.

## VI.    SECOND CAUSE OF ACTION

### *Violation of the Fourth Amendment*

146.    Defendant DENIES this Paragraph.

147.    Defendant DENIES this Paragraph.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 18
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

## VII.    PRAYER FOR RELIEF

148.  This Paragraph states a prayer for relief, and therefore no answer is required. To the extent an answer is required, Defendant DENIES That Plaintiffs are entitled to relief.

### AFFIRMATIVE DEFENSES

1. Defendant reserves the right to amend this Answer to assert additional affirmative defenses, counterclaims or cross claims as may be appropriate based upon future discovery. Nothing contained in this Answer should be construed as a waiver of any such additional defenses.

2. Some Plaintiffs lack standing to bring this action.

3. The City of Seattle cannot be held liable on a *respondeat superior* basis for Plaintiffs' claimed causes of action.

4. Plaintiffs are not entitled to declaratory relief.

WHEREFORE, Defendant respectfully requests that the Complaint be dismissed with prejudice, that it be awarded costs and reasonable attorneys' fees herein, and that it be granted such other and further relief as the Court finds just and equitable.

DATED this 30th day of June, 2020.

PETER S. HOLMES
Seattle City Attorney

By:   *s/ Ghazal Sharifi*
Ghazal Sharifi, WSBA# 47750
Assistant City Attorney
E-mail:  Ghazal.Sharifi@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone:  (206) 684-8200

*Attorney for Defendant City of Seattle*

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 19
2:20-CV-00887 RAJ

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Breanne Mary Schuster<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 624-2184<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>bschuster@aclu-wa.org |
| John B. Midgley<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 624-2184<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>jmidgley@aclu-wa.org |
| Lisa Nowlin<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 623-1900<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>lnowlin@aclu-wa.org |
| Molly Tack-Hooper<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 624-2184<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>mtackhooper@aclu-wa.org |
| Nancy Lynn Talner<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 682-2184<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>talner@aclu-wa.org |
| Carolyn S. Gilbert | ( x )  Via Email |

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 20
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-3279<br><br>*[Attorneys for Plaintiffs]* | carolyngilbert@perkinscoie.com |
| Paige L. Whidbee<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-3629<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>pwhidbee@perkinscoie.com |
| Heath L. Hyatt<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-8000<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>hhyatt@perkinscoie.com |
| Joseph M. McMillan<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 583-8888<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>JMcMillan@perkinscoie.com |
| Nitika Arora<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-3267<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>NArora@perkinscoie.com |
| David A. Perez<br>PERKINS COIE<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-6767<br><br>*[Attorneys for Plaintiffs]* | ( x )  Via Email<br>DPerez@perkinscoie.com |
| Robert Seungchal Chang<br>Ronald A. Peterson Law Clinic<br>Seattle University School of Law<br>1112 E. Columbia Street<br>Seattle, WA 98122 | ( x )  Via Email<br>changro@seattleu.edu |

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

(206) 398-4025

*[Attorneys for Plaintiffs]*

s/ Jennifer Litfin
Jennifer Litfin, Legal Assistant

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFFS' COMPLAINT - 22
2:20-CV-00887 RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200