THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-CV-00887 RAJ<br><br>**NOTICE OF APPEARANCE**<br><br>**Clerk's Action Required** |

TO: CLERK OF COURT

AND TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Melissa R. Lee, attorney for Plaintiffs Black Lives Matter Seattle-King County et al., hereby enters this Notice of Appearance on behalf of Plaintiffs without waiving any defenses or objections.

Service of all further papers and pleadings may be served upon Ms. Lee as required by LR 5(b) or at the address stated below.

---

NOTICE OF APPEARANCE -1
(No. 2:20-CV-00887 RAJ)

RONALD A. PETERSON LAW CLINIC
1112 E. Columbia St.
Seattle, WA 98122-1090
206.398.4394
Fax: 206.398.4077

1  Dated: July 2, 2020

3                                          By_____s/ Melissa R. Lee_____

4     Melissa R. Lee, WSBA #38808
      Ronald A. Peterson Law Clinic
5     Seattle University School of Law
      1112 E. Columbia St.
6     Seattle, WA 98122
      Phone: 206.398.4394
7     Email: leeme@seattleu.edu

8     Counsel for Plaintiffs

---

NOTICE OF APPEARANCE -2                      RONALD A. PETERSON LAW CLINIC
(No. 2:20-CV-00887 RAJ)                              1112 E. Columbia St.
                                                   Seattle, WA 98122-1090
                                                       206.398.4394
                                                    Fax: 206.398.4077

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

                                              *s/ Melissa R. Lee*
                                                 Melissa R. Lee

---

NOTICE OF APPEARANCE
(No. 2:20-CV-00887 RAJ)

RONALD A. PETERSON LAW CLINIC
1112 E. Columbia St.
Seattle, WA 98122-1090
206.398.4394
Fax: 206.398.4077