THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-CV-00887 RAJ<br><br>**NOTICE OF APPEARANCE**<br><br>Clerk's Action Required |

TO: CLERK OF COURT

AND TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Jessica Levin, attorney for Plaintiffs Black Lives Matter Seattle-King County et al., hereby enters this Notice of Appearance on behalf of Plaintiffs without waiving any defenses or objections.

Service of all further papers and pleadings may be served upon Ms. Levin as required by LR 5(b) or at the address stated below.

---

NOTICE OF APPEARANCE -1
(No. 2:20-CV-00887 RAJ)

RONALD A. PETERSON LAW CLINIC
1112 E. Columbia St.
Seattle, WA 98122-1090
206.398.4394
Fax: 206.398.4077

Dated: July 2, 2020

By  *s/ Jessica Levin*

Jessica Levin, WSBA #40837
Ronald A. Peterson Law Clinic
Seattle University School of Law
1112 E. Columbia St.
Seattle, WA 98122
Phone: 206.398.4167
Email: levinje@seattleu.edu

Counsel for Plaintiffs

NOTICE OF APPEARANCE -2
(No. 2:20-CV-00887 RAJ)

RONALD A. PETERSON LAW CLINIC
1112 E. Columbia St.
Seattle, WA 98122-1090
206.398.4394
Fax: 206.398.4077

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/ Jessica Levin*
Jessica Levin

| | |
|---|---|
| NOTICE OF APPEARANCE<br>(No. 2:20-CV-00887 RAJ) | RONALD A. PETERSON LAW CLINIC<br>1112 E. Columbia St.<br>Seattle, WA 98122-1090<br>206.398.4394<br>Fax: 206.398.4077 |