THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | NO.  2:20-cv-00887<br><br>NOTICE OF APPEARANCE |

TO:         Plaintiffs Above Named

AND TO:     Plaintiffs' Attorneys

YOU AND EACH OF YOU will please take NOTICE that THOMAS P. MILLER of CHRISTIE LAW GROUP, PLLC hereby appears on behalf of the defendant CITY OF SEATTLE in the above-entitled action and requests that all further papers and pleadings, except original process, be served upon him at the address below stated.  By so appearing, defendant does not waive the

NOTICE OF APPEARANCE - 1

**Christie Law Group, PLLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669

following affirmative defenses: lack of jurisdiction over the subject matter; lack of jurisdiction over the person; improper venue; insufficiency of process; insufficiency of service of process; failure to state a claim upon which relief may be granted; and failure to join a party under Rule 19.

DATED this 2nd day of July, 2020.

CHRISTIE LAW GROUP, PLLC

By      /s/ Thomas P. Miller
THOMAS P. MILLER, WSBA #34473
Attorney for Defendant City of Seattle
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: tom@christielawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

CHRISTIE LAW GROUP, PLLC

By  /s/ Thomas P. Miller
THOMAS P. MILLER, WSBA #34473
Attorney for Defendant City of Seattle
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: tom@christielawgroup.com