THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | NO. 2:20-cv-00887<br><br>NOTICE OF APPEARANCE |

TO: Plaintiffs Above Named

AND TO: Plaintiffs' Attorneys

YOU AND EACH OF YOU will please take NOTICE that ANN E. TRIVETT of CHRISTIE LAW GROUP, PLLC hereby appears on behalf of the defendant CITY OF SEATTLE in the above-entitled action and requests that all further papers and pleadings, except original process, be served upon her at the address below stated. By so appearing, defendant does not waive the following

NOTICE OF APPEARANCE - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  affirmative defenses: lack of jurisdiction over the subject matter; lack of jurisdiction over the person;

2  improper venue; insufficiency of process; insufficiency of service of process; failure to state a claim

3  upon which relief may be granted; and failure to join a party under Rule 19.

4      DATED this 2nd day of July, 2020.

5                            CHRISTIE LAW GROUP, PLLC

6

7                            By    /s/ Ann E. Trivett
                              ANN E. TRIVETT, WSBA #39228

8                                Attorney for Defendant City of Seattle
                              2100 Westlake Avenue N., Suite 206
Seattle, WA 98109

9                                Phone: 206-957-9669
                              Email: ann@christielawgroup.com

10

11

12

13

14

15

16

17

18

19

20

21

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

CHRISTIE LAW GROUP, PLLC

By  /s/ Ann E. Trivett
ANN E. TRIVETT, WSBA #39228
Attorney for Defendant City of Seattle
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: ann@christielawgroup.com