THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-
KING COUNTY, ABIE EKENEZAR,
SHARON SAKAMOTO, MURACO
KYASHNA-TOCHA, ALEXANDER
WOLDEAB, NATHALIE GRAHAM,
AND ALEXANDRA CHEN,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

No. 2:20-cv-00887-RAJ

DECLARATION OF JESSICA BONAFILIA
IN SUPPORT OF PLAINTIFFS' MOTION
FOR CONTEMPT

I, Jessica Bonafilia, declare and state as follows:

1.     The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.     I am a resident of Seattle, Washington. I have been involved with the protests against police violence and systemic racism in Seattle since May 30, 2020.

3.     I have attended approximately 25 protests in Seattle since May 30, 2020. I was exposed to tear gas at protests on several nights in early June, as well as pepper spray from blast balls.

BONAFILIA DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148989502.1

4.      I attended the protest march on Saturday, July 25, 2020, that started near Broadway and Pine Street at Seattle Central Community College. I joined the march around 1:30 p.m.

5.      We marched down to the youth jail and then back toward Cal Anderson Park on Capitol Hill. Once we got to the East Precinct at 12th Avenue and Pine Street, the police started throwing flash bangs at us.

6.      The police forced the portion of the protestors that I was with westward on Pine Street, past Rancho Bravo. No instructions or warnings were given before the grenades started going off. There were no dispersal orders.

**7.      I saw police officers throwing blast balls overhand into the crowd indiscriminately.**

8.      I was standing about ten rows back in the crowd of protestors, approximately ten feet from the front line. The entire crowd was trying to move back away from the police and the explosions, and I was also retreating. I was terrified of the number of blast balls and explosions going off, which were more than I had seen at any other protest this summer.

9.      **Suddenly, a blast ball came from overhead and landed on my leg right as it exploded. The force was strong enough that it knocked me to the ground and ripped holes in my jeans, shirt, and jacket.** This was at approximately 4:40 p.m.

10.      Attached as **Exhibit A** is a true and correct copy of a photograph I took on July 25, 2020, of my leg and pants after I was hit with the blast ball.

11.      I was momentarily stunned and had to scramble to get off the ground and figure out what had just happened. I went to Cal Anderson Park and saw what looked like a bloody hole in my leg. I rinsed it with water. It burned, but I had too much adrenaline to really feel the pain at that time.

BONAFILIA DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148989502.1

12.     While we were retreating from the blast balls, the police kept grabbing whomever they could from the front of the retreating line and were arresting them. It looked haphazard, like they were grabbing whomever was closest to them.

13.     About two and a half hours later I was able to find a bathroom to remove my pants and look at the wound more closely. **I saw that both my thighs were covered with blood and burns. You can see the explosion pattern of the blast ball in the bruises and burns.**

14.     Attached as **Exhibits B and C** are true and correct copies of additional photographs I took on July 25, 2020, of my legs after they were hit with the blast ball.

15.     That night I was in severe pain in my legs due to the blast ball explosion. When I woke up the following morning, my legs had very tight pain, and occasional very sharp pains. Given the pain and the burns, I called my health insurance company's nurse-line, and the nurse recommended that I go to the ER, which I did.

16.     **The doctor told me that I have first and second degree burns on my leg.** The doctor also said it was difficult to tell what was a burn and what was an injury from the impact of the hit. **The doctors and nurses said they had never seen anything like my injury. They had to teach me how to clean and dress the wounds.**

17.     I attended the protest on July 25, 2020, with seven other people. Though we were not at the front of the protest and were all about ten rows back, four of the eight of us were hit with projectiles in some fashion.

Executed this 27th day of July 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____

JESSICA BONIFILIA

BONAFILIA DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –3

148989502.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C

