THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

No. 2:20-cv-00887-RAJ

DECLARATION OF CASS BUNTING IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT

I, Cass Bunting, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a Seattle native. I've been out protesting in defense of Black Lives regularly since late June.

3. On Saturday, July 25, 2020, I arrived at the rally right before the group set off on the march. There was a large and diverse crowd of people there to stand in solidarity with Portland, stand up for Black lives and against police brutality both federally and locally.

4. **I did not see anyone in the march engage in violence or property damage.**

BUNTING DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –1

148989489.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

5. Just as the protest was passing through the intersection of 13th and Pine, about a block away from the end point of our march when everyone would disperse and go home, SPD bike police attacked us. A peloton of police on bikes came down 13th, splitting the crowd and causing a lot of confusion. I was at the back third of the crowd, directly in the intersection. The atmosphere was hectic and stressful.

6. I heard no warnings or audible orders or directives to disperse. It felt like an ambush.

7. With no apparent provocation, the police began using munitions on the crowd—I believe flash bangs.

8. I felt an explosion at my feet and lost feeling in my feet.

9. At that point, I fell back west down Pine and called for a medic.

**10. Whatever hit me injured a large area on each of my ankles, causing both lacerations and chemical burns. Whatever chemical irritant I was hit with got in my open wounds.**

11. I had to be carried out of the crowd.

12. A medic treated me at Cal Anderson park, quickly rinsing and bandaging my wounds. Police were advancing towards us, and I was worried that police would assault me even though I was unable to move and posed no threat.

**13. I couldn't walk at all for about an hour after I was injured, and I'm still struggling to walk a day later.**

14. From what I've read, I understand that the chemical burns I sustained will likely take several weeks to heal, and **will likely result in permanent scarring**.

15. I took photos of my injuries, true and correct copies of which are attached hereto as **Exhibits A-E.**

BUNTING DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –2

148989489.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2   Executed this 27th day of June 2020 at SEATTLE, WASHINGTON.
3   I declare under penalty of perjury under the laws of the United States and the State of
4   Washington that the foregoing is true and correct.
5
6                                                                   By: _____
7                                                                          CASS BUNTING

BUNTING DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –3

148989489.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E

