THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF CLOIE CHAPMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, Cloie Chapman, declare and state as follows:

1.  The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.  I am a Seattle resident residing in the International District. I have participated in protests against police violence. As a mixed-race Asian American, I feel that it is important to add my voice as an ally to individuals and communities that bear more of the brunt of police violence.

3.  On July 25, 2020, I joined the protest at Seattle Central College sometime between noon and 1pm. I marched with others, going south on Broadway and then onto Boren

CHAPMAN DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –1

148464191.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Avenue, then turning left onto 12th Avenue. During all this time, the march was non-violent and I heard no sirens and I did not see police officers until we got to 12th and Pine when we came upon a huge crowd of bike cops.

4. With no warning, the cops began throwing flash bangs and pepper balls at us. Though I had a mask on, the smoke from the pepper balls made me cough and my skin burned. I saw a person get hit in the back of the knee with a projectile, and another person, hit in the back.

5. It was around 4pm by now, and the police kept pushing the line, using pepper balls and there was a lot of white gas or smoke. At previous protests, I had heard warnings, a notice to move, and dispersal orders. At no time on July 25, 2020, did I hear a warning or dispersal order.

6. I then heard calls for a medic. Though I don't consider myself to be a medic, because I'm trained in administering first aid and am CPR certified, I ran toward the calls. I came upon Joey Wieser in an alley where people had taken him to get him away from the police. I could see him visibly shaking. His face was red and he couldn't open his eyes. Fortunately, others came with supplies and flushed his face and eyes with various solutions until, it seemed like 20 minutes later, he was finally able to open his eyes.

7. I then returned to rejoin other protesters. At one point, I was near the intersection of Broadway and Pine. The group I was with was sandwiched between two lines of police. I did not see what weapons the police were using. All I know is that there was lots of gas, lots of smoke. It felt like my skin was burning. I inhaled gas and it caused burning in my lungs. I could feel my chest tighten. I began coughing.

8. The group I was with was engaging in non-violent protest. We posed no threat to anyone. Things were calm before the police began using flash bangs, pepper balls, and other devices.

CHAPMAN DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

148464191.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

9.  The next morning, Sunday, July 26, 2020, I had very unusual menstrual bleeding. I have not seen my doctor yet, but I'm deeply worried that this was caused by chemicals in the gas I breathed in. I am worried about long term effects I may suffer.

10. Despite these concerns, I still intend to participate in protests.

Executed this 27th day of July 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____
CLOIE CHAPMAN

CHAPMAN DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –3

148464191.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000