THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF COLTER ARNOLD IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, John Colter Arnold, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am 27 years old and have lived my entire life in the Seattle Metropolitan area. I currently work at Costco and live in the Capitol Hill area.

3. On July 25, 2020, I walked with my sister, Corinne Arnold, and my girlfriend to the protest area in Capitol Hill. We arrived on East Pine Street between 10th and 11th Avenues around 8:30 p.m.

ARNOLD DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –1

148989407.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

4. When we arrived, protesters were chanting and playing music. Occasionally, one of the protesters would talk to the police officers. Seattle Police Department (SPD) officers were standing opposite the crowd in riot gear. Neither side crossed the invisible line that separated them.

5. At approximately 9 p.m., protesters began to run away as police officers rushed forward into the crowd. I looked back and saw one protester dragging another protestor away from the officers. I then looked to my left and saw my sister standing between another protester and about four other officers. I rushed to her side, and an officer hit me twice on the arm with a baton. As I backed away, another officer sprayed me directly in the face with pepper spray.

6. At that point, my eyes were beginning to swell, and I was having trouble blinking. My entire face was burning. Within a few minutes, my eyes were completely swollen shut. I am wearing a white helmet in the video posted on twitter at https://twitter.com/daeshikjr/status/1287288994057732098?s=20.

7. I also have a photograph of my face in the immediate aftermath of this attack. A true and correct copy of that photograph is attached as **Exhibit A.**

8. **I posed no threat. My sister posed no threat. We were simply protesting. But SPD attacked us for no reason other than the fact that we decided to exercise our right to demonstrate.**

9. I saw no action by protesters that caused the SPD officers to rush forward. Neither I nor my sister did anything to provoke them. There was no warning to protestors before their rush into the crowd.

Executed this 27th day of July 2020 at Seattle, Washington

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

ARNOLD DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –2

148989407.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

|     |     |
| --- | --- |
| 1   | By: _____ |
| 2   | JOHN COLTER ARNOLD |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |
| 9   |     |
| 10  |     |
| 11  |     |
| 12  |     |
| 13  |     |
| 14  |     |
| 15  |     |
| 16  |     |
| 17  |     |
| 18  |     |
| 19  |     |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |

ARNOLD DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –3

148989407.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000