THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF JESSICA BUTLER IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, Jessica Butler, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I have lived in Seattle for four years and have worked in the technology industry for the past three years.

3. I have attended two marches protesting police violence against Black lives since the protests began in Seattle after the police killed George Floyd. I was motivated to join in the protests to support my community and to be an ally for those who may want to participate in the marches but are not be able to because of health concerns related to COVID-19.

BUTLER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –1

148989416.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. On July 25, 2020, I participated in a march in support of speaking up against police brutality. I arrived between 1:30 and 2:00 p.m. at East Pine Street and Broadway on Capitol Hill to join the march and waited for less than an hour for the march to begin. When the march started, I followed the crowd marching along the route on Capitol Hill. I do not know the exact route the march took, but I believe it covered a few miles and ended near the East Precinct of the Seattle Police Department.

5. When the group of people I was marching with approached the East Precinct, we started to turn a corner when I heard what sounded like loud firecrackers and saw smoke. I saw that the police were throwing what looked like grenades into the crowd. I did not know what they were at the time, but I have since been told these were flash bangs. The smoke seemed similar to tear gas.

6. Before the flash bangs were thrown, I did not see any of the protestors do anything other than peacefully protest. I also did not hear police officers ask protestors to do anything, or stop doing anything, nor did I hear the police give notice that they would throw the flash bangs.

7. As we turned the corner, the crowd was forced to split into two groups. I was in the middle, where the group divided, and I was hit with something on the back of my leg. There was a line of police officers about half a block away throwing flash bangs at us indiscriminately. I linked arms with the protestors next to me. One of the people next to me was hit in the back with a projectile. This person posed no threat.

8. After I was hit with the projectile, I quickly moved to a nearby alleyway to get behind the crowd. The back of my leg was red and stinging. Although the injury did not draw blood, I had to limp to walk, and it was very painful. The injury caused a bruise about the size of a softball. I moved to a nearby bench where someone brought me an icepack. I continued to hear near constant sounds, like firecrackers, which I now believe were flash bangs.

BUTLER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

148989416.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

9. I posed no threat. I was not breaking anything, hurting anyone, or threatening the police. I was exercising my rights to protest and to assemble.

10. From the alleyway, I made my way to Cal Anderson Park. After watching the protest for a few more minutes, I left the march and returned home.

11. Attached as **Exhibit A** is a true and correct photo of my injury.

Executed this 27th day of July 2020 at Seattle, WASHINGTON.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____

JESSICA BUTLER

BUTLER DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –3

148989416.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

