THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF KIRA MCGIESON IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, KIRA MCGIESON, declare and state as follows:

1.  The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein. I am 30 years old and live in Seattle. I am a nursing student. On the evening of July 25, I helped a protester in a grey shirt, bike helmet and royal blue backpack after I saw that she had been maced in the face. I later saw what had happened to that protester in the following twitter video: https://twitter.com/daeshikjr/status/1287288994057732098?s=20

2.

MCGIESON DECL. ISO TRO (No. 2:20-cv-00887-RAJ) –1

148464191.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. When my two other friends (both nursing students as well) and I saw her, it was obvious she had just been maced. Her face was red and her eyes were swollen shut. We pulled her to the side. She was clearly distraught and overwhelmed. After treating her with saline for a few minutes, she was finally able to open her eyes.

4. We had to use so much saline to flush her eyes out that her shirt and pants became completely drenched. I offered her a set of dry clothes I had brought for a situation exactly like this because I was concerned that she would become cold if she stayed in her wet clothes after the sun went down.

Executed this 27th day of July 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____
KIRA MCGIESON

MCGIESON DEC. ISO TRO (No. 2:20-cv-00887-RAJ) –2

148464191.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000