THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>    Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF ADAM OBERSTADT IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, Adam Oberstadt, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. On July 25, 2020, at approximately 6:30 p.m., I arrived at the protest at Pike and 11th in the Capitol Hill neighborhood in Seattle. I joined a group of demonstrators that was facing east towards a police line, chanting and clapping. I didn't see or hear anyone in the crowd behaving in a threatening manner. The situation appeared peaceful and under control.

3. Things remained calm until about 7:25 p.m. At that point, law enforcement suddenly began lobbing flashbang grenades into the crowd. There was no warning. I was

OBERSTADT DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –1

148989168.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

positioned near the front of the demonstration and was close enough to the police line to hear a dispersal order or announcement, had one been given. But the sudden assault took me by surprise.

4. Police threw the flashbang grenades seemingly at random. It was not clear to me who, if anyone, they were targeting. A few flashbangs struck protesters directly. I saw at least one protester suffer a leg injury after being struck by a grenade.

5. The assault caused the crowd to retreat onto Broadway, and then downhill at Denny. As we fell back, the police continued to throw flashbang grenades into the crowd, without targeting anyone in particular. From my perspective, the crowd posed no threat.

6. We retreated further, onto Boylston, still pursued closely by police on foot. At that point, the front line of police began pepper spraying people caught at the rear of the crowd. The spray drifted south with the wind to where I was, and I felt it begin to sting my eyes and irritate my lungs—even though I was twenty to thirty feet removed from the individuals being targeted. Again, I didn't witness anything to suggest that the protesters being sprayed had done anything to threaten the police.

7. I left the protest after that and went home. I continued to experience eye and lung irritation for half an hour after I left.

Executed this 26th day of July 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: /s/ Adam Oberstadt

ADAM OBERSTADT

OBERSTADT DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

148989168.1