THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN, | No. 2:20-cv-00887-RAJ |
| Plaintiffs, | DECLARATION OF TYLER SILL IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

I, Tyler Thomas Sill, declare and state as follows:

1.      The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.      I have lived in Seattle for all 26 years of my life.

3.      I have spent hundreds of hours protesting police brutality in Seattle since the murder of George Floyd and have attended multiple marches. On July 25, 2020, the Seattle Police Department ("SPD") unleashed the worst use of force I have seen since the initial demonstrations in May 2020. SPD recklessly and indiscriminately deployed canisters of chemical irritants and projectiles at protesters.

SILL DECL. (No. 2:20-cv-00887-RAJ) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

4.      I arrived at a rally to stand in solidarity with protesters in Portland shortly before the group began marching.

5.      The march was very large. I would say it was one of the top three largest days of protests I have been involved in in Seattle since the killing of George Floyd.

6.      It was also generally peaceful.

7.      I was in roughly the middle of the crowd as we marched. When approximately forty percent of the protestors had passed the East Precinct, I heard large bangs, and chaos ensued. Shortly thereafter, officers in riot gear deployed onto the streets.

8.      I did not hear a dispersal order and had not received any order or directive from any SPD officer.

9.      Amidst the chaos, I saw police officers shoot rubber bullet rounds at protesters. Attached as **Exhibit A** is a true and correct copy of a picture of a rubber bullet that I picked up from the protest location.

10.      I saw blast balls explode indiscriminately in the crowd of protesters, exploding shrapnel throughout the protest.

11.      There were large clouds of chemical irritants that made my eyes and skin burn. At times it was hard to see through the clouds.

12.      Something—I believe it was a blast ball—exploded so close to me that it injured my leg in two places through my pants. The larger injury is on the outside of my right leg on my thigh directly above the knee. The smaller one, which looks more like a faded bruise, is on the inside of my right shin. Attached as **Exhibits B through H** are true and correct copies of pictures that I took of my injuries.

13.      At the time I was injured, I was merely standing in the street, at least 50 feet away from any police officer.

SILL DECL. (No. 2:20-cv-00887-RAJ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14.     When the explosion occurred, I felt a sudden, searing pain over my thigh. My thigh felt like it was burning for several seconds afterwards. In the moment, the pain in my shin was obscured by the greater pain in my thigh.

15.     I saw other blast balls explode so close to other protestors that I assume they were injured as well. I also saw others react in pain to gas canisters and mace deployed by police officers.

16.     The next day, my thigh still hurts. The injury has affected my gait and the way I sit.


Executed this 26th day of June 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____

TYLER THOMAS SILL

SILL DECL. (No. 2:20-cv-00887-RAJ) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

148989433.1

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



# EXHIBIT G



# EXHIBIT H

