THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF SAM SUEOKA IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, Sam Sueoka, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a second-year law student at Seattle University School of Law, and I am a Seattle resident living in the Central District.

3. On July 25, 2020, I participated in a march in support of speaking up against police brutality. I joined the march around 2:30 pm. The march started on Broadway and Pine Street, in Capitol Hill. The path of the march took the group in a large loop, starting at Broadway going south, then going north up 12th Avenue.

SUEOKA DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –1

148464191.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Around 4:15 pm, law enforcement began to discharge blast bombs and pepper spray near 12th Avenue and East Pike Street. The blast bombs were being thrown at protesters, and pepper spray was being discharged from handheld devices. I was with a group of around 50 people. The pepper spray and blast bombs forced us to move east up East Pike Street.

5. I was wearing a 3M half face respirator when the pepper spray was discharged. The pepper spray caused me to choke and cough profusely. I also needed to rinse my eyes and face with saline in order to keep the pepper spray from dripping into my eyes.

6. Around 5:00 pm, most of the group made its way to 11th Avenue and East Pine Street. Law enforcement came up quickly behind this group I was with, and with no warnings, began to discharge blast bombs and pepper spray and pushed the group West towards Broadway. I saw nothing that could have provoked this response. During this incident I witnessed several people who needed medical attention. I saw two individuals with open wounds on their shins who were receiving medical care.

7. Around 6:30 pm, law enforcement, again from behind a group already moving in this direction, began to push the group further down East Pine Street. During this incident I was approximately 10 feet away from the front line. Law enforcement pushed the group using their bikes as a moving barrier. Law enforcement was throwing blast bombs at the crowd and several detonated in close proximity to where I was. Law enforcement was also discharging pepper spray and grabbing people's umbrellas out of their hands.

8. The environment during this incident was extremely dangerous and chaotic. Because law enforcement was pushing the group down a steep hill at a high speed, people began to panic and run. This caused people to trip over one another and fall. People were yelling and trying to disperse as quickly as possible.

9. Law enforcement was detonating the blast bombs so frequently my ears began to ring, and I became disoriented. It is difficult to give an estimate of how many blast bombs were

SUEOKA DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

148464191.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

thrown at the group because of the sheer frequency of them going off. I also experienced a severe headache several hours after I left the protest.

10. This experience will serve as the most terrifying moment in my life. I cannot get the image of sheer panic out of my head. I hope that those who got injured by law enforcement's use of blast bombs and pepper spray were able to return home safely like I was able to. What occurred on July 25th, 2020, in Capitol Hill was deeply disturbing.

Executed this 26th day of July 2020 at Seattle, WASHINGTON.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: ______________________

SAM SUEOKA

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000