THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF JESSICA TRIMBLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, Jessica Trimble, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a Seattle resident residing in Capitol Hill. I own a small business near the Seattle Police Department's East Precinct in Capitol Hill. I have participated previously in protests against police violence, though I tend only to participate during the day because I have limited mobility and can't run. I participate in the protests because I feel that it is important to add my voice as an ally to individuals and communities that bear the brunt of police violence.

TRIMBLE DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –1

148464191.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. On July 25, 2020, I was viewing Joey Wieser's livestream reporting of the protests in Seattle. After viewing Joey Wieser get pepper sprayed in the face (at https://www.facebook.com/724170490/posts/10158290622165491/?d=n) and seeing others being pepper sprayed, I felt that I should do something to help. I immediately purchased 3 cartons of milk because I thought milk would help alleviate people's suffering.

4. After distributing the milk, I joined the protesters. I stayed toward the back because of my limited mobility. I thought I would be safe there. I was wrong.

5. I was walking with other protesters away from the police when, with no warning, the police used flash grenades, pepper balls, and then even more pepper balls against us.

6. All of us stragglers in the back began moving faster. Because of my mobility issues, this was hard for me.

7. The police then came at us faster from behind, even though we were, by this point, moving quickly, and I was jogging to the best of my ability. I didn't have any choice because the police were charging and throwing flash bangs and pepper balls at us.

8. The group I was with was peacefully protesting. We were not threatening harm to anyone. We were not destroying any property. We were walking. And yet the police used weapons against us. The police provided no warning before using force. But even if they had warned us, I don't understand why they would use force against peaceful protesters whose only fault may have been not moving as quickly as the police may have wished.

9. I was finally able to separate myself from the crowd and the police and walked slowly to my home in Capitol Hill.

Executed this 27th day of July 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____
JESSICA TRIMBLE

TRIMBLE DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

148464191.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000