THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>     Plaintiffs,<br><br>  v.<br><br>CITY OF SEATTLE,<br><br>     Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF JOEY WIESER IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, Joey Wieser, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I live in Capitol Hill.  I work as a YouTube channel manager for a local company. Outside of work, I have spent the last two months documenting police interactions with protesters by livestreaming those interactions as a freelance journalist.

3. Because of my consistent presence documenting the protests, and because I wear a distinctive jacket, I have become well-known to the group of independent media with whom I often find myself when I livestream the protests. I have also become well-known to protesters,

WIESER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

and it would not surprise me if many Seattle Police Department (SPD) officers are aware that I am part of the independent media.

4.  In my two months of documenting police interactions with protesters, I have never witnessed police targeting independent media with the crowd control weapons I have seen them use against protesters.

5.  But Saturday, July 25, 2020, was different. I was standing on a corner with other independent media, like I had countless times before. Police targeted us with blast balls, firing them directly at us, even as I and others shouted "Media, media."

6.  The blast balls and other crowd control weapons forced us to move. As I retreated, I said to the officers, "We're moving back, we're being peaceful, we're moving back, we're being peaceful."

7.  I posed no threat.  I was not hurting anybody, destroying anything, or otherwise acting in a threatening manner.  Despite this, while I was on stair steps, an officer shoved me, and then shot pepper spray into my mouth. At this point, we were a full block away from where the police started pushing the protesters.

8.  I said, as documented in my livestream, "I just got shoved and sprayed in the mouth, [screaming] I'm being attacked, I'm being attacked."

9.  But the attack would not end there.  I was pepper sprayed again, directly in the face. I was blinded and could not see. I yelled, "Help, help . . . Somebody help me, somebody help me, please help me." A blast ball was thrown at my feet, and when it exploded, I felt the heat run up my body. While I was disoriented from the blast and blind from the pepper spray, I tried to make my way away from the protest, looking to find safety.

10. Most of this interaction can be viewed in this clip from my livestream: https://www.facebook.com/724170490/posts/10158290622165491/?d=n.

WIESER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

148989362.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

11.     I yelled for help repeatedly after being pepper sprayed and experiencing the blast ball's explosion. One or more people guided me half a block away, into an alley, and treated me with saline, milk, and water.

12.     My face felt like it was on fire. It was the most excruciating pain I have experienced in my adult life. I could not open my eyes for at least 15 minutes. My neck and arms also felt like they were on fire.

13.     As soon as I was able, I made my way back home. I took a shower to wash away the pepper spray. As the water washed the pepper spray over my scalp and body, I experienced the burning again, until I was able to wash all of it away.

14.     In the nearly two months that I have been documenting and livestreaming these protests, I have sometimes encountered the effects of pepper spray or blast balls, directed against others. Saturday, July 25, 2020, was different. Other independent media and I were targeted by officers who used painful crowd control weapons against us.

15.     Despite having experienced the worst pain in my adult life on Saturday, July 25, 2020, I am planning to attend protests in the future to continue to document police interactions with protesters.


Executed this 27th day of July 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.


By: _____

JOEY WIESER

WIESER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –3

148989362.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000