Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, *et al.*,

        Plaintiff(s),

  v.

CITY OF SEATTLE,

        Defendant(s).

No. 2:20-cv-00887-RAJ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

No later than Wednesday, July 29, 2020, by noon, Defendant shall file a response to Plaintiffs' Motion for Order to Show Cause Why City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction Order (Dkt. #51).

DATED this 28th day of July, 2020.

        WILLIAM M. McCOOL,
        Clerk of the Court

        */s/ Victoria Ericksen*
        Deputy Clerk to Hon. Richard A. Jones