THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | NO. 2:20-cv-00887-RAJ<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CONTEMPT<br><br>Noted on Motion Calendar:<br>July 31, 2020 at 9:00 AM |

**<u>ORDER</u>**

THIS MATTER having come on regularly before this Court on Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction, all parties appearing through counsel, the Court having reviewed the pleadings and files in this matter, specifically including the following:

(1) Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction;

(2) Declarations of David A. Perez, Dusty Baker, Elise Barrett, Jessica Bonafilia, Sophia

ORDER DENYING PLAINTIFFS' MOTION
FOR CONTEMT (2:20-cv-00887-RAJ) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Bruce, Cass Bunting, Cloie Chapman, Alexandra Chen, Colter Arnold, Corinne Arnold, Kathryn Forest, Jessica Butler, Muraco Kyashna-Tocha, Kira McGieson, Chloe Morino, Adam Oberstadt, Renee Raketty, Tyler Sill, Richard Smith, Sam Sueoka, Jessica Trimble, Joey Wieser, Joshua Matney and Athena Addams;

(3) Defendant City of Seattle's Response to Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction;

(4) Declarations of Robert L. Christie, John Brooks; Cesar Hidalgo-Landeros, David Puente, and William Neale;

(5) _____;

(6) _____;

and being otherwise fully advised in this matter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED for good cause shown that Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction is DENIED.

DONE IN OPEN COURT/CHAMBERS THIS ____ day of July, 2020.

 

_____
THE HONORABLE RICHARD A. JONES
United States District Court Judge

/ / /

/ / /

/ / /

ORDER DENYING PLAINTIFFS' MOTION
FOR CONTEMT (2:20-cv-00887-RAJ) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Presented by:

CHRISTIE LAW GROUP, PLLC

By   */s/ Robert L. Christie*
ROBERT L. CHRISTIE, WSBA #10895
THOMAS P. MILLER, WSBA #34473
ANN E. TRIVETT, WSBA #39228
MEGAN M. COLUCCIO, WSBA #44178
Attorneys for Defendant City of Seattle
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob@christielawgroup.com
tom@christielawgroup.com
ann@christielawgroup.com
megan@christielawgroup.com

PETER S. HOLMES
Seattle City Attorney

By   */s/ Ghazal Sharifi*
GHAZAL SHARIFI, WSBA# 47750
CAROLYN U. BOIES, WSBA #40395
Attorneys for Defendant City of Seattle
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-684-8200
E-mail:  Ghazal.Sharifi@seattle.gov
Carolyn.Boies@seattle.gov

ORDER DENYING PLAINTIFFS' MOTION
FOR CONTEMT (2:20-cv-00887-RAJ) - 3

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669