THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING
COUNTY, ABIE EKENEZAR, SHARON
SAKAMOTO, MURACO KYASHNA-
TOCHA, ALEXANDER WOLDEAB,
NATHALIE GRAHAM, and ALEXANDRA
CHEN,

                        Plaintiffs,

    v.

CITY OF SEATTLE,

                        Defendant.

NO.  2:20-cv-00887

DECLARATION OF ROBERT L.
CHRISTIE

I, ROBERT L. CHRISTIE, hereby declare as follows:

    1.     I am over the age of eighteen years and am a citizen of the United States.  I have personal knowledge of the facts set forth herein and am competent to testify to them at trial.

    2.     I am one of the attorneys of record for defendant in this matter.

    3.     I provided the following links to videos on Twitter to defendant's expert William Neale:

DECLARATION OF ROBERT L. CHRISTIE
(2:20-CV-00887) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1   https://twitter.com/daeshikjr/status/1287270463773609987?s=09

2   https://twitter.com/lukeryderrr/status/1287172224588214272

3   https://twitter.com/NLG_Seattle/status/1287427693680582656

4   https://twitter.com/SimoneReports/status/1287223999869497345?s=20

5      4.      Mr. Neale's firm Kineticorp "stabilized" the above videos, inserted them onto

6   PowerPoint slides and shared the slide deck with me through a secure link.

7      5.      I added to the PowerPoint presentation by creating a cover page and final page.  I

8   also took screenshots of certain moments in some of the stabilized videos and added slides with

9   those images, in each case placing the slides before the actual video.  I labelled each slide with the

10  Twitter link name to indicate the source for each video or screenshot. I also added a time reference

11  for each screenshot, some editorial comment, and some circles/squares/arrows for focus. The

12  videos and screenshot images are unaltered from the original source, other than the stabilization

13  as described in Mr. Neale's declaration and my obvious additions as described above.

14     6.      A true and correct copy of the final version of the PowerPoint presentation is

15  attached hereto as **Exhibit A**.  A PDF version of the PowerPoint presentation is attached hereto as

16  **Exhibit B**.

17     7.      As required by a federal consent decree, Seattle Police Department has extensive

18  procedures to ensure the integrity of its internal force reporting and review systems.  All uses of

19  force are reported by officers and reviewed by their chain of command.  See section 8.400-8.500

20  of the Seattle Police Manual, available at https://www.seattle.gov/police-manual/title-8

21

DECLARATION OF ROBERT L. CHRISTIE
(2:20-CV-00887) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

8.      Under SPD Manual Section 8.500-POL-2(4), officers have 30 days from the date force is used to complete their use of force reports and for sergeants to review. They can also request extensions to this deadline.

9.      For all serious uses of force, a supervisor or a team of specialized detectives responds to the scene to investigate.  SPM § 8.400-POL-4 & POL-5.  In this context, serious force means any force that causes or is reasonably expected to cause physical injury greater than transitory pain.  *See* SPM § 8.050.  After each investigation is complete, SPD's Force Review Board determines whether the force complied with policy, training, and tactics, and makes recommendations, if necessary, for systemic changes.  SPM § 8.500-POL-4.  Throughout this process, the chain of command and the Force Review Board both make referrals to the Office of Police Accountability (OPA) for disciplinary investigations as appropriate.  SPM § 8.500-POL-4(10) & 5.002-POL-5 & POL-6.

10.      OPA is an independent, civilian-led agency that investigates allegations of misconduct against individual police officers.  Accountability Ordinance, § 3.29.100(B) & 3.29.010(B).  All of OPA's investigations are reviewed by the Office of Inspector General for Public Safety which makes a determination as to whether the investigation was objective, thorough, and timely.  *Id.* § 3.29.240(C).  Once OPA's investigation and the OIG's review are complete, then OPA provides the Chief of Police with case analysis and recommended disciplinary findings, if any.  *Id.* § 3.29.135.

/ / /

/ / /

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct to the best of my knowledge and belief.

3    SIGNED in Seattle, Washington, this 29th day of July, 2020.

4

5    _____/s/ Robert L. Christie_____
     ROBERT L. CHRISTIE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

DECLARATION OF ROBERT L. CHRISTIE
(2:20-CV-00887) - 4

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Exhibit A is a PPT file on a CD
Submitted to the Clerk

# EXHIBIT A

EXHIBIT B

# Plaintiffs' submitted videos

Stabilized with isolated screen captures

Submitted by the City of Seattle

*Black Lives Matter Seattle-King County et al v. City of Seattle*

C20-887RAJ

# Armed individual targeted with OC spray. 3:02



https://twitter.com/daeshikjr/status/1287270463773609987?s=09

https://twitter.com/daeshikjr/status/1287270463773609987?s=03



Woman grabs and pulls backwards against baton and is sprayed. 6:86

https://twitter.com/daeshikjr/status/1287270463773609987?s=09



https://twitter.com/daeshikjr/status/1287270463773609987?s=09





Officer giving directions to move back. 2:10

LIVE   ⊙ 3.8k

https://twitter.com/lukeryderrr/status/1287172224588214272



OC spray deployed in a targeted non-sweeping burst. 13:47

https://twitter.com/lukeryderrr/status/1287172224588214272



Armored individual with leaf blower. 18:75

https://twitter.com/lukeryderrr/status/1287172224588214272



https://twitter.com/lukeryderrr/status/1287172224588214272





Legal Observer's starting position. 0:00

https://twitter.com/NLG_Seattle/status/1287427693680582656



Officer begins a targeted release of OC spray at an individual out of frame. 1:75

https://twitter.com/NLG_Seattle/status/1287427693680582656

Legal Observer moves left towards stream while filming. 2:28



Spray cloud to her left

https://twitter.com/NLG_Seattle/status/1287427693680582656



https://twitter.com/NLG_Seattle/status/1287427693680582656



Nurse was not providing medical aid. She was de- arresting an individual.

Elise Barrett, Dkt. 54

https://twitter.com/SimoneReports/status/1287223999869497345?s=20



https://twitter.com/SimoneReports/status/1287197307772393216?s=20



https://twitter.com/SimoneReports/status/1287197367772553216?s=20

Dropping her backpack  6:70



Moving to engage the police 10:58

https://twitter.com/SimoneReports/status/1287197567772553216?s=20



OC spray deployed as she tries to de-arrest. 11:89

https://twitter.com/SimoneReports/status/1287197567772553216?s=20



Bottle thrown at officer involved. 13:66

https://twitter.com/SimoneReports/status/1287197567772553216?s=20



https://twitter.com/SimoneReports/status/1287197567772553216?s=20

https://twitter.com/SimoneReports/status/1287197567772553216?s=20



# Elise Barrett

- Q13 Fox Reporter: What were you trying to do in that moment before you go sprayed?

- Nurse: "Pull the guy away. I mean, I've seen footage from Hong Kong, of like, how you have to get people away from the cops because once they get them they arrest them, they brutalize them, they beat them, they look like, I saw the guy with the baton…….."      "I saw the guy with the baton, I saw the guy they tried to drag down and thought no no, shit no. So yeah"