THE HONORABLE RICHARD A. JONES

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12
13
14

BLACK LIVES MATTER SEATTLE-KING
COUNTY, ABIE EKENEZAR, SHARON
SAKAMOTO, MURACO KYASHNA-
TOCHA, ALEXANDER WOLDEAB,
NATHALIE GRAHAM, and ALEXANDRA
CHEN,

      Plaintiffs,

v.

CITY OF SEATTLE,

      Defendant.

NO.  2:20-cv-00887

NOTICE OF FILING PHYSICAL
MATERIALS WITH THE CLERK

15
16
17
18
19
20
21

  Exhibit A to the Declaration of Robert L. Christie in support of The City of Seattle's Response to Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction is being filed in physical form with the Clerk's Office for the Western District of Washington.  Exhibit A to the Declaration of Robert L. Christie is a PowerPoint presentation file, which cannot be filed electronically via the CM/ECF system.  A thumb drive with the PowerPoint presentation will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

NOTICE OF FILING PHYSICAL
MATERIALS (2:20-CV-00887) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1

DATED this 29th day of July, 2020.

2

CHRISTIE LAW GROUP, PLLC

3

4

By _____ /s/ Robert L. Christie _____

ROBERT L. CHRISTIE, WSBA #10895

5

THOMAS P. MILLER, WSBA #34473

ANN E. TRIVETT, WSBA #39228

6

MEGAN M. COLUCCIO, WSBA #44178

Attorneys for Defendant City of Seattle

7

2100 Westlake Avenue N., Suite 206

Seattle, WA 98109

8

Phone: 206-957-9669

Email: bob@christielawgroup.com

9

tom@christielawgroup.com

ann@christielawgroup.com

10

megan@christielawgroup.com

11

12

13

14

15

16

17

18

19

20

21