HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, SEATTLE POLICE DEPARTMENT, <br><br> Defendant. | Case No.  2:20-cv-00887-RAJ <br><br> ORDER RE EVIDENTIARY HEARING |

As explained in its previous order, Dkt. # 88, the Court must conduct an

evidentiary hearing to determine if Defendant is in contempt of the Court's preliminary

injunction, Dkt. ## 42, 51.  The Court held a conference with the parties today, July 31,

2020, to discuss the nature of that hearing.  In the end, the Court set several parameters

and scheduled several dates as described in the table below.

| **HEARING (VIA ZOOM) DATE** | **August 26, 2020** |
|---|---|
| | Hours:  9:00 A.M. to 4:30 P.M., with a lunch break from noon to 1:30 P.M. and two 15-minute breaks at 10:30 A.M. and 2:45 P.M. |

ORDER – 1

| Length of Hearing | 5 days |
|---|---|
| | Time Allocation:  Five days of hearing to be divided evenly by the parties. |
| Initial Disclosures | August 5, 2020 |
| Responsive Disclosures | August 12, 2020 |
| Joint Submission Setting Forth the City's Production of Body Worn Video Evidence | August 13, 2020 by **noon**. |
| Hearing re the City's Production of Body Worn Video Evidence, Only If Parties Are Unable to Reach a Compromise | August 14, 2020 at 9:00 A.M. |
| Joint Witness and Exhibit Lists and All Other Filings | August 18, 2020 by **noon**. |

The Court also instructs the parties to meet and confer about the other topics discussed at the July 31, 2020, Zoom conference.  They must submit a joint statement to the Court by **Tuesday, August 4, 2020**, describing the additional parameters of the evidentiary hearing not already covered by this Order.

Finally, to be clear, nothing in this Order should be construed as a ruling on the merits.  At this juncture, the Court declines to grant or deny Plaintiffs' Motion for Order to Show Cause Why City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction.  Dkt. # 51.  The preliminary injunction is still in full force and effect.

DATED this 31st day of July, 2020.

Richard A. Jones

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2