THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-
KING COUNTY, ABIE EKENEZAR,
SHARON SAKAMOTO, MURACO
KYASHNA-TOCHA, ALEXANDER
WOLDEAB, NATHALIE GRAHAM,
AND ALEXANDRA CHEN,

                    Plaintiffs,

        v.

CITY OF SEATTLE, SEATTLE POLICE
DEPARTMENT,

                    Defendant.

No. 2:20-cv-00887-RAJ

**JOINT STATEMENT ON
PROCEDURAL MATTERS FOR
EVIDENTIARY HEARING ON
CONTEMPT**

Pursuant to the Court's Minute Order (Dkt. 90), Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-tochá, Alexander Woldeab, Nathalie Graham, and Alexandra Chen, and Defendant City of Seattle (collectively the "Parties") submit the following Joint Statement on procedural matters related to the evidentiary hearing on Plaintiffs' motion for a finding of civil contempt:

A.      **Presentation of Evidence via Video Technology**

The five-day evidentiary hearing is set for August 26 to September 1, 2020, and all proceedings will be held *via* Zoom videoconference as directed by the Court (Dkt. 89).  The Parties will host trial exhibits on which they may rely at the hearing—including documents,

JOINT STATEMENT RE PROCEDURAL
MATTERS (No. 2:20-cv-00887-RAJ) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

video, or photographic evidence—on their respective computers, to be shared on the Zoom platform at appropriate points in the hearing.

### B.  Time Management

The Parties will be allotted equal time (approximately 2.5 court days) to present evidence and argument.  The Parties' allotted time will be tracked by the Courtroom Deputy using "chess-clock" style management, with a Party's time running during direct and re-direct of the Party's own witnesses, and cross-examination of the other side's witnesses, as well as during its opening statement and closing argument (and other arguments that might arise during the hearing).  Each side will have a maximum of twenty (20) minutes for an opening and thirty (30) minutes for closing argument.  Time used by the Court in questioning witnesses, if any, will be considered direct examination, and therefore allotted to (*i.e.*, deducted from) the Party presenting that witness.

### C.  Form and Authentication of Evidence

The Parties agree to a "hybrid" approach to introducing witness testimony, meaning that such testimony may be introduced either live (*via* Zoom) or by sworn written declarations.  The declarations a Party intends to rely upon must be served on the opposing side no later than the Initial Disclosure dates set by the Court (August 5 for Plaintiffs; August 12 for Defendant).  Those declarations must be submitted to the Court as attachments to the Joint Witness and Exhibit List that, per Dkt. 90, must be filed by noon on August 18, 2020.  The Parties agree that, as admitted evidence, the declarations (including attached photographic exhibits or embedded video links, if any), may be referred to and displayed during opening and closing arguments, and may be presented verbatim or displayed (in whole or in part) by counsel during that Party's case-in-chief.

The Parties agree to promptly confer regarding the evidence identified by each side (including video), to determine whether they will stipulate to authenticity and admissibility.

JOINT STATEMENT RE PROCEDURAL
MATTERS (No. 2:20-cv-00887-RAJ) –2

149094726.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**D.      Review and Production of Police Video**

The Parties continue to discuss the scope of the production of police video.

Plaintiffs believe that, consistent with Defendant's representations at the July 31 hearing and the Court's Minute Orders (Dkt. 89 and Dkt. 90), Defendant should produce relevant police body-worn video evidence as part of its Initial Disclosures by noon on August 12, 2020. Plaintiffs have communicated to Defendant the categories of video evidence that they regard as relevant to the matters in controversy at the evidentiary hearing, and have requested that all such relevant video be included in Defendant's August 12 production.

Defendant is reviewing video and expects to communicate to Plaintiff its position on the scope of its anticipated production within the next 24 hours. Defendant agrees not to withhold any relevant footage that it comes across during the course of Defendant's review.

