THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

No. 2:20-cv-00887-RAJ

DECLARATION OF MARY EILEEN HOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT

I, Mary Eileen Hood, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a Seattle resident residing in Capitol Hill. I live in a multi-generational household with my 83-year old father, my husband, and, during the summer before she returns to college, my daughter Sophia Bruce, who previously submitted a declaration on July 27, 2020, in support of Plaintiffs' Motion for Contempt. Sam Sueoka, who also submitted a declaration on July 27, 2020, in support of Plaintiffs' Motion for Contempt, is a friend of Sophia's and is a close friend of our entire family.

HOOD DECL. ISO MOT. FOR CONTEMPT
(No. 2:20-cv-00887-RAJ) –1

149075101.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. Before Saturday, July 25, 2020, I participated in protests against police violence in Capitol Hill. I only did so during the day because I felt that it was safer then. I have asthma and I was fearful that tear gas and pepper spray might trigger an asthma attack. I was also fearful that tear gas and pepper spray would increase COVID spread, something I was particularly concerned about because of my 83-year old father who lives with us.

4. I felt safe, though, when I participated in the silent march organized by Black Lives Matter Seattle-King County that took place on June 12 after Judge Jones issued his temporary restraining order.

5. On Saturday, July 25, 2020, after dropping election ballots off, my husband, Sophia, and I were dropped off near Broadway and Madison sometime between 2:30 p.m. and 3:00 p.m. I was wearing a yellow shirt because I wanted to identify as a mom and express solidarity with other moms. I didn't participate, though, with the Wall of Moms. We joined the crowd that was marching south on Broadway. At this point in time, we were at the front of the march. We continued with them, turning left on Boren Avenue, and then turning left and marching north on 12th Avenue.

6. I witnessed no violence. Everyone I was with was peaceful.

7. We continued on, and around 4:30 p.m., we progressed past the East Precinct. We were near the back of the march at this point. My husband and I had gotten separated from Sophia, who by this point, was near the front. I saw officers on the roof of the East Precinct.

8. I was at 12th and Pine when I began hearing explosions. No warning had been given by the police. I was caught in that intersection and started to run up Pine Street away from the East Precinct. I then saw what looked like a line of officers coming down Pine, from the intersection of Pine and 13th. A true and correct photo taken on July 25, 2020, of the line of officers I saw is attached hereto as Exhibit A.

9. They came toward us rapidly, rolling flash bangs toward us. I ran back the other way and encountered a line of bike police who had cordoned off Pine at 12th.

HOOD DECL. ISO MOT. FOR CONTEMPT
(No. 2:20-cv-00887-RAJ) –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

149075101.1

10. It was pandemonium. No order to disperse had been issued. I didn't know what the police wanted us to do. I felt panicked because I didn't know where my daughter was. I feared for my safety. I feared for her safety.

11. At 4:26 p.m., I got a text from my daughter asking, "are you okay?" She texted that she was good and that she was at 11th and Olive. I was at 12th and Olive and we reunited around 4:40 p.m. We then went through Cal Anderson Park and met up with Sam Sueoka. He had pepper spray in his eyes and I helped irrigate his eyes with saline. I met another protester how was crying and vomiting. I helped irrigate his eyes with saline and then led the person to an area where street medics had set up in a treed area near the northwest corner of Broadway and Pine.

12. I then joined the back of the group near Pine and Broadway. Sophia was moving toward the front with an umbrella that she was going to use to defend herself and other protesters from pepper spray. I followed her. Sophia was a couple people from the front line when I saw her fall. She had been hit by a flash bang or some other device. I saw that she had a head injury. People in the crowd helped move her to a grassy area where I and others tried to assess if she had suffered a concussion.

13. We decided we had had enough. We decided that we needed to leave. We were walking away on Broadway, between Pine & Pike, near the Mud Bay store, when we encountered a cloud of white gas. I began coughing uncontrollably. My lungs seized. There was a moment when I felt like I couldn't breathe.

14. After I recovered sufficiently, we went to a bathroom in a nearby restaurant where my friend works. After we cleaned up as best we could, we returned to our home in Capitol Hill.

15. I feel like a fool. I thought that my family and I would be able to protest safely during the day. Things had really seemed to calm down after the Judge Jones order. I thought that, at the very least, the police would issue warnings before using flash bangs, chemical irritants, and projectiles. I was wrong.

HOOD DECL. ISO MOT. FOR CONTEMPT
(No. 2:20-cv-00887-RAJ) –3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

149075101.1

16. I can't describe the emotions that ran through me when I saw my daughter fall after getting hit by shrapnel from SPD's projectiles.

17. Despite these concerns, I still intend to participate in protests. The violence inflicted upon me and my family has convinced me even more that I need to continue protesting if police violence is going to stop. I have now purchased respirators and goggles to better protect myself and my family members.

Executed this 3rd day of August 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: /s/ Mary Eileen Hood
MARY EILEEN HOOD

HOOD DECL. ISO MOT. FOR CONTEMPT
(No. 2:20-cv-00887-RAJ) –4

149075101.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

