THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-
KING COUNTY, ABIE EKENEZAR,
SHARON SAKAMOTO, MURACO
KYASHNA-TOCHA, ALEXANDER
WOLDEAB, NATHALIE GRAHAM,
AND ALEXANDRA CHEN,

              Plaintiffs,

    v.

CITY OF SEATTLE,

              Defendant.

No. 2:20-cv-00887-RAJ

DECLARATION OF STEPHEN LAGREE
IN SUPPORT OF PLAINTIFFS' MOTION
FOR CONTEMPT

I, Stephen Lagree, declare and state as follows:

1.    The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.    I've lived in the Seattle for three years. I currently live in the Beacon Hill area. I am a software engineer.

3.    Before Saturday, July 25, 2020, I participated in protests in Capitol Hill against police violence on several days, evenings, and nights in early June. I have never seen police violence like I experienced and witnessed when I participated in the protest on July 25, 2020. On that day, I was at the protest from approximately 3 p.m. to 7 p.m.

LAGREE DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

4. On Saturday, July 25, 2020, around 5 p.m., I was near the front of the protest lines at Broadway and Pine. Along with others, I was chanting. Without any warning and without any order to disperse, police started using some kind of chemical gas and people started running. I stayed where I was because I had goggles on and I wasn't as impacted.  Someone handed me a leaf blower and I used it to try to blow the gas away from protesters.

**5.** **Then I got hit twice, extremely hard, by projectiles, one in each thigh. I couldn't tell what they were but they left <u>huge tennis ball sized lacerations</u>. I ran away to avoid getting hit again and stopped on the hill in the park by Seattle Central College. While checking my wounds, <u>I got hit again in the back</u>. This time, it was from further away so the impact wasn't as bad. I ran again to get further away.**

6. My leg wounds hurt a lot and I had to sit down and get a street medic to check them out and dress them.

7. Later, my thighs swelled a tremendous amount and turned black and blue. They swelled up even more the next day and are still very swollen today.

8. I didn't seek additional care, but I consulted with my brother-in-law who is a medical doctor. After reviewing the photos, he told me how to care for the wounds, including what to look for that might indicate that I needed to go to urgent care or the emergency room.

9. My injuries, sustained over a week ago, continue to cause me pain. I consider myself lucky, though. I've read about protesters in other cities who have been blinded or had their testicles ruptured by projectiles. A slight shift in aim and the injuries I sustained on my upper thighs could easily have hit me in a particularly sensitive area.

10. True and correct photos taken on July 25, 2020, of my injuries are attached hereto as Exhibits A – E.

11. True and correct photos taken on July 26, 2020, of my injuries are attached hereto as Exhibits F – H.

LAGREE DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

149075205.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

12.     True and correct photos taken on July 27, 2020, of my injuries are attached hereto as Exhibits I – J.

13.     True and correct photos taken on July 29, 2020, of my injuries are attached hereto as Exhibits K – M.

14.     True and correct photos taken on Aug. 2, 2020, of my injuries are attached hereto as Exhibits N – O.

15.     Since being injured, I have mostly stayed at home. I intend to rejoin the protests after I am sufficiently healed, though I am fearful of being injured again.

Executed this 3rd day of August 2020 at Seattle, Washington.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____

STEPHEN LAGREE

LAGREE DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –3

149075205.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBIT A



EXHIBIT B



EXHIBIT C



# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



EXHIBIT G



# EXHIBIT H



# EXHIBIT I



EXHIBIT J



# EXHIBIT K



EXHIBIT L



EXHIBIT M



EXHIBIT N



# EXHIBIT O

