THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF SETH KRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, Seth Kramer, declare and state as follows:

1.   The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.   I live in the Capitol Hill area of Seattle where I have lived for two and a half years. Before that, I lived in the Beacon Hill area of Seattle for five years.

3.   I am a graduate student in the School of Social Work and recently completed a Master's in Public Health at the University of Washington in Seattle. I do research on the effects of violence in social protests and the effect on health outcomes. I have received approval from the Institutional Review Board at the University of Washington to conduct a study of the formal

KRAMER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –1

149082693.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

and informal ways that protests are organized to include security for the safety of protesters and the provision of medical care for injured protesters. It is accepted, as a matter of methodology in anthropological, sociology, and other disciplines, for data collection to be conducted by participant observers and key informant interviews.[1]

4. Before Saturday, July 25, 2020, I participated in and observed protests against police violence in Capitol Hill on numerous occasions. But the police violence I experienced and observed on July 25, 2020, was the most I have ever seen and experienced in all the protests I have ever attended. I had never seen or experienced anything like what the SPD did that day.

5. Beginning at roughly 4 p.m., Seattle Police Department (SPD) began throwing different forms of incendiary devices (grenades with pepper spray, flash-bangs) into the crowd of people indiscriminately. I began on 11th Ave, just north of the intersection, where a smaller group of protesters were facing the police. I remember the chaos of what appeared to be over a hundred police arrive quickly and aggressively begin assaulting protesters. I left the location due to the larger group of protesters being pushed back on Pine towards Broadway. I was concerned for my own safety in a smaller group with such a large police presence and their reputation for violence.

6. When I arrived at Pine and Broadway, police began indiscriminately tossing different forms of incendiary devices at the crowd. The first volley lasted for roughly 5 minutes of consecutive tossing of different types of grenades. To my recollection, everything thrown at the protesters were circular grenades which explode. I do not recall seeing anything thrown at protesters that was designed to remain intact.

7. After the first 5-minute round of grenades, the police officers walked back towards the East Precinct on Pine. Protesters followed from a quarter of a block distance. As the

---

[1] *See, e.g.*, Barbara B. Kawulich, Participant Observation as a Data Collection Method, Forum: Qualitative Social Research, 6:2 (May 2005), https://www.qualitative-research.net/index.php/fqs/article/view/466/996 (discussing long history of data collection by participant observers).

KRAMER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

149082693.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

cops were at the intersection of 11th and Pine, SPD again began to throw incendiary devices into the crowd indiscriminately, one after another. Protesters had pulled a dumpster into the street for protection against rubber bullets that SPD began firing in their direction and a few protesters began throwing plastic water bottles at the police.

8. For what felt like 10 minutes, SPD sent volley after volley of grenades at the protesters. I witnessed SPD officers conversing with each other about where they would be sending each grenade, pointing at individual protesters in the middle of dense crowds. I saw other times when it felt as if SPD officers threw grenades at random due to the consistent volley simultaneously thrown at protesters. Rarely were the grenades thrown in front of the crowd of protesters. SPD threw grenades into densely packed areas that were already well blanketed in gas or smoke. I could not tell what kind of chemical irritant was being used.

9. **Due to the massive crowd of individuals (roughly 750), every grenade thrown at protesters exploded near hundreds of people, with shrapnel hitting any protester in the vicinity. I was personally hit more than 10 times in the legs, hand, chest, and head. I also witnessed journalists hit by the explosions.**

10. **Police would then shoot rubber bullets into the crowd.**

11. As police came closer to protesters, they would then fire industrial pepper spray at protesters. This was sometimes targeted, but more often it appeared to be sprayed indiscriminately back and forth across the crowd.

12. For the next 2 hours, as I recall, the pattern continued of SPD marching forward, sending volleys of grenades for 5-10 minutes, retreating, then resuming volleys of grenades 15 minutes later. Protesters antagonized police with words, plastic water bottles, trash, occasional

KRAMER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

149082693.1

firework, and unexploded grenades that SPD had previously thrown at the protesters (i.e., throwing back to SPD the very devices they had thrown at protesters).

13. At roughly 6:30 p.m., the police then began pushing protesters through residential neighborhoods. Starting at Pine St. and Broadway, police began chasing protesters on Broadway towards E. Howell St., then down Boylston Ave., up Pike St., back down Broadway Ave., and then up Denny Way. Police chased protesters down these streets, with police occasionally stopping and both sides regrouping, then returning chasing protesters. **As this occurred, police indiscriminately threw grenades into the crowd. As most protesters were *running away* from the police, I cannot think of any legitimate reason for using force other than intentionally trying to scare and harm protesters who were trying, at this point, to get away from police.**

14. I was hit roughly 10 times by grenade fragments. Lasting effects include a small laceration on my lower right shin, a large purple bruise on my upper thigh, a burn and swelling on my left-hand knuckles, and consistent ringing and pain in my right hand ear. The ear pain is the result of a number of grenades exploding within an arm's reach from my ear.

15. On Sunday, July 26, I awoke with pain in both legs, left hand, and right ear. I received an informal phone consult from a friend (licensed MD, general practitioner) who advised me to seek medical attention. I saw Dr. Yvette May Mabasa at UW Neighborhood Clinic Ravenna Urgent Care on July 26 at roughly 3:30 p.m. Dr. Mabasa documented my bruising, first degree burns on my hand, and referred me to see an audiologist at Harborview Clinic. I was prescribed silver sulfadiazine topical cream for the 1st degree burn on my left hand.

16. The Harborview Clinic was not open for scheduling on Sunday, July 26. I was able to get an appointment for Wednesday, July 29, with Dr. Holly Bridges. Dr. Bridges

KRAMER DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

149082693.1

administered a comprehensive hearing test, concluding a "moderate sensorineural hearing loss notch centered at 4kHz in the right ear" and "mild sensorineural hearing loss threshold at .5 and 4kHtz in the left ear." I was told that there was a "sudden change in hearing following noise exposure, and slight asymmetry between ears R>L." I was told that I needed a follow up assessment and care.

17. On July 31, I saw Dr. Gavriel Kohlberg (Otolaryngology). Dr. Kohlberg prescribed prednisone (60m daily x 7 days) and pepcid (for acid reflux resulting from prednisone) in the hope of repairing some range of hearing. Dr. Kohlberg informed me that there is some evidence that prednisone can repair acute hearing loss, but it is not a certainty. I began medications on Saturday, August 1.

18. As of Saturday, August 1, the pain in my right ear has continued. I am unable to sit in a room without some form of sound (fan, music) due to tinnitus and pain in my right ear. It has made schoolwork (I am currently taking an intensive Arabic language course through the University of Washington) incredible difficult and has deeply impacted my ability for continuous focus.

19. The pain in my ear makes it difficult if not impossible for me to conduct my approved research as a participant observer, at least until my ear is sufficiently healed.

20. True and correct photos taken on July 25, 2020, and on July 28, 2020, of my calf injury is attached hereto, respectively, as **Exhibits A – B**.

21. A true and correct photo taken of report by audiologist on July 29, 2020, is attached hereto as **Exhibit C**.

Executed this 3rd day of August 2020 at Seattle, Washington.

KRAMER DECL. ISO MOT. FOR CONTEMPT (No. 2:20-cv-00887-RAJ) –5

149082693.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1 | I declare under penalty of perjury under the laws of the United States and the State of
2 | Washington that the foregoing is true and correct.

By: _____
SETH KRAMER

KRAMER DECL. ISO MOT. FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –6

149082693.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C

