THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF JOHN ALAN MOORE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT |

I, John Moore, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I live in White Center, WA. I have been a resident of WA for approximately 4 years. I work as a Union organizer and am a certified emergency medical technician (EMT-B).

MOORE DECL. ISO MOTION FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –1

148464191.1

3.     I am a member of the Pink Umbrella Medics Collective.  I began providing aid to protesters after I attended a protest at Westlake Plaza the first Saturday of demonstrations, and was horrified to witness the indiscriminate and brutal violence inflicted on civilians at the hands of the Seattle Police Department (SPD).

4.     I have attended multiple protests between May 31, 2020 and July 25, 2020.

5.     On July 25, 2020, I attended to several protesters who were injured by the police.

6.     I was identified by reflective patches and the Star of Life. Other PUMC members were identified with green armbands (the international medical color) to avoid the same level of targeting we had previously experienced while wearing red crosses. Other medical collectives continued to wear red crosses and were subject to a higher intensity of retaliation. I personally saw a medic wearing red crosses struck with a baton round near the intersection of harvard and pine.

7.     I treated 2 patients with knee injuries who stated they had been struck by SPD projectiles. The nature of both patients' injuries was severe, and one later required surgery. Additionally, I witnessed numerous people being attacked by SPD with blastballs, flashbangs, baton rounds, and other less-lethal munitions. Most of the people I saw attacked with these munitions had done nothing to provoke targeting, and many were calmly walking away from the police with their hands in the air. I also witnessed my fellow medics being attacked with these munitions, including the detonation of a blastball mere inches away from their face. During one SPD "Death March" southbound on Harvard St, our PUMC medics were towards the rear of the fleeing protesters when the rearmost medics were repeatedly struck with SPD batons. During that

MOORE DECL. ISO MOTION FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –2

148464191.1

"Death March" I was personally subjected to multiple flashbangs and blast balls, with some landing and detonating within 2 feet of me.

8. I witnessed an NLG legal observer being pepper sprayed by SPD while clearly marked with bright green hats bearing the words "NATIONAL LAWYERS GUILD LEGAL OBSERVER". I heard no dispersal orders issued.  SPD aggressively and indiscriminately used munitions on fleeing crowds, to me this felt like they were seeking retribution, not dispersal.

9. I will continue to attend protests as a medic, despite the atmosphere of terror that I felt SPD inflict on demonstrators. I have suffered a desensitization to police violence and munitions, but many others were visibly shaken and I do not know if they will return to the protests without substantial protection.

Executed this 4th day of June 2020 at Seattle, Washington.

MOORE DECL. ISO MOTION FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –3

148464191.1

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____

John Alan Moore

MOORE DECL. ISO MOTION FOR
CONTEMPT (No. 2:20-cv-00887-RAJ) –4

148464191.1