

CHRISTIE : LAW GROUP <sup>PLLC</sup>

FILED (DROP BOX)
JUL 30 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

July 30, 2020

VIA MESSENGER

U.S. District Court Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

    Re:    *Black Lives Matter, et al. v. City of Seattle*
           Cause No. 2:20-cv-00887

Dear Clerk:

    Enclosed for filing please find a thumb drive that is Exhibit A to the Declaration of Robert L. Christie (Dkt. #80). I have attached copy of the Notice of Filing Physical Materials (Dkt. #85) for reference. Thank you for your assistance.

Very truly yours,

*/s/ Laura Pfeifer*

Laura Pfeifer
Legal Assistant to Robert L. Christie

Enclosure