The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | NO. 2:20-cv-00887-RAJ <br><br> ORDER RE: PUBLIC ACCESS TO REMOTE PROCEEDINGS |

The parties in this case are hereby notified that the following proceeding is eligible for video recording and public dissemination under the Judicial Conference Committee on Court Administration and Case Management Pilot Project on Cameras (see https://www.wawd.uscourts.gov/attorneys/cameras-in-the-courtroom).  The Court requests the parties' consent to recording.  Unless the Court orders otherwise, recordings of remote court proceedings will be made publicly available with an approximately five- to ten-second delay from the live proceedings.

Description of proceeding:

> Evidentiary Hearing on Plaintiffs' Motion for Order to Show Cause Why City of Seattle Should Not Be Held in Contempt For Violating the Preliminary Injunction

1     Date of scheduled proceedings:

        August 26, 2020 at 9:00 AM
        August 27. 2020 at 9:00 AM
        August 28, 2020 at 9:00 AM
        August 31, 2020 at 9:00 AM
        September 1, 2020 at 9:00 AM

    The parties are directed to complete the attached PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING, and return it to the Court no later than **August 13, 2020 by 4:00 p.m.** The parties are directed to email their responses to the Court's courtroom deputy, Victoria Ericksen, at victoria_ericksen@wawd.uscourts.gov.

    The Court may refuse, limit, or terminate the recording of portions of the proceedings, or testimony of particular witnesses, in the interests of justice; to protect the rights of the parties, and witnesses, and the dignity of the court; to assure the orderly conduct of proceedings; or for any reason considered necessary or appropriate by the Court.

    Privileged communications between the parties and their attorneys, non-public discussions between attorneys, and sidebar conversations between attorneys and the Court will not be recorded without the express permission of the Court.

    The Court shall control the recording of the proceedings. Recordings by other entities or persons, unless hired by or under the control of the Court, are not allowed.

///
///
///
///
///
///
///
///

ORDER RE: PUBLIC ACCESS
TO REMOTE PROCEEDINGS - 2

|   |   |
|---|---|
| 1 | The Court will help ensure that personal information covered by Fed. R. |
| 2 | Civ. P. 5.2 and the Judicial Conference privacy policy will not be uploaded for |
| 3 | public view, and will provide warnings to attorneys, parties, and witnesses about |
| 4 | disclosing confidential and personal information. |

DATED this 7th day of August, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | NO. 2:20-cv-00887-RAJ |

Party Response to Request for Video Recording

Describe proceeding:

> Evidentiary Hearing on Plaintiffs' Motion for Order to Show Cause Why City of Seattle Should Not Be Held in Contempt For Violating the Preliminary Injunction

Date of scheduled proceeding:   August 26-September 1, 2020

Check the appropriate box(es) below and on the next page to indicate whether you consent to the recording of some of all of this proceeding:

☐  I consent to the recording of this entire proceeding.

☐  I consent to the recording of some, but not all, of this proceeding.

Explain the specific parts of the proceeding for which you do not consent to recording, and your reasons:

| Part of Proceeding | Reason Not to Video Record |
|---|---|
| | |
| | |
| | |

☐ I consent to the recording of this proceeding.  The following witnesses have expressed a preference not to be recorded, for the reasons indicated.

Name the specific witnesses for whom you do not consent to record, and explain your reasons:

| Witness Name | Reason Not to Video Record |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

☐ I do not consent to the recording of any of this proceeding.

Explain your reasons for not consenting:

[                                                                 ]

I submit and sign this form on behalf of the party I represent and the witnesses I may call.

_____
Signature (Type an "s/" and your name)

_____
Name

_____
Position (e.g. attorney of record)

_____
Date

**TO E-MAIL FORM:** Save a copy of this form to your computer and then send it as an attachment to Victoria Ericksen, Courtroom Deputy to Judge Richard A. Jones, at victoria_ericksen@wawd.uscourts.gov.