THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF OMARI SALISBURY |

I, Omari Salisbury, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am Head of Marketing, Strategy, and Public Relations at Converge Media LLC.

3. On August 26, 2020, I recorded a 44-minute video of police-protester interactions at a vigil for Summer Taylor outside of the Washington State Patrol building. This video is posted online on my Youtube channel. SEATTLE PROTEST – AUGUST 26, 2020 – WSP HQ – HD VERSION, Converge Media (Aug. 26, 2020), https://www.youtube.com/watch?v=zkQZhlmKQbI.

SALISBURY DECL. (No. 2:20-cv-00887-RAJ) –1

Executed this 24th day of September 2020 at SEATTLE, WASHINGTON.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: _____
OMARI SALISBURY

SALISBURY DECL. (No. 2:20-cv-00887-RAJ) –2