THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>    Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF KRISTIN MOWERY |

I, Kristin Mowery, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I heard about the protests in the news in early June and how the Seattle Police were tear gassing people. On a whim, I went to a protest in early June. There was a standoff between protesters and cops, and while there I got tear gassed. Once I had the experience of witnessing police brutality that was completely pointless, I became fired up and have turned into an advocate and regular protester. Before, I hadn't realized that in the city I live in, the cops can and do brutalize people.

3. Since my first protest, I have been going to protests regularly, and about every other day for the past month. Most of the protests I have attended have been on Capitol Hill.

**September 22, 2020**

4. On September 22, 2020, I went to protest on Capitol Hill. I was protesting in favor of defunding and abolishing the Seattle Police Department (SPD). That night, the Seattle City Council had overrode the Mayor's veto and voted to cut the SPD budget by about 5%. The police were very angry and defensive that night.

5. The protesters were marching peacefully through Capitol Hill. There were police following us. Some police were on bikes, some on foot, and most of them in cars. Every now and then we would push back on the police following us if they were getting too close – we would reverse the direction of our march back toward them, and they would back up. We were trying to create space between us. There was not any physical contact between the protesters and the cops during the march.

6. A group of 20-30 of us had been marching north on 12th Avenue. There were police cars behind us and in front of us. Eventually, we headed back south toward SPD's East Precinct, on 12th Avenue and Pine Street. There were lots more police cars near the precinct.

7. As we neared the precinct, I saw that there was a female bike cop and male bike cop on foot, right at 12th and Pine intersection. We reached the intersection and kept protesting. The crowd was not violent and was not throwing things.

8. We had only been there a couple minutes when suddenly and without warning, I saw the female cop throw an explosive right into the intersection and at our group. I was somewhat incredulous and surprised. There was a person lying on the ground within the group of protesters and the explosion happened right near her. This person had not been doing anything wrong prior to the blast.

9. We continued marching east on Pike Street, with police cars still following us.

MOWERY DECL.
(No. 2:20-cv-00887-RAJ) –2

1  Executed this 28th day of September 2020 at SEATTLE, WASHINGTON.

2  I declare under penalty of perjury under the laws of the United States and the State of

3  Washington that the foregoing is true and correct.

By: *Kristin Mowery*

KRISTIN MOWERY

MOWERY DECL.
(No. 2:20-cv-00887-RAJ) –3