THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　　Defendant. | NO.  2:20-cv-00887-RAJ<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CONTEMPT<br><br>Noted on Motion Calendar: October 5, 2020 |

**ORDER**

THIS MATTER having come on regularly before this Court on Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction, all parties appearing through counsel, the Court having reviewed the pleadings and files in this matter, specifically including the following:

(1) Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction;

(2) Declarations of David A. Perez, Jasper Wensnahan, Joshua Servian, Michael Scaturo,

ORDER DENYING PLAINTIFFS' MOTION
FOR CONTEMT (2:20-cv-00887-RAJ) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Omari Salisbury, Richard Smith, Casey Martin, Melissa Schade, Emily Grace Robinson, Madison Lynn Haughie, Ashton Eby, Sean Swanson, Kristi Krein, Casey Karhu, Alexandria Wommack, Alexandra Chen, Carter Tinney, Kristin Mowery, Ames Frazier, Marilyn Flynn;

(3) Defendant City of Seattle's Response to Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction;

(4) Declarations of Ghazal Sharifi with exhibits, John Brooks with exhibits, and Captain Matt Allen;

(5) _____;

(6) _____;

and being otherwise fully advised in this matter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED for good cause shown that Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction is DENIED.

DONE IN OPEN COURT/CHAMBERS THIS ____ day of October, 2020.

_____
THE HONORABLE RICHARD A. JONES
United States District Court Judge

/ / /

/ / /

/ / /

ORDER DENYING PLAINTIFFS' MOTION
FOR CONTEMT (2:20-cv-00887-RAJ) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Presented by:

CHRISTIE LAW GROUP, PLLC

By  */s/ Robert L. Christie*
  ROBERT L. CHRISTIE, WSBA #10895
  THOMAS P. MILLER, WSBA #34473
  ANN E. TRIVETT, WSBA #39228
  MEGAN M. COLUCCIO, WSBA #44178
  Attorneys for Defendant City of Seattle
  2100 Westlake Avenue N., Suite 206
  Seattle, WA 98109
  Phone: 206-957-9669
  Email: bob@christielawgroup.com
     tom@christielawgroup.com
     ann@christielawgroup.com
     megan@christielawgroup.com

PETER S. HOLMES
Seattle City Attorney

By  */s/ Ghazal Sharifi*
  GHAZAL SHARIFI, WSBA# 47750
  CAROLYN U. BOIES, WSBA #40395
  Attorneys for Defendant City of Seattle
  Assistant City Attorneys
  Seattle City Attorney's Office
  701 Fifth Avenue, Suite 2050
  Seattle, WA 98104
  Phone: 206-684-8200
  E-mail:  Ghazal.Sharifi@seattle.gov
       Carolyn.Boies@seattle.gov

ORDER DENYING PLAINTIFFS' MOTION
FOR CONTEMT (2:20-cv-00887-RAJ) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669