THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING
COUNTY, ABIE EKENEZAR, SHARON
SAKAMOTO, MURACO KYASHNA-
TOCHA, ALEXANDER WOLDEAB,
NATHALIE GRAHAM, and ALEXANDRA
CHEN,

                          Plaintiffs,

v.

CITY OF SEATTLE,

                          Defendant.

NO.  2:20-cv-00887

NOTICE OF FILING PHYSICAL
MATERIALS WITH THE CLERK

Exhibits A, B and C to the Declaration of John Brooks in support of The City of Seattle's Response to Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction is being filed in physical form with the Clerk's Office for the Western District of Washington.  Exhibits A, B and C to the Declaration of John Brooks are video files in .mp4 format, which cannot be filed electronically via the CM/ECF system.  The CD with the video files will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

NOTICE OF FILING PHYSICAL
MATERIALS (2:20-CV-00887) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

DATED this 2nd day of October, 2020.

CHRISTIE LAW GROUP, PLLC


By _____/s/ Robert L. Christie_____
    ROBERT L. CHRISTIE, WSBA #10895
    THOMAS P. MILLER, WSBA #34473
    ANN E. TRIVETT, WSBA #39228
    MEGAN M. COLUCCIO, WSBA #44178
    Attorneys for Defendant City of Seattle
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Phone: 206-957-9669
    Email: bob@christielawgroup.com
          tom@christielawgroup.com
          ann@christielawgroup.com
          megan@christielawgroup.com