THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>      Defendant. | NO. 2:20-cv-00887<br><br>JOINT SUBMISSION REGARDING SCOPE AND SCHEDULING RELATED TO COURT'S CONSIDERATION OF PLAINTIFFS' MOTION FOR CONTEMPT (ECF 114) |

Pursuant to the status conference held with the Court on October 14, 2020, and the Court's MINUTE ENTRY issued the same date, the parties have met and conferred on the proposed scope and schedule for the Court's consideration of plaintiffs' Motion for Contempt filed at ECF 114. The parties provide this Joint Submission in anticipation of the STATUS HEARING set for October 20, 2020, at 10:00 am via Zoom videoconference.

JOINT SUBMISSION RE. MOTION FOR
CONTEMPT PROCEEDINGS - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  The parties agree that the Court can consider the Motion for Contempt based entirely on
2  the written submissions and without any live testimony.  The parties do request an opportunity to
3  present oral argument.

4  The parties propose the following with respect to the scope and schedule of the parties'
5  submissions:

6  1.  The scope of evidence for the Court to consider in support of Plaintiffs' Motion for
7      Contempt (ECF 114) consists of the following previously filed declarations:
8          a.  Declaration of David Perez (ECF 115)
9          b.  Declaration of Jasper Wensnaham (ECF 116)
10         c.  Declaration of Joshua Servian (ECF 117)
11         d.  Declaration of Michael Scaturo (ECF 118)
12         e.  Declaration of Omari Salisbury (ECF 119)
13         f.  Declaration of Richard Smith (ECF 120)
14         g.  Declaration of Casey Martin (ECF 121)
15         h.  Declaration of Melissa Schade (ECF 122)
16         i.  Declaration of Emily Grace Robinson (ECF 123)
17         j.  Declaration of Madison Lynn Haughie (ECF 124)
18         k.  Declaration of Ashton Eby (ECF 125)
19         l.  Declaration of Sean Swanson (ECF 126)
20         m.  Declaration of Kristi Krein (ECF 127)
21         n.  Declaration of Casey Karhu (ECF 128)

JOINT SUBMISSION RE. MOTION FOR
CONTEMPT PROCEEDINGS - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

      o. Declaration of Alexandria Wommack (ECF 129)

      p. Declaration of Alexandra Chen (ECF 130)

      q. Declaration of Carter Tinney (ECF 131)

      r. Declaration of Kristin Mowery (ECF 132)

      s. Declaration of Ames Frazier (ECF 133)

      t. Declaration of Marilyn Flynn (ECF 134)

      u. The video clips and other evidence referenced in these materials and in the motion.

2. Defendant will file its Response to plaintiffs' Motion along with all supporting declarations and video/photographic evidence by November 2, 2020, unless the Court extends this deadline to November 9, 2020, as defendant requested in the October 14, 2020, hearing. Plaintiffs oppose any extension beyond November 2, 2020.

    a. With regard to any video that is only a partial recording that Defendant submits to the Court,

        i. Defendants propose to provide to Plaintiffs an extended clip that includes 30 seconds before and after the section submitted.

        ii. Plaintiffs propose that Defendants provide the entirety of any such video recording.

    b. In addition,

        i. Plaintiffs propose that Defendants provide to Plaintiffs any other relevant video evidence Defendant discovers in its review of videos

JOINT SUBMISSION RE. MOTION FOR
CONTEMPT PROCEEDINGS - 3

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

even if it chooses not to include this video evidence in its submission to the Court.  Plaintiffs contend this approach will not impose any additional burden on Defendant and is consistent with Defendant's representations to the Court in connection with Plaintiffs' first contempt motion.

      ii. Defendants oppose this since its Response will be focused on the specific events and allegations in Plaintiffs' motion.  The broad discovery standard of "relevance" should not be applied to this narrow and focused motion.

  c. Defendant agrees that these supplemental videos will be submitted to Plaintiffs contemporaneously with Defendant's submission to the Court.  Consistent with LCR 5(g) Defendant will arrange to meet and confer with Plaintiffs should it believe that any response materials should be filed under seal.

3. Plaintiffs will have 7 calendar days after receiving Defendant's Response in which to file any Reply brief and rebuttal evidence.

