THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

NO. 2:20-cv-00887

DECLARATION OF ROBERT L. CHRISTIE

I, ROBERT L. CHRISTIE, hereby declare as follows:

1. I am over the age of eighteen years and am a citizen of the United States. I have personal knowledge of the facts set forth herein and am competent to testify to them at trial.

2. I am one of the attorneys of record for defendant in this matter.

3. I personally compiled body worn video (BWV) footage recorded by Seattle police officers during the demonstrations on August 26, September 7, and September 23, 2020. I uploaded this BWV footage, along with videos captured from Twitter and portions of the surveillance video

DECLARATION OF
ROBERT L. CHRISTIE (2:20-CV-00887) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

from the Seattle Police Officer Guild (SPOG) building taken on September 7, 2020, into the application iMovie. I then created three separate videos to illustrate the demonstration events each day for the Court. Aside from editing these selected video clips, I did not alter or change the videos in any way. I did create some screen captures, which I then inserted into the video compilations, in order to highlight certain events. I also added title screens and text to help explain the information contained in the compiled videos. All the Twitter videos found in these compilations were previously identified by plaintiffs in their moving brief and supporting materials, with the exception of one video, identified below as Exhibit F.

4. **Exhibit A** is submitted on a flash drive and is a true and correct copy of the video I compiled with respect to the August 26, 2020 demonstration. There are two versions of the same video submitted to the Court. One is in .mov format for a QuickTime player and is a larger file size. The other version is in .mp4 format and is a smaller file size.

5. **Exhibit B** is submitted on a flash drive and is a true and correct copy of the video I compiled with respect to the September 7, 2020 demonstration. There are two versions of the same video submitted to the Court. One is in .mov format for a QuickTime player and is a larger file size. The other version is in .mp4 format and is a smaller file size.

6. **Exhibit C** is submitted on a flash drive and is a true and correct copy of the video I compiled with respect to the September 23, 2020 demonstration. There are two versions of the same video submitted to the Court. One is in .mov format for a QuickTime player and is a larger file size. The other version is in .mp4 format and is a smaller file size.

7. Attached hereto as **Exhibit D** is an index organized by date and time stamp for the

DECLARATION OF
ROBERT L. CHRISTIE (2:20-CV-00887) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Court's convenience in locating and viewing video footage contained in Exhibits A through C.

8. Attached hereto as **Exhibit E** for the Court's convenience is a chart identifying Blue Team reports and some of the video footage relevant to specific topics or events.

9. **Exhibit F** is submitted on a flash drive and is a true and correct copy of a video I downloaded from Twitter that shows a suspect hitting an Seattle police officer in the head with a bat. I downloaded the video from the following link:

https://twitter.com/stillgray/status/1309064626756345860?lang=en.

10. Attached hereto as **Exhibit G** is a true and correct copy of the Information (with redactions) filed in King County Superior Court Cause Nos. 20-C-07403-5 SEA. This Information includes the Prosecuting Attorney Case Summary and Request for Bail and/or Conditions of Release and the Certification for Determination of Probable Cause. This case relates to the Assault in the First Degree charge filed against the suspect accused of striking Officer Jimenez in the head with a metal baseball bat on September 23, 2020.

11. The following link will take the Court to the SPD Blotter associated with the arrests that occurred during the September 7, 2020 demonstration, including a photograph of a box of intact Molotov cocktails found outside the SPOG building during that time:

https://spdblotter.seattle.gov/2020/09/07/22-individuals-arrested-during-labor-day-demonstration/

A true and correct copy of the SPD Blotter is also attached hereto as **Exhibit H**.

12. Attached hereto as **Exhibit I** is a true and correct copy of the Declaration of David Puente filed on July 29, 2020 in the instant case, ECF dkt. #84.

13. Attached hereto as **Exhibit J** is a true and correct copy of the Declaration of Ghazal

DECLARATION OF
ROBERT L. CHRISTIE (2:20-CV-00887) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Sharifi filed on October 2, 2020 in the instant case, ECF dkt. #136 and exhibits thereto, ECF dkt. #136-1.

14. Attached hereto as **Exhibit K** is a true and correct copy of the Declaration of Captain Matt Allen filed on October 2, 2020 in the instant case, ECF dkt. #139.

15. Attached hereto as **Exhibit L** is a true and correct copy of the Declaration of Bryan Grenon in Support of City's Response to Plaintiffs' Motion for Preliminary Injunction filed on October 19, 2020 in *Benton, et al. v. City of Seattle*, United States District Court Western District of Washington Cause No. 2:20-CV-01174-RAJ, ECF dkt. #46.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

SIGNED in Seattle, Washington, this 2nd day of November, 2020.

                     */s/ Robert L. Christie*
                     ROBERT L. CHRISTIE

DECLARATION OF
ROBERT L. CHRISTIE (2:20-CV-00887) - 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669