THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

NO. 2:20-cv-00887

SECOND DECLARATION OF CAPTAIN MATTHEW ALLEN IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CITY OF SEATTLE SHOULD NOT BE HELD IN CONTEMPT

NOTE ON MOTION CALENDAR:
November 18, 2020

ORAL ARGUMENT REQUESTED

I, Matthew Allen, being familiar with the facts set forth herein based on my personal knowledge and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years old and I am a citizen of the United States. I have personal knowledge of the facts set forth herein and am competent to testify to them at trial.

SECOND DECLARATION OF CAPTAIN MATTHEW ALLEN IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CITY OF SEATTLE SHOULD NOT BE HELD IN CONTEMPT - 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

2. I am a Captain with the Seattle Police Department West Precinct. I began my career with the Seattle Police Department ("SPD") in 1991. During my time with SPD, I have held various positions with the Department, including working Patrol Operations at the North, East and South Precincts, SWAT, and most recently, the Crisis Intervention Team Commander. I have extensive experience working across the Department and with the local, state and federal law enforcement and other officials on various complex projects and contributed to changes in SPD's Crisis Intervention policy.

3. Attached as **Exhibit A** is a true and correct copy of the first four pages of the Sept 23, 2020 incident action plan discussing the situation, mission, concept of operation, commander's intent, logistics, and incident objectives. The remaining pages are excluded, as they contain tactical information, tactical staffing, contact information, and communication channels. The categories are contained in the check-listed "attachments" identified at the bottom of p. 4 of the document. To the extent the Court requires the entire document for review, it can be filed under seal.

4. Attached as **Exhibit B** is a true and correct copy of the roll call power point presentation from September 23, 2020. The communications channel is redacted to protect confidential tactical information.

I declare on penalty of perjury under the laws of the State of Washington that the foregoing statements of fact and of my opinions are true and correct to the best of my knowledge.

DATED this 2nd day of November, 2020, at Seattle, King County, Washington.

_____
CAPTAIN MATTHEW ALLEN #5648

SECOND DECLARATION OF CAPTAIN MATTHEW ALLEN IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CITY OF SEATTLE SHOULD NOT BE HELD IN CONTEMPT - 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200