

CHRISTIE : LAW GROUP PLLC



FILED (DROP BOX)

NOV 03 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

November 3, 2020

<u>VIA MESSENGER</u>

U.S. District Court Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

    Re:    *Black Lives Matter, et al. v. City of Seattle*
           Cause No. 2:20-cv-00887

Dear Clerk:

    Enclosed for filing please find a thumb drive containing Exhibits A, B and C to the Declaration of Robert L. Christie. These three video files are the same as the videos submitted via messenger yesterday, however, the versions enclosed are in .mov format and higher resolution. The thumb drive provided yesterday contained the same videos, but in .mp4 format.

    Please maintain the enclosed thumb drive in the clerk's file in addition to the version submitted yesterday, as that thumb drive contained additional exhibits.

    Attached for reference is a copy of the Notice of Filing Physical Materials, Dkt. 14.

    Also enclosed are three additional copies of the thumb drive for Judge Richard A. Jones. Please provide these three copies to his chambers.

    Thank you for your assistance.

Very truly yours,

*/s/ Laura Pfeifer*

Laura Pfeifer
Legal Assistant to Robert L. Christie

Enclosures