

CHRISTIE : LAW GROUP PLLC



RECEIVED (DROP BOX)

November 6, 2020

NOV 06 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

**VIA MESSENGER**

U.S. District Court Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

  Re: *Black Lives Matter, et al. v. City of Seattle*
    Cause No. 2:20-cv-00887

Dear Clerk:

  We received the attached email from ECF Quality Assurance notifying us that the thumb drive submitted with the Notice of Filing Physical Materials (Dkt. #85) contained additional files that should have been erased from the drive.

  Enclosed is a new copy of the thumb drive, which only contains the one PowerPoint file. This PowerPoint is Exhibit A to the Declaration of Robert L. Christie (Dkt. #80). A copy of the Notice of Filing Physical Materials (Dkt. #85) is attached for reference. Thank you for your assistance.

Very truly yours,

/s/ Laura Pfeifer

Laura Pfeifer
Legal Assistant to Robert L. Christie

Enclosure

**From:** ECF_QualityAssurance <ECF_QualityAssurance@wawd.uscourts.gov>
**Date:** Thursday, November 5, 2020 at 2:11 PM
**To:** Robert Leslie Christie <bob@christielawgroup.com>, Ann E Trivett <ann@christielawgroup.com>, Carolyn U Boies <carolyn.boies@seattle.gov>, Ghazal Sharifi <Ghazal.Sharifi@seattle.gov>, "Megan M. Coluccio" <megan@christielawgroup.com>, Thomas Miller <tom@christielawgroup.com>
**Subject:** Electronic Filing in Case No. 2:20-cv-00887-RAJ Dkt. # 85

This email was generated by the CM/ECF Quality Control system. Please DO NOT RESPOND to this email because the mail box is unattended.

We have received this thumb drive, however there are extra files on it that are not related to the matter at hand. Please submit a new thumb drive with only the appropriate documents on it.

Michael Williams
Case Administrator
United States District Court, Western District of Washington

If this is in reference to a new case and you have questions/concerns with regard to this email, contact the Attorney Case Opening Help Desk at (206) 370-8787 or (866) 323-9293 and choose option 1; otherwise, contact the Case Administrators at (206) 370-8450 for Seattle cases or (253) 882-3802 for Tacoma cases.

If you have questions about any future filings or would like to register for CM/ECF training, please contact the CM/ECF Help Desk at (206) 370-8440 or (866) 323-9293 and choose option 2.

Exhibit A is a PPT file
on a thumb drive

# EXHIBIT A

CHRISTIE : LAW GROUP PLLC

# Exhibit A

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,

    Plaintiffs,

v.

CITY OF SEATTLE,

    Defendant.

NO. 2:20-cv-00887

NOTICE OF FILING PHYSICAL MATERIALS WITH THE CLERK

Exhibit A to the Declaration of Robert L. Christie in support of The City of Seattle's Response to Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction is being filed in physical form with the Clerk's Office for the Western District of Washington. Exhibit A to the Declaration of Robert L. Christie is a PowerPoint presentation file, which cannot be filed electronically via the CM/ECF system. A thumb drive with the PowerPoint presentation will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

NOTICE OF FILING PHYSICAL
MATERIALS (2:20-CV-00887) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

DATED this 29th day of July, 2020.

CHRISTIE LAW GROUP, PLLC

By    */s/ Robert L. Christie*
    ROBERT L. CHRISTIE, WSBA #10895
    THOMAS P. MILLER, WSBA #34473
    ANN E. TRIVETT, WSBA #39228
    MEGAN M. COLUCCIO, WSBA #44178
    Attorneys for Defendant City of Seattle
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Phone: 206-957-9669
    Email: bob@christielawgroup.com
           tom@christielawgroup.com
           ann@christielawgroup.com
           megan@christielawgroup.com

NOTICE OF FILING PHYSICAL
MATERIALS (2:20-CV-00887) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669



UNITED STATES DISTRICT COURT
Western District of Washington
Office of the Clerk
700 Stewart Street, Suite 2310
Seattle, Washington 98101
(206) 370-8400

**William M. McCool**
District Court Executive
Clerk of Court

**Eric Smits**
Chief Deputy Clerk

# TRANSACTION FORM
*(include form before placing items in drop box)*

Date: 11/6/20

Name: Christie Kww

Case# (if known): 2:20 CV 00887

Email Address: _____

Phone#: 206 957 9669

Address: *(optional)* _____

**FILED (DROP BOX)**
NOV 06 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## Reason for Transaction:

☐ Working copies for court

☒ Original documents to be filed

☐ New case original documents

☐ Payment for restitution, filing fees, etc.
**The court accepts money orders; personal checks or cashier checks which must be made out to USDC. **NO CASH**.

☐ Other: _____

_____

_____

*FILED*
Western District of Washington
at Seattle
NOV 06 2020
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT