THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-CV-00887-RAJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS<br><br>NOTE ON MOTION CALENDAR: December 25, 2020 |

This matter comes before the Court on Plaintiffs' Motion for Contempt Sanctions, pursuant to the Court's Order on December 7, 2020. ECF 161.

The Court, having thoroughly considered Plaintiffs' motion, Defendant City of Seattle's (the "City") opposition, the applicable law, the relevant portions of the record, and the arguments of counsel, hereby GRANTS Plaintiffs' Motion for Contempt Sanctions and further ORDERS that:

ORDER – 1

150425560.2

1. The City shall distribute the Court's December 7, 2020 Order to all Seattle Police Department officers and provide proof to the Court no later than two weeks from the date of entry of this Order that the distribution was accompanied by clear instructions about what conduct is prohibited, that any future occurrence will trigger negative consequences, and what those negative consequences might entail.

2. For the duration of the Preliminary Injunction, the City shall submit a Use of Force Report to Plaintiffs and provide relevant body worn video within five days each time the Seattle Police Department deploys less-lethal weapons against protesters. Each Use of Force Report will include: who deployed the less-lethal weapon, when the deployment occurred, how many less-lethal weapons were deployed, and an explanation by reference to the terms of the Court's Orders about why the less-lethal weapon was used. The body worn video shall include, at a minimum, the 90 seconds preceding and succeeding the deployment of each less-lethal weapon. The City shall confer with Plaintiffs about providing documentary evidence beyond these requirements in specific cases where more information is appropriate.

3. The City shall pay Plaintiffs' attorneys' fees, pursuant to a petition for fees that Plaintiffs will file separately.

IT IS SO ORDERED by the Court this _____ day of _____, 2020.

_____
HONORABLE RICHARD A. JONES
United States District Judge

ORDER – 2

150425560.2