THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-CV-00887-RAJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' PETITION FOR ATTORNEYS' FEES<br><br>NOTE ON MOTION CALENDAR:<br>December 25, 2020 |

This matter comes before the Court on Plaintiffs' Petition for Attorneys' Fees, pursuant to the Court's December 15, 2020, instruction to Plaintiffs.

The Court, having thoroughly considered Plaintiffs' petition, Defendant City of Seattle's (the "City") opposition, the applicable law, and the relevant portions of the record, hereby GRANTS Plaintiffs' Petition for Attorneys' Fees and further ORDERS that:

1. The hourly rates charged by Plaintiffs' attorneys are reasonable;

2. The hours incurred by Plaintiffs' attorneys are reasonable;

ORDER ON PETITION FOR
ATTORNEYS' FEES – 1

150541608.1

3. Plaintiffs are entitled to $263,708.50 in reasonable attorneys' fees, to be paid by Defendant City of Seattle within 30 days of the Court's order.

IT IS SO ORDERED by the Court this _____ day of _____, 2020.

_____
HONORABLE RICHARD A. JONES
United States District Judge

ORDER ON PETITION FOR
ATTORNEYS' FEES – 2

150541608.1