THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-887<br><br>DECLARATION OF DAVID A. PEREZ IN SUPPORT OF PLAINTIFFS' PETITION FOR ATTORNEYS' FEES |

I, David A. Perez, declare and state as follows:

1.      The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.      I am a partner at Perkins Coie LLP, and I serve as lead counsel for Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-Tocha, Alexander Woldeab, and Alexandra Chen in the above-entitled action. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order.

3.      I graduated from Yale Law School in 2010.  I clerked on the Ninth Circuit Court of Appeals from 2010-2011 and joined Perkins Coie in 2012.  I have been admitted to practice in Washington and am an active member in good standing of the Washington Bar Association.  I

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

150513422.1

have been admitted to practice in the Supreme Court of the United States; the U.S. Court of Appeals for the First, Fourth, Ninth, and Eleventh Circuits; and the U.S. District Court for the Eastern and Western Districts of Washington.  I have also been admitted *pro hac vice* in various other jurisdictions.

4.      I became a Partner at Perkins Coie in 2019.  My practice at the firm has centered on trial and appellate litigation, particularly disputes involving constitutional law and civil rights, in federal and state courts across the country.  I have a strong record of pro bono civil rights representation and currently chair the firm's Seattle Pro Bono Committee.  During the time period for which we seek to recover our fees and costs, my hourly rate was $785 per hour.

5.      Additionally, the diverse and talented Perkins Coie attorneys who handled this matter (i.e., the contempt motion) under my direct supervision include Carolyn Gilbert, Rachel Haney, Nitika Arora, Rachel Dallal, Paige Whidbee, Malori McGill, Delaney Butler, and Caitlin Hoeberlein. Attached as **Exhibit A** is a true and correct copy of Perkins Coie time entries which Plaintiffs' seek to recover, including the attorney or paralegal who recorded the time, a description of the work performed and the time spent.

6.      Carolyn Gilbert is an associate who graduated from UC Berkeley School of Law in 2016 and earned a B.A. from the University of Washington, *cum laude* and Phi Beta Kappa in 2012. Attached as **Exhibit B** is a true and correct copy of her biography from Perkins Coie's website. During the time period for which we seek to recover our fees and costs, Ms. Gilbert's hourly rate was $555 per hour.

7.      Rachel Haney is an associate who graduated from Stanford Law School in 2017 and earned a B.A. with honors from Pitzer College in 2011.  Attached as **Exhibit C** is a true and correct copy of her biography from Perkins Coie's website.  During the time period for which we seek to recover our fees and costs, Ms. Haney's hourly rate was $500 per hour.

8.      Nitika Arora is an associate who graduated from the University of Washington School of Law, Order of the Barristers, in 2018 and earned a B.A. from Middlebury college, *cum*

D. PEREZ DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

150513422.1

1   *laude* in 2015.  Attached as **Exhibit D** is a true and correct copy of her biography from Perkins

2   Coie's website.  During the time period for which we seek to recover our fees and costs, Ms. Arora's

3   hourly rate was $455 per hour.

4           9.      Rachel Dallal is an associate who graduated from UC Berkeley School of Law in

5   2019, and earned a B.A. from Reed College, Phi Beta Kappa in 2014.  Attached as **Exhibit E** is a

6   true and correct copy of her biography from Perkins Coie's website.  During the time period for

7   which we seek to recover our fees and costs, Ms. Dallal's hourly rate was $410 per hour.

8           10.     Paige Whidbee is an associate who graduated from Stanford Law School in 2018, and

9   earned a B.A. from Williams College, *magna cum laude* and Phi Beta Kappa.  Attached as **Exhibit F**

10  is a true and correct copy of her biography from Perkins Coie's website.  During the time period for

11  which we seek to recover our fees and costs, Ms. Whidbee's hourly rate was $410 per hour.

12          11.     Malori McGill is an associate who graduated from the University of Washington

13  School of Law, Order of the Coif in 2020, and earned her B.B.A. from Gonzaga University, *magna*

14  *cum laude* in 2014.  Attached as **Exhibit G** is a true and correct copy of her biography from Perkins

15  Coie's website.  During the time period for which we seek to recover our fees and costs, Ms.

16  McGill's hourly rate was $435 per hour.

17          12.     Delaney Butler is an associate who graduated from the University of Pennsylvania

18  Law School, *cum laude* in 2020, and earned a B.S. from the University of Oregon, *magna cum laude*

19  in 2014.  Attached as **Exhibit H** is a true and correct copy of his biography from Perkins Coie's

20  website.  During the time period for which we seek to recover our fees and costs, Mr. Butler's hourly

21  rate was $435 per hour.

22          13.     Caitlin Hoeberlein is an associate who graduated from Harvard Law School in 2020,

23  and earned her B.A. from Columbia University, *cum laude* in 2013.  Attached as **Exhibit I** is a true

24  and correct copy of her biography from Perkins Coie's website.  During the time period for which we

25  seek to recover our fees and costs, Ms. Hoeberlein's hourly rate was $270 per hour.

26

D. PEREZ DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –3

150513422.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14.     Perkins Coie's role in this litigation effort included conducting legal research, reviewing documents and video evidence, drafting and reviewing pleadings, interviewing protesters and drafting declarations, participating in litigation strategy decisions, and preparing co-counsel on the hearing on Plaintiffs' motion for contempt.

15.     We have each recorded our time contemporaneously for this matter.  Although Perkins Coie handled this matter on a *pro bono* basis, each timekeeper recorded his or her time in the same manner as if they were billing a paying client.  Perkins Coie policy requires each attorney and paralegal to enter and release their time daily.  Perkins Coie's policy further requires the billing attorney on each matter to review bills to ensure their accuracy.  I was the billing attorney for this case, and I personally reviewed each time detail to ensure accuracy and appropriateness.  The hours spent by Perkins Coie attorneys and paralegals on this matter were recorded in this manner and accurately reflect the work performed.

16.     I have reviewed all entries billed by Perkins Coie at issue in this Petition.  In reviewing each time entry, I excluded any work not performed in support of Plaintiffs' Motion for Contempt as well as administrative costs associated with legal research.  I also excluded time entries related to Plaintiffs' Motion for Contempt billed by attorneys at the Firm who did not directly contribute to drafting the Motion, reviewing evidence, or performing other work essential to this Motion.  Finally, we cross checked our time entries where numerous attorneys billed to the same event, such as a conference call, and reduced to the lowest billed amount.

17.     While staffing the team and assigning work, I was conscientious of assigning work to associates.  To that end, I assigned much of the drafting and case coordination work to two mid-level associates, Ms. Gilbert and Ms. Haney who further distributed appropriate assignments to junior associates.  This further reduced the Firm's attorneys' fees.

18.     A true and correct copy of expenses in the amount of $136,843.50 incurred by Perkins Coie in litigating this particular motion are attached as **Exhibit A** to this declaration.  Based

D. PEREZ DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –4

150513422.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    on my experience, I believe that these costs were reasonable and necessary for the tremendous, time

2    sensitive litigation effort that this motion required.

3        19.    It is Perkins Coie's policy that all attorneys' fees recovered net of its out-of-

4    pocket expenses in pro bono cases be donated to non-profit providers and/or used for other Firm

5    pro bono cases.  In other words, we do not profit from a fees award in a pro bono matter; instead,

6    we use the fees recovered to fund additional pro bono matters.

