THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-887<br><br>DECLARATION OF JAMES F. WILLIAMS IN SUPPORT OF PLAINTIFFS' PETITION FOR ATTORNEYS' FEES |

I, James F. Williams, declare the following:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am currently the Seattle Office Managing Partner and recently served a term as the Firmwide Chair of Business Litigation at Perkins Coie, LLP.  I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees.

3. I graduated from the University of Virginia School of Law in 1988 and The Citadel, with honors, in 1985.  I have been admitted to practice in the United States District Court for the Eastern District of Washington, the United States District Court for the Western District of Washington, the United States District Court for the District of Columbia, the United

J. WILLIAMS DECL. ISO PETITION FOR FEES (No. 2:20-CV-00887-RAJ) –1

150527582.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Tenth Circuit. I have also been admitted *pro hac vice* in numerous other venues. I am an active member in good standing of the Washington State Bar Association. I am an elected member to the American Law Institute, am a long-serving member for Washington to the ABA House of Delegates, and I was elected by Washington State American Bar Association members as the State Delegate to the House of Delegates.

4. Since 1993, I have been employed by Perkins Coie LLP, where I have been a partner since 2000 in the firm's litigation department. My practice focuses on complex civil litigation of all kinds in federal and state courts.

5. I also have extensive experience on pro bono civil rights litigation cases, including *Wilbur et al., v. City of Mount Vernon, et al.*, No. C11-01100 RSL (W.D. Wash.), where we successfully challenged the public defender systems in two Washington cities (Burlington and Mount Vernon) for failure to provide effective assistance of counsel to indigent defendants. After the successful outcome in *Wilbur*, I submitted a declaration in support of plaintiffs' petition for reasonable attorneys' fees and expenses. Judge Lasnik found that my hourly rate, at the time, of $580 was within the prevailing market range for work performed during 2011-2013.

6. As the Seattle Office Managing Partner, my responsibilities include monitoring the firm's financial performance, including oversight of time posted and bills rendered. I also have knowledge of the regional legal market, including the range of hourly billing rates for attorneys and paralegals. Perkins Coie regularly conducts a detailed market analysis of our billing rates using data from independent sources, including proprietary industry studies.

7. Based on industry studies and information from our team of Perkins Coie data analytics experts, I believe the 2020 hourly rate for partner David Perez ($785); associates Carolyn Gilbert ($555), Rachel Haney ($500), Nitika Arora ($455), Paige Whidbee ($410), Rachel Dallal ($410), Malori McGill ($435), Delaney Butler ($435), and Caitlin Hoeberlein

J. WILLIAMS DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –2

150527582.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  ($270); and paralegal Kiyomi Robinson ($290) fall within the reasonable range for attorneys and
2  paralegals with their equivalent skill, experience, and education.

4      Executed this 17th day of December 2020 at Seattle, Washington.
5      I declare under penalty of perjury under the laws of the United States and the State of
6  Washington that the foregoing is true and correct.

By: *James F. Williams*
JAMES F. WILLIAMS

J. WILLIAMS DECL. ISO PETITION FOR FEES (No. 2:20-CV-00887-RAJ) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

150527582.2