THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>DECLARATION OF LISA NOWLIN |

I, Lisa Nowlin, declare and state as follows:

1.  I am a Staff Attorney at the ACLU of Washington and co-counsel for the Plaintiffs in this case. I acknowledge that the facts set forth herein are true and correct and could testify competently to them if called upon to do so

2.  I graduated from New York University School of Law in 2011. I worked for the international law firm Paul Hastings LLP for three years as a litigation associate, focusing on white collar litigation and foreign anti-corruption. Prior to joining the ACLU of Washington, I served as a judicial law clerk for the Honorable Gladys Kessler at the United States District

1  Court for the District of Columbia and was a complex litigation associate at Keller Rohrback,
2  LLP.
3       3.     I am admitted to practice in Washington and California, and am in good standing
4  with the Washington State Bar Association and the State Bar of California. I am admitted to
5  practice in United States District Courts for the Western District of Washington, the Eastern
6  District of Washington, and the United States Court of Appeals for the Ninth Circuit.
7       4.     I have served as counsel on several local state and federal cases, including
8  *Kortlever v. Whatcom County*, No. 2:18-cv-00823 (W.D. Wash. 2019) (class action challenging
9  ban on medication assisted treatment in county jail); *Does v. Trump*, No. C17-0178 (W.D.
10 Wash.) (challenge to the United States' ban on the entry of certain refugees); *Enstad v.
11 PeaceHealth*, No. 2:17-cv-01496 (W.D. Wash. 2019) (challenge to medical plan's exclusion of
12 transition-related care for transgender individuals); and *Banks v. City of Tacoma*, No. 16-2-
13 05416-7 (Wash. Super. Ct. Pierce County) (pending) (litigation related to public records request
14 regarding controversial surveillance technology).
15      5.     My experience and expertise are the basis for the hourly rate of $400 for work I
16 performed in the case before this Court
17      6.     Molly Tack-Hooper is a former Senior Staff Attorney with the ACLU of
18 Washington. She graduated from New York University School of Law in 2009, where she
19 received honors for her dedication to civil rights and civil liberties and her aptitude in this area.
20 After law school, she clerked for a U.S. Magistrate Judge in the Southern District of New York,
21 and then joined the ACLU of Pennsylvania as a Legal Fellow in 2010. From 2011 to 2013, she
22 represented plaintiffs in complex state and federal class actions as an associate at Berger &
23 Montague.
24      7.     From February 2013 until November 2019, she was a staff attorney, and then a
25 senior staff attorney, at the ACLU of Pennsylvania, working out of the Philadelphia office. In
26 that capacity, she represented plaintiffs in constitutional impact litigation in many areas of law,

NOWLIN DECL.
(No. 2:20-cv-00887-RAJ) – 2

with a significant portion of her docket focusing on police misconduct. In November 2019, she relocated to Seattle, Washington, and served as a senior staff attorney at the ACLU of Washington from November 2019 until recently, when she left the ACLU for a position at Earthjustice.

8. Ms. Tack-Hooper's experience and expertise are the basis for the hourly rate of $500 for work she performed in the case before this Court.

9. I excluded time and am not requesting fees for Senior Staff Attorneys John Midgley and Nancy Talner, and Staff Attorney Breanne Schuster, that was spent on meetings regarding litigation strategy and reviewing drafts. I am also not requesting fees for the time our legal interns spent reviewing video footage and case documents.

10. Attached as Exhibit A are time records for my work on this case for which we request compensation. Not all time records were kept contemporaneously. I reviewed my Microsoft Outlook calendar, case notes, and email history to arrive at the total number of hours spent on this case. I did not include any time entries that are not reflected in at least one of those records, or that were not kept contemporaneously.

11. Attached as Exhibit B are time records for Molly Tack-Hooper's work on this case for which we request compensation. These records reflect contemporaneous timekeeping.

