THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

NO. 2:20-cv-00887

DECLARATION OF ASSISTANT CHIEF LESLEY CORDNER IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS

NOTE ON MOTION CALENDAR:
December 18, 2020

I, Lesley Cordner, being familiar with the facts set forth herein based on my personal knowledge and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am the Assistant Chief of the Professional Standards Bureau which contains SPD Audit Policy & Research, the Force Investigation Team, the Force Review Unit, the Force Review Board, as well as the Education and Training Section.

2. In my prior declaration in this matter, I explained the process and timelines by which use of force is documented and reviewed, under policy, and explained the circumstances –

DECLARATION OF ASSISTANT CHIEF LESLEY CORDNER IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS- 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

including staffing and budget constraints – that made even the 30-day timeline set by policy for this process unworkable. To date, these staffing and budget constraints have only become tighter, and as 911 calls for service pull officers away from administrative aspects of their duties, extensions of time to complete and review statements have been regularly authorized, consistent with policy.

3. For all of the reasons that the 30-day turnaround for force reporting and review has been compromised, including continuing restrictions on staffing and the use of overtime, the Plaintiffs' proposed five-day turnaround for reporting and collection of concurring BWV is impossible.

I declare on penalty of perjury under the laws of the State of Washington that the foregoing statements of fact and of my opinions are true and correct to the best of my knowledge.

DATED this 17th day of December, 2020, at Seattle, King County, Washington.

_____
ASSISTANT CHIEF LESLEY CORDNER

DECLARATION OF ASSISTANT CHIEF LESLEY CORDNER IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS- 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200