THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-887<br><br>SUPPLEMENTAL DECLARATION OF DAVID A. PEREZ IN SUPPORT OF PLAINTIFFS' PETITION FOR ATTORNEYS' FEES |

I, David A. Perez, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a partner at Perkins Coie LLP, and I serve as lead counsel for Plaintiffs in the above-entitled action. I submit this supplemental declaration in support of Plaintiffs' Petition for Attorneys' Fees.

3. I reviewed every time entry submitted to this Court and removed clerical or irrelevant entries. Each time entry submitted to this Court, including those that the City categorizes as "clerical"—such as "analyze City's letter," "attend case team meeting regarding strategy, next steps,

D. PEREZ DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –1

150561436.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

and assignments," "review witness declarations," and "strategy regarding joint submission," among others—would be billed to a client in any standard matter.

4. I also removed duplicitous entries. For example, other associates who have performed significant work in this case stayed abreast of events leading to Plaintiffs' Contempt Motion and helped assess strategy and attended strategy calls. However, I removed these associates' time entries if they were not actively involved in the development of Plaintiffs' fact-gathering and briefing.

5. The suggestion that Perkins Coie "overstaffed" this case is without merit. I staffed this case as I would for any client, particularly given the complex and time-sensitive issues this case presents. Notably, I am the *sole partner* on the matter. By contrast, the City's Response is signed by four partners at the Christie Law Group, and two senior Assistant City Attorneys.

6. Eight associates worked on these contempt proceedings, to varying degrees. Most hours are billed by two mid-level associates: Rachel Haney and Carolyn Gilbert. When possible, they delegated work to junior associates.

7. As the City has acknowledged numerous times, the contempt proceedings were highly fact-intensive, both in building the facts necessary to bring Plaintiffs' motion and in reviewing the City's evidence.

8. Bringing contempt against the City was not an easy decision, and marshalling the evidence, legal research, and arguments necessary to prevail on our motion required a significant amount of work. Our team worked nights and weekends, interviewing witnesses, reviewing videos and documentary evidence, and performing legal research. We are proud that these associates raised their hands to work on this very important case.

9. The hourly rates submitted to this Court are the standard rates that Perkins Coie charges for work performed by each attorney to a paying client billed by the hour.

D. PEREZ DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –2

150561436.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

10. The City refers to my hourly rate ($515) for my work with the Seattle Community Police Commission ("CPC") and for the work of an associate Anna Thompson ($350).[1]  *See* ECF 176 at 3; Declaration of Ghazal Sharifi ("Sharifi Decl.") ¶ 3. The City is not being candid with the Court, and their representations are highly misleading.

11. First, the rates I charge the CPC are deeply discounted from my hourly rates for other clients, including public entities and nonprofit organizations. That was a one-time decision we made as a firm given the importance of the Consent Decree case, and is not at all reflective of what we would charge other clients. Perkins Coie should not be penalized in this case for trying to give the Community Police Commission a discount.

12. Second, and more importantly, the rates we charge the CPC were set *in 2018* (before I became partner), and haven't changed since then out of a courtesy to the CPC. But I am now a partner, and those rates are nearly three years old. Again, Perkins Coie should not be penalized for extending a courtesy to the CPC, and freezing its 2018 rates for the purposes of the Consent Decree case.

13. Further, the City references rates that this Court awarded Perkins Coie attorneys in the matter *Wagafe v. Trump*, No. 2:17-v-00994, ECF 356.  *See* ECF 176 at 4, Sharifi Decl. ¶ 4. Once again, the hourly rates that this Court determined were reasonable in that matter were from 2018. My hourly rate of $575 was before I became a partner in 2019. The rates utilized in that matter were also lower than that which we typically bill our clients.[2]

---

[1] Contrary to the City's representations, Ms. Thompson and Ms. Gilbert are in the same associate class year.

[2] The City recognizes in its Response that the appropriate analysis is the standard rate charged to paid clients. *See* ECF 176 at 3 (citing *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 551, 130 S. Ct. 1662 (2010) and *Welch v. Metropolitan Life Ins. Co.*, 480 F.3d 942, 946 (9th Cir. 2007) for the rule that that courts apply rates that private attorneys would charge their paying clients on work of similar complexity).

D. PEREZ DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –3

150561436.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Executed this 21st day of December 2020 at Seattle, Washington.

2  I declare under penalty of perjury under the laws of the United States and the State of

3  Washington that the foregoing is true and correct.

4

5  By: *s/ David Perez*

6  DAVID A. PEREZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

D. PEREZ DECL. ISO PETITION FOR
FEES (No. 2:20-CV-00887-RAJ) –4

150561436.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000