THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,

                          Plaintiffs,

v.

CITY OF SEATTLE,

                          Defendant.

NO.  2:20-cv-00887-RAJ

[PROPOSED]

ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION AND REQUEST TO SUPPLEMENT THE RECORD

Noted on Motion Calendar:
December 21, 2020

THIS MATTER having come on regularly before this Court on Defendant's Motion for Reconsideration and Request to Supplement the Record, the Court having reviewed the pleadings and files in this matter, including those materials submitted in conjunction with the underlying Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in Contempt for Violating the Preliminary Injunction, and specifically including the following:

(1) The City of Seattle's Motion for Reconsideration and Request for Leave to Supplement the Record re Plaintiffs' Motion to Hold the City in Contempt;

ORDER GRANTING DEFENDANT'S
MOTION FOR RECONSIDERATION AND
REQUEST TO SUPPLEMENT THE RECORD
(2:20-cv-00887-RAJ) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1    (2)  Declaration of Robert L. Christie with exhibits;

2    (3)  Declaration of John Brooks;

3    (4)  Declaration of Erik Eastgard with exhibits;

4    (5)  Declaration of Riley Caulfield;

5    (6)  Declaration of Matthew Didier with exhibits;

6    (7) _____;

7    (8) _____;

8    (9) _____;

9    (10)_____;

10    (11)_____.

11    and being otherwise fully advised in this matter;

12        IT IS HEREBY ORDERED, ADJUDGED AND DECREED for good cause shown that

13    Defendant's Motion for Reconsideration is GRANTED and the record is hereby supplemented.

14    Plaintiffs' Motion for Order to Show Cause Why the City of Seattle Should Not Be Held in

15    Contempt for Violating the Preliminary Injunction is hereby DENIED and Plaintiffs' Motion for

16    Attorneys' Fees and Costs is DENIED.

17        DONE IN OPEN COURT/CHAMBERS THIS _____ day of December, 2020.

18

19                                    _____
                                      THE HONORABLE RICHARD A. JONES
                                      United States District Court Judge
20

21

ORDER GRANTING DEFENDANT'S                **CHRISTIE LAW GROUP, PLLC**
MOTION FOR RECONSIDERATION AND            2100 WESTLAKE AVENUE N., SUITE 206
REQUEST TO SUPPLEMENT THE RECORD          SEATTLE, WA 98109
(2:20-cv-00887-RAJ) - 2                   206-957-9669

1    Presented by:

2                                        CHRISTIE LAW GROUP, PLLC

3                                        By _____/s/ Robert L. Christie_____
                                            ROBERT L. CHRISTIE, WSBA #10895
4                                            THOMAS P. MILLER, WSBA #34473
                                            ANN E. TRIVETT, WSBA #39228
5                                            MEGAN M. COLUCCIO, WSBA #44178
                                            Attorneys for Defendant City of Seattle
6                                            2100 Westlake Avenue N., Suite 206
                                            Seattle, WA 98109
7                                            Phone: 206-957-9669
                                            Email: bob@christielawgroup.com
8                                                    tom@christielawgroup.com
                                                    ann@christielawgroup.com
                                                    megan@christielawgroup.com
9

10                                       PETER S. HOLMES
                                        Seattle City Attorney
11

12                                       By _____/s/ Ghazal Sharifi_____
                                            GHAZAL SHARIFI, WSBA# 47750
                                            CAROLYN U. BOIES, WSBA #40395
13                                           Attorneys for Defendant City of Seattle
                                            Assistant City Attorneys
14                                           Seattle City Attorney's Office
                                            701 Fifth Avenue, Suite 2050
15                                           Seattle, WA 98104
                                            Phone: 206-684-8200
16                                           E-mail:  Ghazal.Sharifi@seattle.gov
                                                    Carolyn.Boies@seattle.gov

17

18

19

20

21

ORDER GRANTING DEFENDANT'S
MOTION FOR RECONSIDERATION AND
REQUEST TO SUPPLEMENT THE RECORD
(2:20-cv-00887-RAJ) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669