# EXHIBIT A

| Officer Name | Date | OC Spray | Blast Balls | Less Lethal Rounds |
|---|---|---|---|---|
| A(1) | 8/26/20 | | 1 | |
| A(2) | 8/26/20 | | | |
| A(3) | 8/27/20 | 3 | | |
| A(4) | 8/26/20 | | | |
| A(5) | 8/26/20 | 1 | | |
| A(6) | 8/26/20 | | | |
| A(7) | 8/27/20 | 2 | | |
| B(1) | 9/7/20 | | 3 | |
| B(2) | 9/7/20 | | | 5 |
| B(3) | 9/7/20 | 3 | | |
| B(4) | 9/7/20 | | 2 | |
| B(5) | 9/7/20 | 2 | | |
| B(6) | 9/7/20 | 2 | 3 | |
| B(7) | 9/7/20 | | 2 | |
| B(8) | 9/7/20 | 3 | | |
| B(9) | 9/7/20 | 3 | | |
| B(10) | 9/7/20 | | 4 | |
| B(11) | 9/7/20 | | 2 | |
| B(12) | 9/7/20 | | 1 | |
| B(13) | 9/7/20 | 4 | | |
| B(14) | 9/7/20 | | 2 | |
| B(15) | 9/7/20 | 1 | | |
| B(16) | 9/7/20 | | 1 | |
| B(17) | 9/7/20 | 1 | 2 | |
| B(23) | 9/7/20 | | | |
| B(18) | 9/7/20 | | 1 | |
| B(19) | 9/7/20 | 1 | | |
| B(20) | 9/7/20 | | | |
| B(21) | 9/7/20 | | | |
| B(22) | 9/7/20 | 1 | | |
| B(24) | 9/7/20 | | | |
| B(26) | 9/7/20 | 1 | | |
| B(27) | 9/7/20 | | | |
| B(28) | 9/7/20 | | | |
| B(29) | 9/7/20 | 1 | | |
| B(30) | 9/7/20 | | | |
| B(32) | 9/7/20 | | | |
| B(33) | 9/7/20 | | | |
| B(34) | 9/7/20 | 1 | | |
| B(35) | 9/7/20 | | | |
| B(36) | 9/7/20 | | | |
| B(37) | 9/7/20 | | | |
| B(38) | 9/7/20 | 1 | | |
| B(39) | 9/7/20 | 6 | 4 | |
| B(40) | 9/7/20 | | | |
| B(41) | 9/7/20 | | | |
| B(42) | 9/7/20 | | | |

| Officer Name | Date | OC Spray | Blast Balls | Less Lethal Rounds |
|---|---|---|---|---|
| C(1) | 9/22/20 | | 1 | |
| D(1) | 9/23/20 | | 4 | |
| D(2) | 9/23/20 | 1 | | |
| D(3) | 9/23/20 | | | 5 |
| D(4) | 9/23/20 | | 3 | |
| D(5) | 9/23/20 | 2 | | |
| D(6) | 9/23/20 | 1 | | |
| D(7) | 9/23/20 | | 6 | |
| D(8) | 9/23/20 | | 3 | |
| D(9) | 9/23/20 | | | |
| D(10) | 9/23/20 | 2 | | |
| D(11) | 9/23/20 | | 4 | |
| D(12) | 9/23/20 | | 5 | 2 |
| D(13) | 9/23/20 | 2 | | |
| D(14) | 9/23/20 | | | |
| D(15) | 9/23/20 | | 1 | |
| D(16) | 9/23/20 | | | |
| D(17) | 9/23/20 | | | |
| D(18) | 9/23/20 | 1 | | |
| D(19) | 9/23/20 | 4 | 5 | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | **OC** | **BB** | **Less Lethal** |
| | | 50 | 60 | 12 |
| | | | | |
| **TOTAL DEPLOYMENTS** | | **122** | | |

# EXHIBIT B

# TYPE II USE OF FORCE
# CROWD MANAGEMENT
# INVOLVED OFFICER STATEMENT GUIDE

| Instructions: |
|---|
| Please provide a detailed narrative answer to each of the questions asked. The listed bullet points are not specific to your incident and may or may not apply. |

Please read the following for information on what you might include in your statement. Every incident is different so not everything will apply and your use of force might have information that should be included that is not listed. This is a guide only.

