THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | NO.  2:20-CV-00887-RAJ<br><br>NOTICE OF FIRM NAME CHANGE<br><br>***Clerk's Action Required*** |

TO:            Clerk of the above-entitled court;

AND TO:    All Parties and Their Counsel.

    PLEASE TAKE NOTICE, effective immediately, the firm name of Christie Law Group, PLLC has changed to Baker Sterchi Cowden & Rice, LLC.  The new contact information is as follows, and all future pleadings and papers, exclusive of original process, are to be served and addressed to said attorneys at Baker Sterchi Cowden & Rice, LLC at the contact information listed below (Please note that email addresses have changed but phone numbers remain the same):

NOTICE OF FIRM NAME CHANGE
(2:20-CV-00887-RAJ) - 1

**BAKER STERCHI COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Robert L. Christie, WSBA #10895
Megan M. Coluccio, WSBA #44178
Baker Sterchi Cowden & Rice, LLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Fax: 206-352-7875
Email: bob.christie@bakersterchi.com
megan.coluccio@bakersterchi.com

DATED this 4th day of September 2024.

**BAKER STERCHI COWDEN & RICE, LLC**

By   *s/ Robert L. Christie*
ROBERT L. CHRISTIE, WSBA #10895
MEGAN M. COLUCCIO, WSBA #44178
Attorneys for Defendant
2100 Westlake Avenue N., Suite 206
Seattle, WA  98109
Telephone:  (206) 957-9669
Fax:  (206) 352-7875
Email:  bob.christie@bakersterchi.com
megan.coluccio@bakersterchi.com

NOTICE OF FIRM NAME CHANGE
(2:20-CV-00887-RAJ) - 2

**BAKER STERCHI COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669