THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, SEATTLE POLICE DEPARTMENT,<br><br>Defendant. | No. 2:20-cv-00887-RAJ<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Western District of Washington and the Court's Order (Dkt. No. 205), Plaintiffs Black Lives Matter Seattle-King County et al. and Defendant City of Seattle (collectively the "Parties") submit the following Joint Status Report and Discovery Plan:

**1.      Statement of the Nature and Complexity of the Case.**

Plaintiffs' claims arise out of Defendant's response to 2020 protests after the murder of George Floyd and Defendant's crowd control policies, including Defendant's use of "less-lethal" weapons. Plaintiff alleges, *inter alia*, claims of violation of the First and Fourth Amendments to the United States Constitution. Defendant denies Plaintiffs' allegations and asserts affirmative

JOINT STATUS REPORT AND
DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –1

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

defenses, including, but not limited to, lack of standing, that Defendant cannot be held liable on a *respondeat superior* basis, and Plaintiffs are not entitled to declaratory relief. Plaintiffs filed a motion for a Temporary Restraining Order, which the Court granted in part. The Parties stipulated to a Preliminary Injunction and a subsequent stay of proceedings pending disposition of an injunction on the Seattle City Council's Less Lethal Weapons Ordinance entered by Judge Robart in *United States v. City of Seattle,* 12 cv 1282. (Dkt. 110). On September 3, 2025, Judge Robart lifted the injunction on the Less Lethal Weapons Ordinance, approved updated crowd management policies of the Seattle Police Department and terminated the consent decree. *See United States v. City of Seattle,* 12 cv 1282, Dkts. 839-840. Now the parties submit this Joint Status Report resuming this matter following a five-year stay. The parties are negotiating a possible resolution to this case. If negotiations are unsuccessful, the City intends to move to terminate the injunction and for summary judgment. Plaintiffs intend to begin discovery starting with document productions from the City, and key depositions of current and former officials who ordered the use-of-force at issue in this litigation. The City reserves the right to object to Plaintiffs' proposed scope of discovery.

**2.     Proposed Deadline for Amending the Complaint and for Joining Additional Parties.**

Plaintiffs respectfully propose a deadline of November 3, 2025, for amending the complaint and for joining additional parties. The City intends to oppose any amendment to the Complaint and requests that Plaintiffs be required to seek leave for any such amendment.

**3.     Assignment to Magistrate Judge.**

No.

**4.     Proposed Discovery Plan:**

    A.     <u>Initial Disclosures.</u>  December 3, 2025.

    B.     <u>Subject, Timing, and Potential Phasing of Discovery.</u>  The Parties expect the topics for discovery to include all asserted claims and defenses.

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –2

Perkins Coie LLP
1301 Third Avenue, Suite 4200
Seattle, WA  98101-3804
Phone:  206.359.8000
Fax:  206.359.9000

Discovery will be completed at least 120 days prior to the proposed trial date.

C. <u>Electronically Stored Information.</u>  The Parties do not currently seek additional management on discovery issues.  The Parties do not anticipate electronic discovery to be onerous at this point in time. Plaintiffs, however, note that the City will have to produce video files, e-mails, and other documents concerning the use-of-force that occurred in June – September 2020, and make its witnesses (including former officials) available for depositions. The City reserves the right to object to the scope of the requested discovery and will meet and confer with Plaintiffs before bringing any discovery motions before this Court, consistent with the Court's standing order.

D. <u>Privilege Issues.</u>  The Parties agree that there are no unique or special privilege issues in this matter.

E. <u>Proposed Limitations on Discovery.</u>

    i. Given the posture of the current litigation, the City proposes limitation on discovery to be limited in scope to what has occurred since the stipulated amended preliminary injunction and stay entered in August 2020 for the Court and parties to evaluate the necessity of a continuing injunction.

    ii. For their part, Plaintiffs still have *claims* in this litigation, including claims that give rise to attorneys' fees and damages. To that end, Plaintiffs need discovery to prosecute their claims that the use-of-force which occurred in June-September 2020 was illegal and unconstitutional as a matter of law, and that the City should be held liable. The City objects to this characterization of the

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –3

Perkins Coie LLP
1301 Third Avenue, Suite 4200
Seattle, WA  98101-3804
Phone:  206.359.8000
Fax:  206.359.9000

Complaint. The Plaintiffs do *not* have any causes of action seeking damages.

