The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, AND ALEXANDRA CHEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-CV-00887 RAJ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiffs, above-named, and the defendant, the City of Seattle, that this matter has been fully settled and compromised as between the plaintiffs and defendant, and may therefore be dismissed with prejudice and without costs or attorneys' fees to

///

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1

2:20-CV-00887 RAJ

Erika J. Evans
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

either party. Consistent with dismissal, the preliminary injunction is lifted pursuant to the parties' resolution of this case.

DATED this ___30th___ day of ___January___, 2026

| ERIKA J. EVANS<br>Seattle City Attorney<br><br>By: *[signature]*<br>Ghazal Sharifi, WSBA# 47750<br><br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 684-8200<br>E-mail: Ghazal.Sharifi@seattle.gov<br>*Attorney for City of Seattle* | ACLU OF WASHINGTON<br><br>By: *[signature]*<br>La Rond Baker, WSBA #43610<br><br>ACLU of Washington<br>P.O. Box 2728<br>Seattle, WA 98111<br>(206) 624-2184<br>Email: baker@aclu-wa.org<br>*Counsel for Plaintiffs* |
|---|---|
| FRED T. KOREMATSU CENTER<br><br>By: *[signature]*<br>Robert S. Chang, WSBA #44083<br><br>UC Irvine School of Law<br>401 E. Peltason Dr.<br>Irvine, CA 92697<br>Phone: (949) 824-3034<br>E-mail: rchang@law.uci.edu<br>*Counsel for Plaintiffs* | PERKINS COIE LLP<br><br>By: *[signature]*<br>David A. Perez, WSBA No. 43959<br><br>Perkins Coie LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101-3804<br>Telephone: +1.206.359.8000<br>E-mail: DPerez@perkinscoie.com<br>*Counsel for Plaintiffs* |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2

2:20-CV-00887 RAJ

**Erika J. Evans**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

## ORDER

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiff and the defendant City of Seattle, and the court being fully advised in the matter, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that the preliminary injunction in this matter is lifted and the matter is hereby DISMISSED with prejudice with each side bearing their own costs and expenses.

DONE this __ day of January, 2026.

_____
Honorable Richard A. Jones
United States District Court Judge

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3

2:20-CV-00887 RAJ

**Erika J. Evans**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200