The parties are still discussing their respective interpretations of what is relevant to this proceeding and how such relevant videos will be marked for production, and which types of videos would qualify.  If the Parties are unable to agree on the scope of the production, Plaintiffs intend to request a brief telephonic conference with the Court to obtain clarification on that important issue.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

149094726.1

DATED:  August 4, 2020

By:  s/ David A. Perez
By:  s/ Joseph M. McMillan
By:  s/ Carolyn S. Gilbert
By:  s/ Nitika Arora
By:  s/ Heath Hyatt
By:  s/ Paige L. Whidbee
David A. Perez #43959
Joseph M. McMillan #26527
Carolyn S. Gilbert #51285
Nitika Arora #54084
Heath Hyatt, #54141
Paige L. Whidbee, # 55072

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  DPerez@perkinscoie.com
          JMcMillan@perkinscoie.com
          CarolynGilbert@perkinscoie.com
          NArora@perkinscoie.com
          HHyatt@perkinscoie.com
          PWhidbee@perkinscoie.com


By:  s/ Molly Tack-Hooper
By:  s/ Nancy L. Talner
By:  s/ Lisa Nowlin
By:  s/ Breanne Schuster
By:  s/ John Midgley
Molly Tack-Hooper, #56356
Nancy L. Talner #11196
Lisa Nowlin #51512
Breanne Schuster #49993
John Midgley, #6511

**American Civil Liberties Union of
Washington Foundation**
P.O. Box 2728
Seattle, WA  98111
Telephone: (206) 624-2184
Email:  mtackhooper@aclu-wa.org
          talner@aclu-wa.org
          lnowlin@aclu-wa.org
          bschuster@aclu-wa.org
          jmidgley@aclu-wa.org

JOINT STATEMENT RE PROCEDURAL
MATTERS (No. 2:20-cv-00887-RAJ) –4

149094726.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2    By:  s/ Robert S. Chang
     By:  s/ Melissa Lee
3    By:  s/ Jessica Levin
     Robert S. Chang, #44083
4    Melissa Lee #38808
     Jessica Levin #40837
5
6    **Fred T. Korematsu Center for Law and**
     **Equality**
7    Ronald A. Peterson Law Clinic
     Seattle University School of Law
8    1112 E. Columbia Street
     Seattle, WA  98122
9    Telephone: 206.398.4025
     Fax:  206.398.4077
10   Email:  changro@seattleu.edu

11   *Attorneys for Plaintiffs Black Lives Matter*
     *Seattle-King County, Abie Ekenezar, Sharon*
12   *Sakamoto, Muraco Kyashna-tochá, Alexander*
     *Woldeab, Nathalie Graham, and Alexandra*
13   *Chen*

14   By:  s/ Ghazal Sharifi
     By:  s/ Carolyn Boies
15   Ghazal Sharifi, #47750
     Carolyn Boies, #40395
16
17   **Seattle City Attorney's Office**
     701 Fifth Avenue, Suite 2050
18   Seattle, WA  98104
     Telephone: (206) 684-8200
     Email:  Ghazal.Sharifi@seattle.gov
19            Carolyn.Boies@seattle.gov

20   *Attorneys for Defendant City of Seattle*

21   By:  s/ Robert L. Christie
22   By:  s/ Thomas P. Miller
     By:  s/ Ann E. Trivett
23   By:  s/ Megan M. Coluccio
     Robert L. Christie, #10895
24   Thomas P. Miller, #34473
     Ann E. Trivett, #39228
25   Megan M. Coluccio, #44178

26   **Christie Law Group, PLLC**
     2100 Westlake Avenue N., Suite 206

JOINT STATEMENT RE PROCEDURAL
MATTERS (No. 2:20-cv-00887-RAJ) −5

149094726.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Seattle, WA 98109
Telephone: (206) 957-9669
Email:  bob@christielawgroup.com
        tom@christielawgroup.com
        ann@christielawgroup.com
        megan@christielawgroup.com

*Attorneys for Defendant City of Seattle*

JOINT STATEMENT RE PROCEDURAL
MATTERS (No. 2:20-cv-00887-RAJ) −6

149094726.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000