4. Defendant will have 7 calendar days after receiving plaintiffs' Reply in which to file any Surreply brief and evidence strictly limited to addressing only declarations from new individuals or other new evidence filed as part of the Reply.

5. The parties agree to a bifurcated proceeding, where the first step for consideration in the present Motion is whether or not the City has violated this Court's Stipulated Order Entering A Preliminary Injunction (ECF 42) or its Order Granting Stipulated

JOINT SUBMISSION RE. MOTION FOR
CONTEMPT PROCEEDINGS - 4

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Clarification Of Preliminary Injunction (ECF 110). The outcome of this first step will determine whether and how the Court will address any issue of sanctions.

DATED this 19th day of October, 2020.

CHRISTIE LAW GROUP, PLLC

By */s/ Robert L. Christie*
By */s/ Thomas P. Miller*
By */s/ Ann E. Trivett*
By */s/ Megan M. Coluccio*
   ROBERT L. CHRISTIE, WSBA #10895
   THOMAS P. MILLER, WSBA #34473
   ANN E. TRIVETT, WSBA #39228
   MEGAN M. COLUCCIO, WSBA #44178
   Attorneys for Defendant City of Seattle
   2100 Westlake Avenue N., Suite 206
   Seattle, WA 98109
   Phone: 206-957-9669
   Email: bob@christielawgroup.com
         tom@christielawgroup.com
         ann@christielawgroup.com
         megan@christielawgroup.com

PETER S. HOLMES
Seattle City Attorney

By */s/ Ghazal Sharifi*
By */s/ Carolyn U. Boies*
   GHAZAL SHARIFI, WSBA# 47750
   CAROLYN U. BOIES, WSBA #40395
   Attorneys for Defendant City of Seattle
   Assistant City Attorneys
   Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
   Seattle, WA 98104
   Phone: 206-684-8200
   E-mail: Ghazal.Sharifi@seattle.gov
          Carolyn.Boies@seattle.gov

| | |
|---|---|
| 1 | By: s/ David A. Perez |
| | By: s/ Carolyn S. Gilbert |
| 2 | By: s/ Rachel Haney |
| | By: s/ Nitika Arora |
| 3 | By: s/ Heath Hyatt |
| | By: s/ Paige L. Whidbee |
| 4 | David A. Perez #43959 |
| | Carolyn S. Gilbert #51285 |
| 5 | Rachel Haney #52637 |
| | Nitika Arora #54084 |
| 6 | Heath Hyatt #54141 |
| | Paige L. Whidbee # 55072 |

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DPerez@perkinscoie.com
CarolynGilbert@perkinscoie.com
RHaney@perkinscoie.com
NArora@perkinscoie.com
HHyatt@perkinscoie.com
PWhidbee@perkinscoie.com

By: s/ Molly Tack-Hooper
By: s/ Nancy L. Talner
By: s/ Lisa Nowlin
By: s/ Breanne Schuster
By: s/ John Midgley
Molly Tack-Hooper, #56356
Nancy L. Talner #11196
Lisa Nowlin #51512
Breanne Schuster #49993
John Midgley #6511

**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184

JOINT SUBMISSION RE. MOTION FOR
CONTEMPT PROCEEDINGS - 6

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Email: mtackhooper@aclu-wa.org
talner@aclu-wa.org
lnowlin@aclu-wa.org
bschuster@aclu-wa.org
jmidgley@aclu-wa.org

By: s/ Robert S. Chang
By: s/ Melissa Lee
By: s/ Jessica Levin
Robert S. Chang, #44083
Melissa Lee #38808
Jessica Levin #40837

**Fred T. Korematsu Center for Law and Equality**
Ronald A. Peterson Law Clinic
Seattle University School of Law
1112 E. Columbia Street
Seattle, WA 98122
Telephone: 206.398.4025
Fax: 206.398.4077
Email: changro@seattleu.edu

*Attorneys for Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-tochá, Alexander Woldeab, Nathalie Graham, and Alexandra Chen*

JOINT SUBMISSION RE. MOTION FOR
CONTEMPT PROCEEDINGS - 7

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669