7

8        Executed this 17th day of December 2020 at Seattle, Washington.

9        I declare under penalty of perjury under the laws of the United States and the State of

10   Washington that the foregoing is true and correct.

11

12                                                        By:   *s/ David Perez*

13                                                        DAVID A. PEREZ

14

15

16

17

18

19

20

21

22

23

24

25

26

D. PEREZ DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –5

150513422.1

# Exhibit A

| Tkpr Name | Date | Base Hrs | Base Amt | Base Rate | Narrative |
|---|---|---|---|---|---|
| Dallal, Rachel | 8/27/2020 | 1 | 410 | 410 | Review communications regarding conflict between police and protesters on the night of August 26; review footage regarding same; communications with team regarding same; |
| Gilbert, Carolyn S. | 8/27/2020 | 1.4 | 777 | 555 | Review media footage of August 26 protests and police response thereto; draft letter to the City regarding the same; |
| Haney, Rachel A. | 8/27/2020 | 1.5 | 750 | 500 | Draft K. Krein declaration; |
| Perez, David A. | 8/27/2020 | 0.8 | 628 | 785 | Confer with team re potential violations of the Court order; |
| Robinson, Kiyomi R. | 8/27/2020 | 0.8 | 236 | 295 | Review livestream video of protests with evidence of police use of force; |
| Dallal, Rachel | 8/28/2020 | 1.2 | 492 | 410 | Review draft letter to city attorneys regarding same; review communication from J. Beckerman regarding testimony on July 25 protests; join team call regarding next steps in light of events of August 26; |
| Gilbert, Carolyn S. | 8/28/2020 | 1.4 | 777 | 555 | Confer with co-counsel regarding strategy in response to August 26 actions; follow up regarding the same; review media coverage of the same; |
| Haney, Rachel A. | 8/28/2020 | 0.2 | 100 | 500 | Attention to reports of S. Taylor vigil; |
| Perez, David A. | 8/28/2020 | 1.1 | 863.5 | 785 | Confer with co-counsel re recent incidents; revise letter to City; |
| Haney, Rachel A. | 8/29/2020 | 0.2 | 100 | 500 | Review strategy regarding vigil response; |
| Dallal, Rachel | 8/31/2020 | 0.5 | 205 | 410 | Contact potential deponent regarding availability for interview; begin drafting declaration for medic who assisted protesters at July 25 protests; |
| Haney, Rachel A. | 8/31/2020 | 0.3 | 150 | 500 | Correspond with M. Flynn regarding interview scheduling; |
| Haney, Rachel A. | 9/1/2020 | 0.6 | 300 | 500 | Correspond with M. Flynn regarding vigil; interview M. Flynn regarding same; |

| Dallal, Rachel | 9/4/2020 | 0.6 | 246 | 410 | Review City's letter regarding August 26, 2020 events; review team communications regarding same; |
|---|---|---|---|---|---|
| Haney, Rachel A. | 9/4/2020 | 1.7 | 850 | 500 | Summarize M. Flynn interview in response to City's letter regarding S. Taylor vigil; |
| Haney, Rachel A. | 9/7/2020 | 1.70 | 50 | 500 | Attention to media regarding labor day protests; |
| Dallal, Rachel | 9/8/2020 | 0.9 | 369 | 410 | Review communication from C. Gilbert regarding action items; review witness statement tracker spreadsheet; review communications about the president of SPOG doxxing journalist on Twitter; review C. Gilbert's draft letter to the City; |
| Gilbert, Carolyn S. | 9/8/2020 | 3.4 | 1887 | 555 | Confer with co-counsel; follow up regarding the same; draft letter to the City; |
| Haney, Rachel A. | 9/8/2020 | 1.8 | 900 | 500 | Attend telephone conference to discuss S. Taylor vigil response; review letter to City regarding same; revise K. Krein declaration; |
| Perez, David A. | 9/8/2020 | 0.6 | 863.5 | 785 | Telephone conference with co-counsel to discuss SPD's use of force; revise letter to City re LLW; |
| Robinson, Kiyomi R. | 9/8/2020 | 1.1 | 324.5 | 295 | Review social media link for potential exhibit and attorney review; review and respond to email correspondence related to preservation of same for court filing; |
| Dallal, Rachel | 9/9/2020 | 1.1 | 164 | 410 | Review team communications regarding police posting the press badge of a journalist covering the protests; review communications regarding strategy to address continued violations of the order; communications with associate team regarding new witness leads; |
| Gilbert, Carolyn S. | 9/9/2020 | 0.4 | 499.5 | 555 | Prepare and send letter to the City; |
| Haney, Rachel A. | 9/9/2020 | 0.9 | 100 | 500 | Review accounts of labor day protests; |

| | | | | | |
|---|---|---|---|---|---|
| Robinson, Kiyomi R. | 9/9/2020 | 1.10 | 324.5 | 295 | Review social media link for potential exhibit and attorney review; review and respond to email correspondence related to preservation of same for court filing; |
| Arora, Nitika | 9/10/2020 | 0.50 | 227.5 | 455 | Coordinate witness interviews; |
| Haney, Rachel A. | 9/10/2020 | 0.40 | 200 | 500 | Review strategies regarding Labor Day protest follow up with City; |
| Arora, Nitika | 9/11/2020 | 1.80 | 819 | 455 | Analyze City's letter; coordinate interviews; attend case team meeting regarding strategy, next steps, and assignments; |
| Dallal, Rachel | 9/11/2020 | 2.00 | 820 | 410 | Review letter from City; review team communications regarding same; review draft witness declarations; join team strategy conference; |
| Gilbert, Carolyn S. | 9/11/2020 | 0.20 | 111 | 555 | Review letter from the City regarding September 7 force; |
| Haney, Rachel A. | 9/11/2020 | 0.30 | 150 | 500 | Review City's response to labor day protests letter; |
| Arora, Nitika | 9/12/2020 | 0.20 | 91 | 455 | Coordinate witness interviews; |
| Arora, Nitika | 9/13/2020 | 0.50 | 227.5 | 455 | Identify potential witnesses; coordinate witness interviews; |
| Haney, Rachel A. | 9/13/2020 | 0.30 | 150 | 500 | Review declarations of SPOG labor day protests; |
| Arora, Nitika | 9/14/2020 | 0.20 | 91 | 455 | Identify potential witnesses; coordinate witness interviews; |
| Dallal, Rachel | 9/14/2020 | 0.20 | 82 | 410 | Review communications regarding possibility that SPD is running low of pepper spray and other gas cannisters; |
| Gilbert, Carolyn S. | 9/14/2020 | 0.20 | 111 | 555 | Review communications with co-counsel; |
| Dallal, Rachel | 9/15/2020 | 0.40 | 164 | 410 | Communications with M. Tack-Hooper and R. Smith regarding additional R. Smith declaration; review communications from team regarding structure of new declarations; |
| Gilbert, Carolyn S. | 9/15/2020 | 0.20 | 111 | 555 | Review correspondence regarding witness declarations; |
| Haney, Rachel A. | 9/16/2020 | 1.30 | 650 | 500 | Review motion for declaratory relief; telephone conference with witness K. Krein regarding Labor Day Protest; |

3

| Dallal, Rachel | 9/17/2020 | 1.10 | 451 | 410 | Review draft motion; join team meeting regarding motion for contempt; |
|---|---|---|---|---|---|
| Gilbert, Carolyn S. | 9/17/2020 | 3.40 | 1887 | 555 | Review draft motion for contempt; confer with R. Haney regarding the same; revise the same; confer with ACLU and Korematsu Center regarding the same; |
| Haney, Rachel A. | 9/17/2020 | 5.40 | 2700 | 500 | Revise motion for sanctions; attend telephone conference regarding motion strategy; revise K. Krein declaration; draft M. Flynn declaration; |
| Gilbert, Carolyn S. | 9/18/2020 | 2.20 | 1221 | 555 | Review and revise motion for declaratory judgment and order to show cause; |
| Haney, Rachel A. | 9/18/2020 | 0.20 | 100 | 500 | Attention to motion for declaratory relief; |
| Dallal, Rachel | 9/19/2020 | 1.00 | 410 | 410 | Interview R. Smith regarding his experience at the Labor Day SPOG protest; take notes regarding same; |
| Haney, Rachel A. | 9/19/2020 | 4.80 | 2400 | 500 | Draft motion for contempt; research standard for declaratory relief; |
| Haney, Rachel A. | 9/20/2020 | 1.70 | 850 | 500 | Strategize regarding request for declaratory relief; |
| Dallal, Rachel | 9/21/2020 | 0.30 | 123 | 410 | Review emails between team members regarding desired relief and motion strategy; |
| Haney, Rachel A. | 9/21/2020 | 0.80 | 400 | 500 | Strategize regarding motion for contempt or declaratory relief; |
| Dallal, Rachel | 9/22/2020 | 0.80 | 328 | 410 | Review team communications regarding approach to next filing and requested relief; review monitor's report on Seattle Police Department's handling of recent protests. |
| Haney, Rachel A. | 9/22/2020 | 0.8 | 400 | 500 | Strategize regarding filing motion for contempt; |