Executed this 17th day of December 2020 at Seattle, WASHINGTON.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: /s/ Lisa Nowlin
Lisa Nowlin

NOWLIN DECL.
(No. 2:20-cv-00887-RAJ) – 3

# EXHIBIT A

| Date | Description | Hours |
|---|---|---|
| 9/24/2020 | Research less lethal weapons used by SPD; prepare summary of research for team | 1 |
| 9/24/2020 | Review and revise declarations | 0.7 |
| 9/25/2020 | Correspondence with plaintiffs regarding contempt motion and events at issue | 0.3 |
| 9/25/2020 | Call with M. Schade re protests; prepare draft of M. Schade declaration | 2.5 |
| 9/25/2020 | Correspondence with team re litigation strategy | 0.2 |
| 9/26/2020 | Prepare Mowery declaration; call with K. Mowery | 2 |
| 9/27/2020 | Review and revise Schade declaration; correspondence with M. Schade re edits to declaration | 1.2 |
| 9/27/2020 | Prepare addition to facts section of motion; incorporate facts from declarations; revise motion | 2.9 |
| 9/28/2020 | Finalize Schade declaration | 0.6 |
| 9/28/2020 | Finalize Mowery declaration | 0.1 |
| 9/28/2020 | Review and revise proposed order; communicate with team re proposed order | 0.9 |
| 9/29/2020 | Review and revise draft contempt motion | 1 |
| 10/2/2020 | Review City response filings, declarations, and videos | 1.3 |
| 10/9/2020 | Litigation strategy meeting with Molly TH, Bob C., and David P. | 0.9 |
| 10/14/2020 | Attend case hearing; hearing preparation | 1 |
| 10/15/2020 | Review and revise joint submission draft | 0.3 |
| 10/19/2020 | Correspondence regarding joint submission to court | 0.5 |
| 10/20/2020 | Attend case hearing; hearing preparation | 0.8 |
| 10/26/2020 | Meet with Molly TH re oral argument prep | 0.7 |
| 11/3/2020 | Meet with team re reply strategy | 0.8 |
| 11/3/2020 | Prepare video review spreadsheet; coordinate and correspond with video review team | 1 |
| 11/4/2020 | Review Aug 26 video and prepare notes | 2.8 |
| 11/5/2020 | Review Sept 23 video and prepare notes; revise facts section of reply | 3.3 |
| 11/5/2020 | Review Aug 26 video and use of force reports | 1.4 |
| 11/6/2020 | Review video for Sept 7 and annotate; prepare facts in reply | 3.9 |
| 11/6/2020 | Review and revise reply | 2.1 |
| 11/7/2020 | Review videos, declarations, and use of force reports for reply; prepare notes on videos, declarations, and use of force reports; incorporate facts into reply | 9.3 |
| 11/8/2020 | Review and revise reply | 2.1 |
| 11/8/2020 | Review and revise Chen declaration | 0.2 |
| 11/9/2020 | Review and revise reply; communicate with team regarding edits to reply | 2.2 |
| 11/13/2020 | Legal research and review case law in preparation for oral argument | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 11/15/2020 | Review filings and videos in preparation for oral argument; prepare materials for oral argument | 3.6 |
| 11/16/2020 | Moot for oral argument; edit oral argument notes | 1.9 |
| 11/16/2020 | Prepare, review, and revise chronologies of events | 2.4 |
| 11/16/2020 | Review praecipe filing; communications with team regarding praecipe filing and potential responses | 1.1 |
| 11/17/2020 | Prepare notes for oral argument; review videos and use of force reports | 4.5 |
| 11/18/2020 | Prepare for oral argument; oral argument | 3.25 |
| | **Total:** | 66.25 |
| | Total at rate of $400/hour | $26,500 |

# EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 8/28/2020 | Team call re: contempt and edits to the letter | 1.30 |
| 8/29/2020 | Interviewing JW | 1.00 |
| 8/29/2020 | Interviewing MU | 1.30 |
| 8/29/2020 | Interviewing FP | 1.00 |
| 8/30/2020 | Interviewing SM | 1.00 |
| 8/30/2020 | Interviewing AC | 1.00 |
| 9/8/2020 | Interviewing protesters about 9/7 SPOG rally | 9.00 |
| 9/11/2020 | Compiling evidence for contempt motion | 1.50 |
| 9/12/2020 | Drafting declarations - Servian | 2.40 |
| 9/12/2020 | Drafting declarations - Haughie and Grace | 3.20 |
| 9/13/2020 | Emails re: contempt motion strategy | 0.50 |
| 9/16/2020 | Editing motion for contempt | 4.60 |
| 9/17/2020 | Drafting declaration - Ashton Eby | 0.40 |
| 9/17/2020 | Team call re: motion for contempt | 1.00 |
| 9/17/2020 | Conversations w/BLM reps, follow-up emls | 0.40 |
| 9/17/2020 | Editing motion for contempt | 1.50 |
| 9/17/2020 | Drafting Ashton Eby declaration | 2.70 |
| 9/18/2020 | Drafting Jasper Wensnahan declaration | 3.20 |
| 9/18/2020 | Drafting Wensnahan and Martin declarations | 3.40 |
| 9/19/2020 | Interviewing Mike Scaturo plus follow-up | 1.50 |
| 9/20/2020 | Editing motion | 0.50 |
| 9/20/2020 | Interviewing AM | 0.60 |
| 9/20/2020 | Editing motion | 2.00 |
| 9/20/2020 | Edits to MLH and AE declarations | 1.90 |
| 9/21/2020 | Team emls re: motion strategy | 0.80 |
| 9/21/2020 | Edits to JW Declaration | 2.00 |
| 9/21/2020 | Edits to CM declaration | 1.10 |
| 9/21/2020 | Follow-up interview with CM | 0.50 |
| 9/21/2020 | Edits to CM declaration | 0.40 |
| 9/21/2020 | Team emls re: motion strategy | 0.60 |
| 9/21/2020 | Edits to CM declaration | 1.30 |
| 9/21/2020 | Drafting CK declaration | 1.60 |
| 9/22/2020 | Team emls re: motion strategy | 2.50 |
| 9/23/2020 | Interviewing CT, drafting declaration | 4.70 |
| 9/23/2020 | Interviewing TT about 7/25 | 0.90 |
| 9/23/2020 | Editing AW declaration | 0.20 |
| 9/23/2020 | Drafting SS declaration | 0.70 |
| 9/23/2020 | Editing MS declaration | 0.40 |
| 9/24/2020 | Interviewing witnesses | 0.40 |
| 9/24/2020 | Editing MS declaration | 0.40 |
| 9/24/2020 | Editing JW declaration | 0.60 |
| 9/24/2020 | Interviewing witnesses | 1.00 |
| 9/24/2020 | Editing CM declaration | 0.20 |
| 9/24/2020 | Interviewing witnesses | 0.70 |
| 9/24/2020 | Drafting SS declaration | 0.20 |
| 9/24/2020 | Interviewing witnesses | 1.00 |

| Date | Description | Hours |
|---|---|---|
| 9/24/2020 | Editing EGR declaration | 0.80 |
| 9/24/2020 | Drafting SS declaration | 1.20 |
| 9/25/2020 | Edits to RS and MS declarations | 1.10 |
| 9/25/2020 | Drafting BG declaration | 1.50 |
| 9/25/2020 | Editing CT declaration | 0.50 |
| 9/25/2020 | Editing CT declaration | 0.30 |
| 9/25/2020 | Emails re: BLM motion edits | 0.90 |
| 9/25/2020 | Interviewing AF, drafting declaration | 2.80 |
| 9/25/2020 | Editing motion | 4.10 |
| 9/26/2020 | Interviewing JS, updating declaration | 4.10 |
| 9/27/2020 | Interview w/SS, edits to declaration | 1.50 |
| 9/27/2020 | Interview w/MLH, editing declaration | 1.50 |
| 9/27/2020 | Interview w/SS, edits to declaration | 2.40 |
| 9/27/2020 | Editing brief | 3.50 |
| 10/5/2020 | Drafting email to opposing counsel re: proposed schedule | 1.10 |
| 10/20/2020 | Status conference plus follow-up conversations w/team | 1.60 |
| 10/20/2020 | Interviewing potential witness - DW | 1.50 |
| 11/2/2020 | Reading City's response | 1.40 |
| 11/5/2020 | Drafting reply brief | 4.20 |
| 11/5/2020 | Drafting reply brief | 2.50 |
| 11/5/2020 | Editing Alexandra Chen Declaration | 1.30 |
| 11/7/2020 | Reviewing D's exhibits | 3.00 |
| 11/7/2020 | Reviewing D's exhibits | 2.90 |
| 11/8/2020 | Reviewing D's exhibits | 1.20 |
| 11/9/2020 | Editing reply brief | 2.70 |

**TOTAL**    **118.70**

Total at rate of $500/hour    **$59,350**