At the bottom of this guide is the cut and paste section. Fill out your statement using the format included and then cut and paste your response into your Blue Team entry. If your response exceeds the character limits, save the entire statement and attach a .pdf or Word copy of it to your Blue Team entry after having it reviewed by a supervisor.

**Preface:**

    A. In-person supervisor screening:

    Supervisor's name/rank/serial number, date/time/location

    **Example:**

- I.E. I screened my use of force with Sgt. Smith #1234 11/22/2020 1400 hrs. at 5 Av /Jackson St.

    B. ICV and BWV recorded: If not, why not

    **Example:**
- I was not BWV equipped because I am in a Unit not assigned BWV, was not issued one, and/or have not been trained to use one.
- I only turned on my BWV when a crime was committed, otherwise it was kept off in accordance with 16.090-POL-1.5.g Recording Protected Activity/Demonstrations.

    C. Note if you reviewed and BWV, ICV, or other video prior to statement.

**Pre-Arrival/Arrival**

A. Your relevant training/experience – please include any Demo Management Training and/or Experience with Demonstrations in the past (keep it brief).
B. Sworn SPD Officer/Detective wearing UO Gear. (List Gear if more than in uniform such as Helmet, Chest protector, Baton, etc.)
C. Location: 123 Main Street, Cal Anderson park
D. Information received from briefing/supervisor: Riot, Protest, Weapons involved, etc.
E. What was happening when you arrived/first observed the demonstrators?
   a. People / other officers on scene.  Activity occurring, dangers, citizens exposed…
   b. Buildings, vehicles
   c. Environmental factors: weather, lighting


**Legal Authority / Lawful Purpose:**

A. Legal Authority (Explain in Detail):
   i. Public area, Street, Park, Open to public
   ii. Exigency- Crime inside a normally protected place.  Store being looted.
B. Lawful Purpose (Explain in Detail):
   a. Riot - 100 Subjects were inciting violence and causing property damage
   b. Looting – P.C. to arrest for property damage
   c. Assault – Subject were throwing rocks, bottles, at officers.  P.C. to arrest for assault and/or clear the area to prevent further violence.

   **Example:**

   Legal Authority: All of my force occurred on City of Seattle streets.

   Lawful Purpose: The rioters were actively assaulting Officers by throwing objects at them.

   Legal Authority- City Street open to the public

   Lawful Purpose- Protect Officers from Assaults by protestors and to keep Protestors from picking up objects to throw at officers.


**Contact with Subject(s): (If feasible)**

A. How did you make your presence and authority clear?
   i. Uniform – UO Gear
   ii. Verbal identification, commands, instructions, orders
      i. "Move back," stomp and drag, bicycle line, fence line, etc.
B. Contact with involved subject(s) – On line or during bicycle movement

      i. Observed Details
- Physical/verbal reaction to officer
- Chants / statements made
- Size of crowd / Movement

**Example:**

- All officers involved were wearing clear police markings and in full uniform.  There were police vehicles clearly visible and several PA announcements were made to the crowd identifying who we were and what our intent was.  The crowd clearly knew and understood we were the police because there were chants and signage bearing anti-police sentiment.
- I made no personal contact with any subjects. They typically were between 10-300 feet away.
- No physical contact was made with any of the subjects as they were at minimum 10 to 15 yards away.
- During a line movement, I ordered the subjects to "Move Back" and pressed my wooden baton outward to create distance.  I did not make contact with anyone during the line movement.

**De-Escalation Techniques Employed:**

A. Communication
    i. Advisements/warnings – Prior to deploying OC/Blue Nose/etc.
    ii. Clear instructions - heard by everyone
    iii. Avoiding language, such as taunting or insults, that could escalate the incident
B. If De-escalation was not safe or feasible, explain why not

**Example:**

a. The commander attempted to get the crowd to disperse many times with a dispersal order, but the unruly crowd refused to leave. In the order the commander made it clear what would happen if they did not leave.  The crowd continued to throw rocks at the line, making de-escalation not feasible.
b. During the initial deployment de-escalation was not feasible or safe as the rioters were actively assaulting Officers.
c. Multiple lawful dispersion orders were given to the rioters, including a timed countdown, and instructions for avenues of escape and egress. Protestors were given every opportunity to leave the area, and also to comply with ordered curfew.  They refused to comply, making de-escalation not safe or feasible.