F. <u>Discovery Related Orders.</u>  The Parties anticipate seeking entry of a protective order to protect sensitive matters, such as personal identity information and tactical/training information, the public disclosure of which would compromise effective law enforcement, or as otherwise permitted under the Federal Rules of Civil Procedure. Plaintiffs note, however, that much of the discovery in this case should and will be made public and will resist any efforts to add unnecessary confidentiality designations.

5. **Local Civil Rule 26(f)(1)**

   A. <u>Prompt Case Resolution.</u>  The Parties have communicated about the potential resolution of this matter and will update the Court accordingly.

   B. <u>Alternative Dispute Resolution.</u>  The Parties intend to pursue mediation pursuant to Local Civil Rule 39.1 at least 60 days prior to the proposed trial date.

   C. <u>Related Cases.</u>  There are currently no related cases pending in the United States.

   D. <u>Discovery Management.</u>  The Parties anticipate cooperating with respect to discovery issues as outlined herein, and will cooperate to simplify pretrial matters related to the case to the extent possible.  The Parties anticipate agreeing to email service of discovery documents, where possible.

   E. <u>Anticipated Discovery Sought.</u>

   F. Plaintiffs anticipate seeking discovery concerning the claims they have filed; namely, that the City's use of force during the months of June-

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –4

Perkins Coie LLP
1301 Third Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

September 2020 was illegal and violated Plaintiffs' constitutional rights. To that end, Plaintiffs anticipate seeking documents (including e-mails, text messages, video files, internal analyses and disciplinary results, etc.), and depositions of key witness including current and former City officials and police officers. The City reserves the right to object to the scope of the requested discovery and will meet and confer with Plaintiffs before bringing any discovery motions before this Court, consistent with the Court's standing order.

    i. The City anticipates discovery limited to the Court's assessment and need for a continuing preliminary/permanent injunction.

G. <u>Phasing.</u>  Phasing is not currently required in this case, but may be proposed at a later point in the case, depending on case development, needs, and circumstances.

H. <u>Preservation of Discoverable Information.</u> The Parties do not currently anticipate any issues regarding the perseveration of evidence, which may also involve obtaining materials from third parties.

    i. <u>Plaintiffs note, however, that they have not received full discovery responses from the City and therefore cannot state with certainty whether the City has preserved the information that it should have been preserving.</u>

I. <u>Privilege Issues.</u>  The Parties agree that there are no unique or special privilege issues in this matter. Parties agree to handle inadvertent production of privileged information pursuant to Fed. R. Evid. 502(d) and (e) or otherwise in accordance with procedures agreed to by the parties.

J. <u>Model Protocol for Discovery of ESI.</u>  The Parties agree to adopt the Model Agreement regarding Discovery of ESI to the extent that discovery

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –5

Perkins Coie LLP
1301 Third Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

of such information arises in this case, with modifications agreed to by both Parties. The Parties intend to negotiate modifications to the Model Agreement prior to the September 30, 2020, expiration of the Stipulated Order Entering a Preliminary Injunction.

K. <u>Alternatives to Model Protocol.</u>  See above.

**6.   Discovery Cut-off.**

The Parties propose 120 days before trial as a deadline for completion of discovery.

The Plaintiffs propose that the parties will be permitted to conduct expert discovery up to 45 days after the disclosure of expert reports and/or rebuttal expert reports mandated under Fed. R. Civ. P. 26(a).

The City proposes phasing expert disclosures to mitigate against the need for multiple rebuttal experts. The Parties propose Plaintiffs disclose experts first; then the Defendant propose experts 60 days thereafter. The Plaintiffs shall then have 30 days to propose any further rebuttal experts. All other expert discovery and supplemental reports by the Parties shall occur 45 days and the final disclosure deadline.

**7.   Bifurcation.**

Bifurcation is not anticipated at this time.

**8.   Trial Date.**

The Parties' earliest availability for trial is September 2026.

**9.   Jury.**

Plaintiffs propose a jury trial. The City believes that a bench trial is appropriate as the issues in this case are one of equity and not of law.

**10.   Length of Trial.**

The parties estimate approximately 5 to 10 court days.

**11.   Trial Counsel.**

***Attorneys for Plaintiffs***

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –6

Perkins Coie LLP
1301 Third Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

David A. Perez
Heath Hyatt
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DPerez@perkinscoie.com

Robert S. Chang
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697
Telephone: 949.824.3034
Email: rchang@law.uci.edu

La Rond Baker
American Civil Liberties Union of Washington Foundation
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
Email: baker@aclu-wa.org

***Attorneys for Defendant***
Ghazal Sharifi
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Telephone: (206) 684-8200
Email:
   Ghazal.Sharifi@seattle.gov

Robert L. Christie
Megan M. Coluccio
John Barry
Baker Sterchi Cowden & Rice LLC
2100 Westlake Ave. N., Suite 206
Seattle, Washington 98109
Telephone:   206.957.9669 |
 bob.christie@bakersterchi.com
megan.coluccio@bakersterchi.com
john.barry@bakersterchi.com

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –7

**Perkins Coie LLP**
1301 Third Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

**12.   Trial Date Conflicts.**

Plaintiffs are available for trial in September, October, and December 2026 and unavailable in November 2026

Counsel for defendant is available for trial in October, November and December 2026 and unavailable June and September, 2026 and January, February, March 2027.

**Corporate Disclosure Statement.**

The Parties filed their disclosure statements as required by Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1 on the following dates:

- Plaintiffs: June 9, 2020.
- Defendant: Not applicable.

**13.   Service.**

Defendant was served with the Complaint on June 9, 2020.

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –8

DATED: October 3, 2025

By: s/ David A. Perez
By: s/ Heath Hyatt
David A. Perez #43959
Heath Hyatt, #54141

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DPerez@perkinscoie.com
HHyatt@perkinscoie.com

By: s/ La Rond Baker

**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
Email: baker@aclu-wa.org

By: s/ Robert S. Chang
Robert S. Chang, #44083

**Fred T. Korematsu Center for Law and Equality**
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697
Telephone: 949.824.3034
Email: rchang@law.uci.edu

*Attorneys for Plaintiffs Black Lives Matter Seattle-King County, Abie Ekenezar, Sharon Sakamoto, Muraco Kyashna-tochá, Alexander Woldeab, Nathalie Graham, and Alexandra Chen*

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –9

Perkins Coie LLP
1301 Third Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000

By: s/ Ghazal Sharifi
By: s/ Carolyn Boies
Ghazal Sharifi, #47750
Carolyn Boies, #40395

**Seattle City Attorney's Office**
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Telephone: (206) 684-8200
Email: Ghazal.Sharifi@seattle.gov
Carolyn.Boies@seattle.gov

*Attorneys for Defendant City of Seattle*


By: s/ Robert L. Christie
By: s/ Megan M. Coluccio
Robert L. Christie, #10895
Megan M. Coluccio, #44178
John W. Barry, #55661

**Baker Sterchi Cowden & Rice LLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
Email: bob.christie@bakersterchi.com
megan.coluccio@bakersterchi.com
john.barry@bakersterchi.com

*Attorneys for Defendant City of Seattle*

JOINT STATUS REPORT AND DISCOVERY PLAN (No. 2:20-cv-00887-RAJ) –10

**Perkins Coie LLP**
1301 Third Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000