| | | | | | |
|---|---|---|---|---|---|
| Dallal, Rachel | 9/23/2020 | 1 | 410 | 410 | Review Seattle Times article regarding M. Bobb's report on Seattle Police Department's crowd control tactics; review team communications regarding same; review tweets regarding previous evening's protest; communications with M. Tack-Hooper regarding declaration of R. Smith; communications with R. Smith to schedule additional declaration interview; |
| Haney, Rachel A. | 9/23/2020 | 0.4 | 200 | 500 | Revise motion for contempt; |
| Arora, Nitika | 9/24/2020 | 2 | 910 | 455 | Analyze live stream footage of protests to identify potential violations of court order; |
| Dallal, Rachel | 9/24/2020 | 2.5 | 1025 | 410 | Review footage from previous night's protest; communications with R. Haney regarding witness declarations; draft R. Smith declaration regarding events of Labor Day protest; |
| Gilbert, Carolyn S. | 9/24/2020 | 1.9 | 1054.5 | 555 | Review motion for contempt; draft letter to the city and review background video footage and witness reports of the events 9/22 and 9/23 in support of the same; |
| Haney, Rachel A. | 9/24/2020 | 5.5 | 2750 | 500 | Interview N. Krell regarding September 23 events, correspond with K. Krein regarding same; coordinate review of September 23 videos; draft motion for contempt; |
| Robinson, Kiyomi R. | 9/24/2020 | 1 | 295 | 295 | Prepare supporting declarations for attorney review; update and revise witness accounts spreadsheet per attorney request; |
| Dallal, Rachel | 9/25/2020 | 1.1 | 451 | 410 | Review and incorporate M. Tack-Hooper's revisions to R. Smith declaration; coordinate with R. Smith for an additional interview; review news coverage of recent protest events; review SPD statements regarding recent protest events; |

| Name | Date | Hours | Amount | Rate | Description |
|---|---|---|---|---|---|
| Gilbert, Carolyn S. | 9/25/2020 | 2.7 | 1498.5 | 555 | Prepare letter to the City regarding events on September 22 and 23; review and revise motion for contempt; |
| Haney, Rachel A. | 9/25/2020 | 0.7 | 350 | 500 | Revise motion for contempt; |
| Perez, David A. | 9/25/2020 | 1.5 | 1177.5 | 785 | E-mails with team re second contempt motion; |
| Robinson, Kiyomi R. | 9/25/2020 | 1.3 | 383.5 | 295 | Prepare supporting declarations for attorney review; update and revise witness accounts spreadsheet per attorney request; |
| Dallal, Rachel | 9/26/2020 | 1.7 | 697 | 410 | Review draft motion; interview R. Smith regarding events of 9/23/20; begin updating R. Smith's declaration; |
| Perez, David A. | 9/26/2020 | 1.2 | 942 | 785 | E-mails with team re motion for contempt; |
| Haney, Rachel A. | 9/27/2020 | 0.9 | 450 | 500 | Revise declarations of K. Krein and M. Flynn; |
| Dallal, Rachel | 9/28/2020 | 2.8 | 1148 | 410 | Draft additional section of R. Smith's declaration to include testimony regarding 9/23/20 protests; review draft motion for contempt; review communications regarding same; incorporate M. Tack-Hooper's revisions to R. Smith declaration; finalize R. Smith declaration with witness; |
| Gilbert, Carolyn S. | 9/28/2020 | 3.7 | 2053.5 | 555 | Review and revise motion to show cause; |
| Haney, Rachel A. | 9/28/2020 | 3.5 | 1750 | 500 | Correspond with declarants regarding finalizing declarations; review proposed order; review motion for order to show cause; |
| Perez, David A. | 9/28/2020 | 1.1 | 863.5 | 785 | Confer with team re motion for contempt; |
| Robinson, Kiyomi R. | 9/28/2020 | 3.9 | 1150.5 | 295 | Prepare supporting declarations for attorney review; update and revise witness accounts spreadsheet per attorney request; |
| Dallal, Rachel | 9/29/2020 | 1.1 | 451 | 410 | Coordinate with K. Robinson and M. Tack-Hooper to address formatting issues in R. Smith final declaration; review final draft of motion for contempt; review team communications regarding same; |

| | | | | | |
|---|---|---|---|---|---|
| Gilbert, Carolyn S. | 9/29/2020 | 2.2 | 1221 | 555 | Draft declaration of D. Perez in support of motion for contempt; draft and finalize motion, proposed order, and declarations; |
| Haney, Rachel A. | 9/29/2020 | 0.8 | 400 | 500 | Finalize K. Krein declaration for filing; attention to motion for contempt; |
| Perez, David A. | 9/29/2020 | 3.3 | 2590.5 | 785 | Attend to and confer with team about motion for contempt; |
| Robinson, Kiyomi R. | 9/29/2020 | 7.3 | 2153.5 | 295 | Prepare supporting declarations for attorney review; update and revise witness accounts spreadsheet per attorney request; |
| Dallal, Rachel | 9/30/2020 | 0.2 | 82 | 410 | Confirm finalization of witness declarations with C. Gilbert; |
| Gilbert, Carolyn S. | 9/30/2020 | 4.3 | 2386.5 | 555 | Prepare motion for contempt and related order and declarations for filing; |
| Haney, Rachel A. | 9/30/2020 | 2.3 | 1150 | 500 | Prepare motion for order to show cause and declarations for filing; |
| Perez, David A. | 9/30/2020 | 2.1 | 1648.5 | 785 | Revise motion for contempt; |
| Robinson, Kiyomi R. | 9/30/2020 | 2.3 | 678.5 | 295 | Prepare supporting declarations for attorney review; update and revise witness accounts spreadsheet per attorney request; |
| Dallal, Rachel | 10/1/2020 | 0.4 | 164 | 410 | Review mayor's executive order to evaluate Seattle Police Department functions; review communications from N. Talner regarding consent decree proceedings; review update from Judge Jones' chambers regarding request for status conference; |
| Haney, Rachel A. | 10/1/2020 | 0.1 | 50 | 500 | Attention to filing schedule; |
| Dallal, Rachel | 10/2/2020 | 0.5 | 205 | 410 | Review City's response to motion for contempt; review team communications regarding same; |
| Haney, Rachel A. | 10/2/2020 | 0.6 | 300 | 500 | Review City's opposition to order to show cause; |
| Haney, Rachel A. | 10/4/2020 | 0.2 | 100 | 500 | Attention to strategy on status conference; |
| Dallal, Rachel | 10/5/2020 | 0.3 | 123 | 410 | Review Allen declaration; review team communications regarding strategy for next steps regarding motion for contempt; |

| | | | | | |
|---|---|---|---|---|---|
| Gilbert, Carolyn S. | 10/5/2020 | 0.2 | 111 | 555 | Review correspondence with the Court and City regarding status hearing; |
| Haney, Rachel A. | 10/5/2020 | 0.7 | 350 | 500 | Review additional City declaration in opposition to order to show cause; |
| Dallal, Rachel | 10/6/2020 | 0.1 | 41 | 410 | Review communications regarding impending status conference; |
| Haney, Rachel A. | 10/6/2020 | 0.2 | 100 | 500 | Attention to upcoming status hearing; |
| Dallal, Rachel | 10/7/2020 | 0.2 | 82 | 410 | Review communications regarding research on less-harmful spray (as opposed to OC spray); |
| Gilbert, Carolyn S. | 10/7/2020 | 0.4 | 222 | 555 | Review and assess strategy for status hearing; |
| Perez, David A. | 10/7/2020 | 0.4 | 314 | 785 | Confer with team re legal strategy; |
| Dallal, Rachel | 10/9/2020 | 0.1 | 41 | 410 | Review 9th Circuit order denying stay of injunction in Portland protest case; |
| Gilbert, Carolyn S. | 10/9/2020 | 0.5 | 277.5 | 555 | Confer with B. Chang, M. Tack-Hooper, L. Nowlin, and D. Perez regarding strategy for status conference; follow up regarding the same; |
| Haney, Rachel A. | 10/12/2020 | 0.3 | 150 | 500 | Review Ninth Circuit order in Portland TRO; |
| Dallal, Rachel | 10/13/2020 | 0.1 | 41 | 410 | Review communications from M. Tack-Hooper regarding client news; |
| Gilbert, Carolyn S. | 10/13/2020 | 0.1 | 55.5 | 555 | Review communications; |
| Dallal, Rachel | 10/14/2020 | 1.1 | 451 | 410 | Join status conference regarding motion for contempt; review team communications regarding same; |
| Gilbert, Carolyn S. | 10/14/2020 | 1.3 | 721.5 | 555 | Attend status conference; follow up regarding the same; |
| Haney, Rachel A. | 10/14/2020 | 0.9 | 450 | 500 | Attend status conference; prepare for the same; |
| Perez, David A. | 10/14/2020 | 1.3 | 1020.5 | 785 | Hearing with J. Jones; e-mails with team re next steps; |
| Robinson, Kiyomi R. | 10/14/2020 | 0.7 | 206.5 | 295 | Attend portion of virtual status report meeting; |
| Dallal, Rachel | 10/15/2020 | 0.6 | 246 | 410 | Review LA Times article on less lethal projectiles, circulated by D. Perez; review draft joint submission from opposing counsel; review redline of same circulated by B. Chang; |

| Gilbert, Carolyn S. | 10/15/2020 | 0.4 | 222 | 555 | Strategy regarding joint statement; |
| Haney, Rachel A. | 10/15/2020 | 0.1 | 50 | 500 | Attention to status conference strategy; |
| Dallal, Rachel | 10/16/2020 | 0.3 | 123 | 410 | Review communications regarding revisions to draft joint submission; |
| Gilbert, Carolyn S. | 10/16/2020 | 0.3 | 166.5 | 555 | Strategy regarding joint statement; |
| Haney, Rachel A. | 10/16/2020 | 0.6 | 300 | 500 | Review proposed stipulation regarding contempt motion; attend meet and confer regarding same; |
| Perez, David A. | 10/16/2020 | 0.8 | 628 | 785 | E-mails with team re status conference and joint submission; |
| Robinson, Kiyomi R. | 10/16/2020 | 0.5 | 147.5 | 295 | Respond to attorney requests regarding updates to internal email distribution list; |
| Dallal, Rachel | 10/18/2020 | 0.3 | 123 | 410 | Review Seattle Times article regarding recent protest arrests; review team communications regarding same; |
| Haney, Rachel A. | 10/18/2020 | 0.1 | 50 | 500 | Attention to status hearing filing redlines; |
| Dallal, Rachel | 10/19/2020 | 0.5 | 205 | 410 | Review draft joint submission and team comments regarding same; review communications regarding interviewing arrest witnesses; |
| Gilbert, Carolyn S. | 10/19/2020 | 1.4 | 777 | 555 | Coordinate video production; strategy regarding joint submission; |
| Haney, Rachel A. | 10/19/2020 | 0.7 | 350 | 500 | Revise joint submission to court in advance of status hearing; attention to strategy regarding protest arrests; |
| Robinson, Kiyomi R. | 10/19/2020 | 5.7 | 1681.5 | 295 | Prepare video files cited in motion for contempt briefing for transmission to judge for review; |
| Arora, Nitika | 10/20/2020 | 1 | 455 | 455 | Attend status hearing; attend videoconference with case team following hearing; |
| Dallal, Rachel | 10/20/2020 | 0.1 | 41 | 410 | Review briefing schedule for motion for contempt; |
| Gilbert, Carolyn S. | 10/20/2020 | 1.3 | 721.5 | 555 | Attend status conference; prepare for and follow up regarding the same; |
| Haney, Rachel A. | 10/20/2020 | 0.2 | 100 | 500 | Attention to motion for contempt hearing strategy; |
| Perez, David A. | 10/20/2020 | 0.4 | 314 | 785 | Confer with R. Chang re hearing; |

| | | | | | |
|---|---|---|---|---|---|
| Whidbee, Paige L. | 10/20/2020 | 0.5 | 205 | 410 | Attend portion of status hearing regarding motion for contempt; |
| Dallal, Rachel | 10/21/2020 | 0.3 | 123 | 410 | Communications with M. Tack-Hooper and B. Chang regarding notifying witnesses of recent updates; share said updates with declarant R. Smith; |
| Haney, Rachel A. | 10/21/2020 | 0.2 | 100 | 500 | Correspond with declarants regarding case status; |
| Dallal, Rachel | 10/22/2020 | 0.3 | 123 | 410 | Review order regarding contempt proceedings; review team communications regarding same; |
| Haney, Rachel A. | 10/22/2020 | 0.1 | 50 | 500 | Review scheduling order; |
| Dallal, Rachel | 10/23/2020 | 0.3 | 123 | 410 | Review update from B. Chang regarding Portland contempt proceeding; review LA times article circulated by N. Talner regarding criticism of less lethal projectiles; |
| Gilbert, Carolyn S. | 10/27/2020 | 0.7 | 388.5 | 555 | Review and assess declaration review records; |
| Dallal, Rachel | 11/2/2020 | 0.3 | 123 | 410 | Review team communications regarding City's response to motion for contempt; |
| Gilbert, Carolyn S. | 11/2/2020 | 1.5 | 832.5 | 555 | Review City's response motion and supporting declarations; |
| Haney, Rachel A. | 11/2/2020 | 1 | 500 | 500 | Review supplemental response filings; |
| Butler, Delaney | 11/3/2020 | 4.8 | 2088 | 435 | Research prior declarations for plaintiff and defendant statements regarding 9/7 protest; telephone calls with R. Chang of Seattle University to discuss research strategy; telephone call with C. Hoeberlein and M. McGill to discuss research strategy; |
| Dallal, Rachel | 11/3/2020 | 3.4 | 1394 | 410 | Email witness R. Smith with case update; review City's opposition to motion for contempt; coordinate with Perkins team regarding reply in support of motion for contempt; research case law in support of same; |
| Gilbert, Carolyn S. | 11/3/2020 | 4 | 2220 | 555 | Strategy regarding response brief; review video footage submitted by City; review City Response brief; draft reply brief; |

| | | | | | |
|---|---|---|---|---|---|
| Haney, Rachel A. | 11/3/2020 | 4.5 | 2250 | 500 | Review supplemental response filings in preparation for reply; attend team conference to discuss reply in support of motion for contempt strategy; draft reply; |
| Hoeberlein, Caitlin | 11/3/2020 | 1.3 | 351 | 270 | Telephone conferences with M. McGill and D. Butler regarding video review and use of force reports; telephone conference with L. Nowlin and Malori McGill; review case files; |
| McGill, Malori | 11/3/2020 | 1.75 | 761.25 | 435 | Coordinate declaration review with team; discuss division of labor with C.Hoeberlein; review pleadings in case; attend call with L.Nowlin at ACLU; |
| Robinson, Kiyomi R. | 11/3/2020 | 0.2 | 59 | 295 | Respond to attorney requests regarding preparation of share files; |
| Arora, Nitika | 11/4/2020 | 0.8 | 364 | 455 | Analyze footage of potential PI violations; email summary of the same to case team; |
| Butler, Delaney | 11/4/2020 | 4.15 | 1805.25 | 435 | Research prior declarations for plaintiff and defendant statements regarding 9/7 protest; review video exhibits for factual analysis; telephone call with R. Chang to discuss research strategy reviewing 9/7 video; |
| Dallal, Rachel | 11/4/2020 | 2.1 | 861 | 410 | Research, review, and revise reply in support of motion for contempt; |
| Gilbert, Carolyn S. | 11/4/2020 | 2.7 | 1498.5 | 555 | Revise and draft reply brief; |
| Haney, Rachel A. | 11/4/2020 | 4.3 | 2150 | 500 | Review City's response evidence; draft motion to reply in support of motion; |
| Hoeberlein, Caitlin | 11/4/2020 | 5.2 | 1404 | 270 | Review August 26 video footage, declarations, and use of force reports related to City's response to motion to show cause; |
| McGill, Malori | 11/4/2020 | 4.4 | 1914 | 435 | Review videos for August 26 events in preparation of reply brief; add notes to reply brief spreadsheet; review August 26 declarations; discuss division of labor with C.Hoeberlein; |

| | | | | | |
|---|---|---|---|---|---|
| Butler, Delaney | 11/5/2020 | 5.35 | 2327.25 | 435 | Research prior declarations for plaintiff and defendant statements regarding 9/7 protest; telephone call with R. Chang of Seattle University to discuss research and drafting strategy; review opposing party exhibits; |
| Dallal, Rachel | 11/5/2020 | 0.8 | 328 | 410 | Revise draft reply in support of motion for contempt; communications with R. Haney and C. Gilbert regarding same; |
| Gilbert, Carolyn S. | 11/5/2020 | 0.9 | 499.5 | 555 | Review and revise reply motion; |
| Haney, Rachel A. | 11/5/2020 | 1.5 | 750 | 500 | Draft reply in support of motion for contempt; attend team conference to discuss same; |
| McGill, Malori | 11/5/2020 | 0.8 | 348 | 435 | Review videos for August 26 and edit spreadsheet tracker; email team with August 26 update; |
| Dallal, Rachel | 11/6/2020 | 0.3 | 123 | 410 | Review team communications regarding reply in support of motion for contempt; |
| Gilbert, Carolyn S. | 11/6/2020 | 0.1 | 55.5 | 555 | Review declaration edits; |
| Haney, Rachel A. | 11/6/2020 | 0.1 | 50 | 500 | Revise reply in support of motion for contempt; |
| Hoeberlein, Caitlin | 11/6/2020 | 1.7 | 459 | 270 | Review video footage and cross reference UFR's for August 26th demonstrations; |
| Perez, David A. | 11/6/2020 | 1.3 | 1020.5 | 785 | Review and revise reply brief on contempt; |
| Butler, Delaney | 11/7/2020 | 1.2 | 522 | 435 | Telephone call to discuss research analysis strategy; review exhibit summaries to provide data on editing of opposing counsel exhibits; |
| Haney, Rachel A. | 11/7/2020 | 0.2 | 100 | 500 | Review City's evidence for response to motion for contempt; |
| Hoeberlein, Caitlin | 11/7/2020 | 6.8 | 1836 | 270 | Conduct video and UFR review of September 23rd events; |
| Dallal, Rachel | 11/8/2020 | 0.3 | 123 | 410 | Review revisions to reply in support of motion for contempt; |
| Haney, Rachel A. | 11/8/2020 | 5.6 | 2800 | 500 | Draft reply in support of motion for contempt regarding City's failure to address violations; revise drafts of same; |

| | | | | | |
|---|---|---|---|---|---|
| Dallal, Rachel | 11/9/2020 | 0.3 | 123 | 410 | Review communications regarding revisions to reply in support of motion for contempt; |
| Gilbert, Carolyn S. | 11/9/2020 | 2 | 1110 | 555 | Finalize reply motion and video evidence; |
| Haney, Rachel A. | 11/9/2020 | 2.8 | 1400 | 500 | Draft and revise Reply in support of motion for contempt; attention to filing of same; |
| Perez, David A. | 11/9/2020 | 1 | 785 | 785 | Revise reply brief re contempt; |
| Robinson, Kiyomi R. | 11/9/2020 | 1.5 | 442.5 | 295 | Prepare supporting exhibits to reply in support of motion for contempt; |
| Dallal, Rachel | 11/10/2020 | 0.5 | 205 | 410 | Review finalized reply in support of motion for contempt; |
| Gilbert, Carolyn S. | 11/10/2020 | 1.4 | 777 | 555 | Prepare notice of filing physical evidence; submit the same; |
| Haney, Rachel A. | 11/10/2020 | 1.1 | 550 | 500 | Attention to praecipe for Chen declarations; |
| Perez, David A. | 11/10/2020 | 0.4 | 314 | 785 | Confer with team re errata declaration and thumb drives; |
| Robinson, Kiyomi R. | 11/10/2020 | 2.5 | 737.5 | 295 | Respond to attorney requests regarding preparation of video evidence for Court and city attorney; |
| Robinson, Kiyomi R. | 11/11/2020 | 0.2 | 59 | 295 | Respond to attorney requests regarding preparation of video evidence for Court and city attorney; |
| Dallal, Rachel | 11/12/2020 | 0.2 | 82 | 410 | Review communications regarding contempt hearing attendance; |
| Gilbert, Carolyn S. | 11/12/2020 | 0.4 | 222 | 555 | Coordinate video production; strategy regarding hearing; |
| Haney, Rachel A. | 11/12/2020 | 0.4 | 200 | 500 | Attention to notice of appearance and praecipe; |
| Robinson, Kiyomi R. | 11/12/2020 | 0.7 | 206.5 | 295 | Respond to attorney requests regarding preparation of video evidence and selected documents for co-counsel review; |
| Yeryomenko, Maxim A. | 11/12/2020 | 0.4 | 114 | 285 | Prepare electronic file transfer; |
| Dallal, Rachel | 11/16/2020 | 0.7 | 287 | 410 | Review communications regarding transcript for October 20 hearing; review communications regarding City's filing an updated report in support of opposition to motion for contempt; review redline changes of said report; |

| | | | | | |
|---|---|---|---|---|---|
| Gilbert, Carolyn S. | 11/16/2020 | 1.4 | 777 | 555 | Strategy regarding hearing on motion to hold the City in contempt (0.4); moot (1.0); |
| Haney, Rachel A. | 11/16/2020 | 3.7 | 1850 | 500 | Review praecipe for City's evidence; attend Moot in preparation for Contempt hearing; draft talking points to distinguish City of Oakland case at oral argument; |
| Robinson, Kiyomi R. | 11/16/2020 | 1.1 | 324.5 | 295 | Respond to attorney requests regarding preparation of video evidence for Court and city attorney; |
| Dallal, Rachel | 11/17/2020 | 0.4 | 164 | 410 | Re-review City's filings in opposition to motion for contempt; |
| Haney, Rachel A. | 11/17/2020 | 0.7 | 350 | 500 | Summarize Oakland case and distinguishing points in preparation for oral argument on motion for contempt; |
| Robinson, Kiyomi R. | 11/17/2020 | 1.5 | 442.5 | 295 | Respond to attorney requests regarding preparation of video evidence for Court and city attorney; |
| Dallal, Rachel | 11/18/2020 | 2.8 | 1148 | 410 | Join hearing regarding Plaintiff's motion for contempt; review team communications regarding same; |
| Gilbert, Carolyn S. | 11/18/2020 | 3.2 | 1776 | 555 | Attend hearing on plaintiffs' motion to hold the city in contempt; debrief the same; |
| Haney, Rachel A. | 11/18/2020 | 3.1 | 1550 | 500 | Attend hearing on motion for contempt; debrief with ACLU, Korematsu center, and C. Gilbert and N. Arora post hearing; |
| Dallal, Rachel | 11/19/2020 | 0.3 | 123 | 410 | Review notes circulated by R. Haney summarizing previous day's contempt hearing; review team communications regarding same; |
| Haney, Rachel A. | 11/19/2020 | 0.8 | 400 | 500 | Draft and circulate summary regarding hearing on contempt motion; |
| Robinson, Kiyomi R. | 11/19/2020 | 1.5 | 442.5 | 295 | Prepare video evidence provided by the City for attorney review; |
| Haney, Rachel A. | 11/23/2020 | 0.1 | 50 | 500 | Review request for posting declaration facts; |
| Robinson, Kiyomi R. | 11/24/2020 | 1.6 | 472 | 295 | Prepare video evidence provided by the City for attorney review; |

| Haney, Rachel A. | 12/1/2020 | 0.1 | 50 | 500 | Attention to Oregon contempt order; |
|---|---|---|---|---|---|
| Gilbert, Carolyn S. | 12/7/2020 | 1.3 | 721.5 | 555 | Confer with co-counsel regarding strategy for sanctions motion (0.5); review court order (0.5); follow up regarding the same and draft the motion for sanctions(0.3); |
| Haney, Rachel A. | 12/7/2020 | 1 | 500 | 500 | Review order on contempt; draft motion for contempt sanctions; strategize with C. Gilbert regarding same; |
| Perez, David A. | 12/7/2020 | 1.6 | 1256 | 785 | Review contempt order and confer with team re sanctions and next steps; |
| Gilbert, Carolyn S. | 12/8/2020 | 2.5 | 1387.5 | 555 | Draft motion for sanctions and proposed order; |
| Haney, Rachel A. | 12/8/2020 | 4.7 | 2350 | 500 | Research regarding civil contempt sanctions; draft motion for sanctions; |
| McGill, Malori | 12/8/2020 | 7.35 | 3197.25 | 435 | Research authorities on civil contempt sanctions in Ninth Circuits and Washington district courts and draft summary of findings for R. Haney (4.0); research examples of non-monetary coercive relief in civil contempt cases (2.85); send update to R. Haney and C. Gilbert on non-monetary coercive relief examples (0.5); |
| Perez, David A. | 12/8/2020 | 0.7 | 549.5 | 785 | Confer with team re sanctions motion; |
| Haney, Rachel A. | 12/9/2020 | 1.5 | 750 | 500 | Revise motion for sanctions; |
| McGill, Malori | 12/9/2020 | 0.9 | 391.5 | 435 | Revise sanctions motion with additional case law regarding non-monetary sanctions; |
| Haney, Rachel A. | 12/10/2020 | 1.8 | 900 | 500 | Draft proposed order; revise motion for contempt sanctions; |
| McGill, Malori | 12/10/2020 | 1.3 | 565.5 | 435 | Review Washington Supreme Court decision related to Seattle police and select potential quotes for sanctions motion; suggest redlines to incorporate quotes from Wash. S. Ct. opinion; |

| | | | | | |
|---|---|---|---|---|---|
| Whidbee, Paige L. | 12/10/2020 | 0.9 | 369 | 410 | Research procedure for filing motion for attorneys fees after filing brief outlining sanctions sought; |
| Gilbert, Carolyn S. | 12/11/2020 | 1.1 | 610.5 | 555 | Review and prepare final motion for sanctions; |
| Haney, Rachel A. | 12/11/2020 | 0.2 | 100 | 500 | Attention to filing of motion for contempt sanctions; |
| McGill, Malori | 12/11/2020 | 0.90 | 391.5 | 435 | Review motion for sanctions and proposed order for final edits and perform citation check; |
| | | 235.40 | 136843.5 | | |

Exhibit B

PERKINScoie

# Professional Biography



## CAROLYN GILBERT | ASSOCIATE

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.3279
CarolynGilbert@perkinscoie.com

---

Carolyn represents clients in a variety of civil litigation and regulatory matters, with a focus on environmental litigation, compliance, government enforcement, and white collar investigations. Carolyn assists clients with compliance matters under federal and state laws, as well as in litigation matters regarding Superfund, State Superfund, government enforcement, citizen suit, and natural resource damage claims. She also represents clients in investigations relating to foreign anti-bribery, insider trading and anti-kickback statutes. Carolyn maintains an active pro bono practice, engaging in Deferred Action for Childhood Arrivals (DACA) clinics and asylum and clemency petitions.

## RELATED EMPLOYMENT

- East Bay DREAMer's Clinic, Volunteer and Advocate, 2013 - 2016
- Perkins Coie, Seattle, WA, Summer Associate, 2015
- United States Attorney's Office Western District of Washington, Seattle, WA, Summer Law Clerk, 2014
- King County Prosecutor's Office, Seattle WA, Administrative Intern in the Economic Crimes Unit, 2012

## EXPERIENCE

### ENVIRONMENT, ENERGY & RESOURCES LITIGATION AND COUNSELING

**LOWER DUWAMISH SUPERFUND SITE (SEATTLE, WA)**
Representing manufacturer in multiparty Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and Model Toxics Control Act (MTCA) allocation proceeding and other actions related to contaminated sediments.

**HARBOR ISLAND SUPERFUND SITE (SEATTLE, WA)**
Representing company in Model Toxics Control Act (MTCA) cleanup and natural resource damage defense.

**PORTLAND HARBOR SUPERFUND SITE (PORTLAND, OR)**
Representing company in multiparty CERCLA allocation proceeding, natural resource damage defense, and other actions related to contaminated sediments.

**HOLDEN MINE SITE (CHELAN COUNTY, WA)**
Representing successor to mine owner in defense of natural resource damage claims asserted by federal, state, and tribal natural resource trustees.

**COLUMBIA RIVERKEEPER V. PUGET SOUND ENERGY (GOLDENDALE, WA)**
Defending utility in citizen suit action alleging violations of Clean Water Act.

**CONF. TRIBES AND BANDS OF THE YAKAMA NATION V. AIR LIQUIDE AMERICA CORP. ET. AL (PORTLAND, OR)**
Defending company in natural resource damage action filed by natural resource trustee. No. 3:17-cv-00164-PK (D. Or. Jan. 30, 2017).

**SOUTH STATE STREET MANUFACTURED. GAS SITE (BELLINGHAM, WA)**
Representing former owner/operator regarding implementation of MTCA cleanup and allocation of responsibility among parties.

**CENTRAL WATERFRONT SITE (BELLINGHAM, WA)**

Representing owner-operator of parcel in defense of enforcement action and allocation of responsibility among parties.

**KALAMAZOO RIVER SUPERFUND SITE (MICHIGAN)**

Representing former paper mill operator regarding cleanup, allocation of responsibility among parties, and natural resource damage issues. *Georgia-Pacific Consumer Products LP v. NCR Corp. et al*, No. 1:11-cv-483 (W.D. Mich. Mar. 29, 2018).

## PERMITTING

Work with clients to obtain and defend permits, licenses and other required government approvals.

## COMPLIANCE

Assist clients in achieving and maintaining compliance with federal, state and local regulatory requirements.

## REAL ESTATE TRANSACTIONS

Analyzed environmental issues in connection with the redevelopment of contaminated properties.

## NEWS

12.08.2020

*Perkins Coie Attorneys Mentioned in Multiple Publications Regarding Black Lives Matter and the City of Selah*
General News
Perkins Coie attorneys were mentioned regarding the federal lawsuit in the city of Selah that claims the city violated residents' constitutional right to free speech by removing signs supporting the Black Lives Matter movement.

06.09.2020

*Perkins Coie Attorneys Mentioned in Bloomberg Law - Perkins Coie Joins Black Lives Matter in Seattle Lawsuit*
General News
*Bloomberg Law*
David Perez, Joseph McMillan, Mallory Gitt Webster, Carolyn Gilbert, Nitika Arora, Heath Hyatt, and Paige Whidbee were mentioned in the *Bloomberg Law* article, "Perkins Coie Joins Black Lives Matter in Seattle Lawsuit," regarding their representation of Black Lives Matter Seattle-King County.

## AREAS OF FOCUS

**PRACTICES**

• Environmental Litigation
• Litigation

**INDUSTRIES**

• Energy Law

## BAR AND COURT ADMISSIONS

• Washington

## EDUCATION

• UC Berkeley School of Law, J.D., 2016
• University of Washington, B.A., International Studies, *cum laude*, 2012, Phi Beta Kappa

## LANGUAGES

• Spanish

© 2020 Perkins Coie LLP

Exhibit C



# Professional Biography



## RACHEL HANEY | ASSOCIATE

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.8544
RHaney@perkinscoie.com

Rachel Haney defends companies in privacy and security litigation on a range of matters, including government investigations and data breach reporting. Her practice includes counseling companies on compliance with the Electronic Communications Privacy Act and the CyberTipline Modernization Act as well as government process. Rachel also represents clients in enforcement actions to combat platform abuse, including illegal spamming, harassment and trademark violations.

Rachel worked as a summer law clerk at the United States Attorney's Office for the Western District of Washington, where she drafted motions, trial briefs and memoranda for a wide range of criminal cases. She also externed at the King County Prosecuting Attorney's Office in the Special Assault Unit. Prior to attending Stanford Law School, Rachel was a Fulbright U.S. Student Grantee.

In her active pro bono practice, Rachel advocates for survivors of gender-based violence and human trafficking. She has drafted and argued motions for domestic violence protection orders and a motion to quash disclosure of a rape victim's mental health records, securing her clients relief from their abusers. Rachel is also active in the firm's Post-Conviction Advocacy for Survivors of Human Trafficking program, assisting survivors obtain vacatur of trafficking-related convictions. In addition, Rachel has conducted research and provided information on applicable state law for the nonprofit group Without My Consent, which aims to supply the public with tools to fight online harassment and privacy violations.

## RELATED EMPLOYMENT

- King County Prosecuting Attorney's Office, Extern, 2016
- Perkins Coie, Seattle, WA, Summer Associate, 2016
- U.S. Attorney's Office, Western District of Washington, Law Clerk, 2015

## AREAS OF FOCUS

**PRACTICES**
- Privacy & Security Law

## BAR AND COURT ADMISSIONS

- Washington

## EDUCATION

- Stanford Law School, J.D., 2017
- Pitzer College, B.A., History, with honors, 2011

© 2020 Perkins Coie LLP

Exhibit D



# Professional Biography



## NITIKA ARORA | ASSOCIATE

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.3267
NArora@perkinscoie.com

Nitika Arora is an associate in the firm's Commercial Litigation practice group. She assists clients with white collar matters, government investigations, complex commercial disputes involving business torts, unfair competition, antitrust, and commercial contracts, and election law litigation.

Nitika has experience providing pre-litigation counseling, managing e-discovery, conducting depositions, engaging in motions practice, and developing trial strategy.

Nitika also maintains a robust pro bono practice focused on civil rights impact litigation and advocating for survivors of gender-based violence. In a federal First and Fourth Amendment protection case, *Black Lives Matter Seattle-King County v. City of Seattle*, she led the effort to identify dozens of witnesses and assisted in legal research and expedited briefing to successfully obtain the most comprehensive court order protecting peaceful protestors in the country at the time. Nitika has successfully represented a domestic violence survivor at trial securing full custody of her children and drafted and argued motions for domestic violence protection orders. She also drafted and argued a motion to quash disclosure of a domestic violence survivors' iCloud data, securing her clients relief from their abusers.

## COMMUNITY INVOLVEMENT

- API Chaya, Board Member, 2020 – present
- South Asian Bar Association of Washington, Board Member, 2018 – present
- William L. Dwyer Inn of Court, Member, 2017 – present

## RELATED EMPLOYMENT

- API Chaya, Seattle, WA, Legal Intern, 2018
- Perkins Coie LLP, Seattle, WA, Summer Associate, 2016, 2017
- Obama for America, Redmond, WA, Organizing Fellow, 2012

## NEWS

06.09.2020
*Perkins Coie Attorneys Mentioned in Bloomberg Law - Perkins Coie Joins Black Lives Matter in Seattle Lawsuit*
General News
*Bloomberg Law*
David Perez, Joseph McMillan, Mallory Gitt Webster, Carolyn Gilbert, Nitika Arora, Heath Hyatt, and Paige Whidbee were mentioned in the *Bloomberg Law* article, "Perkins Coie Joins Black Lives Matter in Seattle Lawsuit," regarding their representation of Black Lives Matter Seattle-King County.

## PUBLICATIONS

08.30.2019
*When to Choose Between a Lawsuit or Filing a Challenge With the NAD*

Articles
*AdWeek*
A competitor has engaged in high-profile false advertising, and your CEO wants to use an enforcement hammer with more weight than a cease-and-desist letter.

## PRESENTATIONS

07.08.2019

**Introduction to Antitrust Law**
Speaking Engagements
American Immigration Lawyers Association CLE Program / Seattle, WA

## BLOG

**National Advertising Division Launches Fast-Track Swift Process**
On April 2, 2020 the National Advertising Division (NAD) launched its Fast-Track SWIFT (Single Well-defined Issue Fast Track) resolution process, promising to resolve single-issue cases in 20 business days. An overview follows. What is NAD? NAD is an organization within the Better Business Bureau (part of the BBB National Programs) which evaluates the truth and... Continue Reading...

**NAD Reveals Initial Plans for 2020 Fast-Track Process**
The National Advertising Division recently revealed its plans to launch a fast-track resolution process to resolve certain false advertising claims in a mere 2-4 weeks. This fast-track process will provide a useful tool for companies that want to quickly and efficiently challenge certain competitor advertising practices. In an email to BBB National Partners, the self-regulatory... Continue Reading...

## AREAS OF FOCUS
**PRACTICES**
• Litigation
• Business Litigation

**INDUSTRIES**
• Advertising, Marketing & Promotions

## BAR AND COURT ADMISSIONS

• Washington
• U.S. District Court for the Western District of Washington
• U.S. District Court for the Eastern District of Washington

## EDUCATION

• University of Washington School of Law, J.D., Order of the Barristers, 2018
• Middlebury College, B.A., Economics, *cum laude*, 2015

## LANGUAGES

• Hindi

---

© 2020 Perkins Coie LLP

Exhibit E



# Professional Biography



## RACHEL DALLAL | ASSOCIATE

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.3766
RDallal@perkinscoie.com

Rachel Dallal graduated from the University of California, Berkeley, School of Law, where she served as an articles and essays editor for the *California Law Review* and the online editor for the *Journal of Middle-Eastern & Islamic Law*. As co-chair of the Post-Conviction Advocacy Project, a student-led clinic, Rachel worked closely with a client in preparation for his successful parole hearing.

In a variety of roles, Rachel has developed her experience with privacy and data security matters. As a summer associate at an international law firm, she conducted research and wrote memoranda on third-party requests for user data and prepared a client-facing presentation on GDPR consent requirements. During her final semester of law school, she worked as a legal extern at the Canterbury District Health Board in Christchurch, New Zealand, where she drafted court submissions opposing the disclosure of patient records, evaluated the privacy implications of pilot health programs, and provided legal advice to agency clinicians. She also served as a summer intern at the Electronic Frontier Foundation, assisting a litigation team as it prepared to file a challenge to electronic device searches at the U.S. border.

Rachel earned her bachelor's degree from Reed College, where she graduated Phi Beta Kappa.

## COMMUNITY INVOLVEMENT

- Post-Conviction Advocacy Project, Berkeley Law, Co-Chair & Student Advocate, 2016 - 2018
- Freedom House, Advocate, 2015 - 2016
- UC Hastings Center for Gender and Refugee Studies, Research Volunteer, 2015

## RELATED EMPLOYMENT

- Canterbury District Health Board, Christchurch, New Zealand, Legal Extern, 2019
- Covington & Burling, San Francisco, CA, Summer Associate, 2018
- Electronic Frontier Foundation, San Francisco, CA, Legal Intern, 2017

## AREAS OF FOCUS

**PRACTICES**
- Privacy & Security Law
- Ad Tech Privacy & Data Management
- General Data Protection Regulation (GDPR)

## BAR AND COURT ADMISSIONS

- Washington

## EDUCATION

- UC Berkeley School of Law, J.D., 2019, Articles & Essays Editor, *California Law Review*; Online Editor, *Journal of Middle-Eastern & Islamic Law*
- Reed College, B.A., Anthropology, 2014, Phi Beta Kappa

© 2020 Perkins Coie LLP

Exhibit F



# Professional Biography



## PAIGE L. WHIDBEE | **ASSOCIATE**

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.3629
PWhidbee@perkinscoie.com

---

Attorney Paige Whidbee is a graduate of Stanford Law School, where she served as editor-in-chief of the *Stanford Law and Policy Review* and won honors including the Gerald Gunther Prize for outstanding performance in legal research and writing. She also served as a law clerk in Stanford's Criminal Defense Clinic, where she drafted and argued motions on behalf of indigent clients.

Paige assists clients with environmental and business litigation matters. She has experience researching and analyzing environmental issues involving the Clean Air Act, Clean Water Act, and CERCLA. She also works on cases involving commercial contract disputes, healthcare, Washington State political advertising disclosure requirements, and other business litigation matters.

As an undergraduate, she worked as an investigative intern for the Public Defender Service for the District of Columbia, and as a historic building conservation intern for an architecture firm in Bath, England.

Paige graduated with highest honors from Williams College, where she was elected to Phi Beta Kappa and played on the 2015 NCAA Division III Women's Golf National Championship-winning team.

## RELATED EMPLOYMENT

- Perkins Coie LLP, Seattle, WA, Summer Associate, 2017

## NEWS

06.09.2020

*Perkins Coie Attorneys Mentioned in Bloomberg Law - Perkins Coie Joins Black Lives Matter in Seattle Lawsuit*
General News
*Bloomberg Law*
David Perez, Joseph McMillan, Mallory Gitt Webster, Carolyn Gilbert, Nitika Arora, Heath Hyatt, and Paige Whidbee were mentioned in the *Bloomberg Law* article, "Perkins Coie Joins Black Lives Matter in Seattle Lawsuit," regarding their representation of Black Lives Matter Seattle-King County.

## AREAS OF FOCUS

**PRACTICES**
- Litigation
- Business Litigation
- Environmental Litigation

## BAR AND COURT ADMISSIONS

- Washington

## EDUCATION

- Stanford Law School, J.D., Editor-in-Chief, *Stanford Law and Policy Review*, 2018
- Williams College, B.A., History, with highest honors, *magna cum laude*, 2015, Phi Beta Kappa

© 2020 Perkins Coie LLP

Exhibit G



# Professional Biography



## MALORI MCGILL  | **ASSOCIATE**

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.3265
MMcGill@perkinscoie.com

Associate Malori McGill assists on commercial litigation matters, including drafting motions and researching statues. Malori graduated fifth in her class at the University of Washington School of Law. While in law school, she served as Chief Articles Editor on the *Washington Law Review* and participated in the Ninth Circuit Appellate Advocacy Clinic. As part of her clinical work, Malori represented a client before the Ninth Circuit Court of Appeals in an immigration appeal, including briefing and arguing the case and ultimately winning a victory for her client. Prior to entering the legal field, Malori was a certified public accountant and worked at KPMG, serving as a lead for public and private company audits and reviews in accordance with the SEC and other accounting standards.

### RELATED EMPLOYMENT

- Perkins Coie, Seattle, WA, Summer Associate, 2019
- Weyerhaeuser Company, Seattle, WA, Legal Intern, 2018

### AREAS OF FOCUS

**PRACTICES**
- Business Litigation

### BAR AND COURT ADMISSIONS

- Washington

### EDUCATION

- University of Washington, J.D., High Honors, Order of the Coif, 2020, Chief Articles Editor, *Washington Law Review*
- Gonzaga University, B.B.A., Accounting and Finance, *magna cum laude*, 2014

© 2020 Perkins Coie LLP

Exhibit H



# Professional Biography



## DELANEY BUTLER | ASSOCIATE

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.3727
DButler@perkinscoie.com

Associate Delaney Butler was a summer associate for the firm in 2019, where he prepared legal memoranda on 18. U.S.C. 2703(f) preservation letters and client obligations under state education privacy laws. He also has experience preparing a legal memorandum on relevance of copying evidence in patent invalidation cases and conducting legal research on patent, trade secret, employment, and Computer Fraud and Abuse Act issues.

While earning his J.D. from University of Pennsylvania Law School, Delaney also obtained a Master of Computer and Information Technology from the University of Pennsylvania. He uses his experience with technology to offer an enhanced perspective into issues of privacy and data security. Delaney also was a student counselor at the Penn Law Detkin Intellectual Property Clinic. In this role, he provided extensive counseling for two small business clients in multiple intellectual property law areas including trademarks, patents, and privacy and data security.

### RELATED EMPLOYMENT

- Perkins Coie, Seattle, WA, Summer Associate, 2019

### AREAS OF FOCUS

**PRACTICES**
- Privacy & Security Law

### BAR AND COURT ADMISSIONS

- Washington

### EDUCATION

- University of Pennsylvania Law School, J.D., *cum laude*, 2020, Associate Editor, *University of Pennsylvania Journal of Constitutional Law, Vol. 20*
- University of Pennsylvania Graduate School of Engineering and Applied Science, Master of Computer and Information Technology, 2019
- University of Oregon, B.S., General Science and Political Science, *magna cum laude*, 2014

© 2020 Perkins Coie LLP

Exhibit I



# Professional Biography

## CAITLIN HOEBERLEIN | **ASSOCIATE**

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.8160
CHoeberlein@perkinscoie.com

Caitlin Hoeberlein is an associate in Perkins Coie's Trademark, Copyright, Internet & Advertising practice. Caitlin was a summer associate at the firm, where she wrote memoranda regarding the state secrets privilege and antitrust standing for nonprofit plaintiffs, and drafted sections of an amicus brief related to juvenile life without parole sentencing.

While earning her J.D. at Harvard Law School, Caitlin interned at the U.S. Securities & Exchange Commission, where she conducted legal research and analysis and drafted a complaint for SEC litigation and investigations. She also observed and participated in witness interviews, whistleblower meetings, and hearings. She was also a judicial intern for the Honorable Chief Judge F. Dennis Saylor IV of the U.S. District Court for the District of Massachusetts, where she attended hearings and drafted judicial opinions. During law school, Caitlin was president of the HLS Negotiators and her team won the award for Best Negotiators at the 2019 CPR International Mediation Competition in Brazil.

Prior to law school, Caitlin earned her CPA license and worked as an accountant for Zillow Group, Inc.

## RELATED EMPLOYMENT

- U.S. District Court for the District of Massachusetts, Boston, MA, Judicial Intern, 2019
- Perkins Coie, Seattle, WA, Litigation Summer Associate, 2019
- U.S. Securities & Exchange Commission, Boston, MA, Enforcement Intern, 2018
- Massachusetts Governor's Office of Legal Counsel, Boston, MA, Legal Intern, 2018

## PUBLICATIONS

12.14.2020

*Hot Ad Law Topics for 2021*
Updates
Ring in the new year by avoiding practices that could result in class actions, regulatory enforcement actions, and competitor claims.

## AREAS OF FOCUS

**PRACTICES**
- Intellectual Property Law
- Trademark, Copyright, Internet & Advertising

**INDUSTRIES**
- Advertising, Marketing & Promotions

## BAR AND COURT ADMISSIONS

- Washington

## EDUCATION

- Harvard Law School, J.D., 2020, Co-Editor-in-Chief, *Harvard International Law Journal*
- Columbia University, B.A., Sustainable Development and Mathematics, *cum laude*, 2013

© 2020 Perkins Coie LLP