**Threat Assessment/Decision Made**

A. Did the subject(s) pose a threat to you, another person, or another officer?
B. Describe the threat in detail or why you believed there was a threat.
C. Decision based on information:
    i. Arrest/Clear Area
    ii. Deploy Chemical Agent
    iii. OC
    iv. Blast Ball
D. Include any Tactical Decisions and Scene Control you employed

**Example:**

- I perceived threats based on observations of each action of the suspects targeted. They were either throwing objects at Officers, trying to defeat our chemical agents or aggressing towards officers who were looking the other way and I was fearful that they were trying to assault officers.
- I could see the subjects attempting to light fires in the street, moving dumpsters and other large objects into the street attempting to impede our progress as we worked to push them from the area. The subjects continued their assault by throwing heavy objects at officers, including myself. I made the decision to defend myself and other officers by using less lethal OC to stop the assault.

**Use of Force:**

Detailed description of the force used by you during the incident <u>and any force you clearly observed used by other officers.</u>

A. Words, Actions or Threat posed by subject that necessitated the use of force:
    i. Fighting with officers
    ii. Assault
    iii. Resist Arrest
B. De-escalation and continued attempts and the effect on the subject if feasible
    i. Verbal de-escalation
        - Warnings/commands to subject.
C. Force Used and Lawful purpose of the force used:
    i. Gain control
    ii. Protect yourself or others from a threat of immediate harm
    iii. Stop a potential deadly threat
    iv. Warning given? If not feasible, why not?
D. Explain your decision to use a technique or Less Lethal Device, based on feasible options
    i. Proportionality of force
    ii. How did the totality of circumstances affect the force used?

      iii. "No reasonably effective alternative…."
- E. Explain effectiveness or lack of effectiveness of employed techniques
    - i. Was this a trained technique? Where were you instructed in this technique?
    - ii. Were you able to apply the technique properly? Explain why or why not.
        - If effective, describe assessment and modulation of force
            - Describe control of or compliance of subject
        - If not effective, explain why not and how you progressed from there
    - iii. When and How was your force modulated?
- F. Restraint of subject. (handcuffs gauged/double-locked, hobbles, full restraint position)

**Medical Aid and Evaluation:**

- A. Injuries/Medical Aid
    - i. Any complaint of pain, complaint of injury, apparent injury, or absence of injury to subject (before and after the force was used)
    - ii. Did you offer Medical aid (who provided and where provided)? Why not offered?
    - iii. Refusal of medical aid by subject
    - iv. Injuries to yourself

**Resolution:**

If subject arrested, where were they transported?

**Note:** By SPD Policy you must <u>document every use of force throughout the incident</u>. This includes your Lawful Authority/Lawful Purpose for the contact, De-escalation, Threat Assessment/Decisions made, Force used, Medical Aid, and Resolution. You may do this in one statement, but you must separate out each use of force.

For example: If you used force in one continuous push from 4/Cherry to 5/Cherry, most of the reasoning would be included in one summary.

But if you use force separated by distance and/or time, you will have to explain the reasoning for the force for each application.

**Copy and Paste Template Below. Using the above guide as a reference, please write your narrative below and cut and paste it into your Blue Team entry after having it reviewed by a supervisor.**

**Reference Checklist: (Check these off as you cover them in your detailed narrative):**

| TOPIC | ✓ | TOPIC | ✓ |
|---|---|---|---|
| PRE-ARRIVAL DETAILS / BRIEFING | | DECISIONS MADE & ORDERS GIVEN AND RECEIVED | |
| ARRIVAL | | THREAT ASSESSMENT | |
| LEGAL AUTHORITY & LAWFUL PURPOSE | | FORCE USED | |
| CONTACT WITH SUBJECT (S) | | MEDICAL AID AND EVALUATION | |
| DE-ESCALATION | | RESOLUTION | |

**Copy and Paste Template Below.  Using the above guide as a reference, please write your narrative below and cut and paste it into your Blue Team entry after having it reviewed by a supervisor.**

**EVENT/GO#:**

**DATE OF OCCURRENCE:**

**STATEMENT OF:**

> This is a true and involuntary statement given by me in compliance with Section 8.400 of the Seattle Police Department manual order by           .  I DO / DO NOT invoke my Garrity rights prior to giving this statement.
>
> **Preface**:
> A. In-person supervisor screening:
> B. ICV/BWV recorded:

**DETAILED NARRATIVE:**

**ADDITIONAL INFORMATION**: